AO 93 (Rev. 5/85) Search Warrant

FILED

# United States District Court

FOR THE DISTRICT OF NEVADA

MAR 3 2006
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEPUT

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

12720 Buckthorn Lane, Reno, Nevada

**SEARCH WARRANT**

CASE NUMBER:   3:06-MJ-0023-VPC

TO: SPECIAL AGENT MICHAEL WEST          and any Authorized Officer of the United States

Affidavit(s) having been made before me by      SPECIAL AGENT MICHAEL WEST     who has reason to
                                                          Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
12720 Buckthorn Lane, Reno, Nevada, further described in Attachment A attached hereto

in the _____ District of NEVADA _____ there is now
concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   March 9, 2006
                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ VALERIE P. COOKE _____
as required by law.                                                                      U.S. Judge or Magistrate

February 28, 2006                                  at   RENO, NEVADA
Date and Time Issued                                    City and State

VALERIE P. COOKE, U.S. MAGISTRATE                        [signature]
Name and Title of Judicial Officer                       Signature of Judicial Officer

**SEALED DOCKET**

15

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/28/2006 | 3/1/2006 12:08pm | Attorney Eric Pulver |

INVENTORY MADE IN THE PRESENCE OF
Attorney Eric Pulver

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. HP Pavilion DV1000 SN/CNF5422H6B Notebook w/Power cord.
2. Six SanDisk Compact Flash Cards
3. Letter on white paper and Yellow Pages ripped up paper.
4. Rolodex
5. 15 Compact disks
6. White Shredded paper.
7. Misc. Post-it Notes.
8. Network Solutions Account paperwork, 4 pages.
9. Check Stubs - Montgomery Family trust.
10. Western Digital Hard Disk Ser# WEAL71844911
11. Granite Digital - "DEVSERVER" 12/17/2005 SN/FQ50906S0042A
12. Silver CPU (Tower) labeled AT13
13. 16 Compact Disks.
14. Three pieces of paper containing phone numbers
15. Granite Digital Server labeled "DEO 01/20/06 PROG"
16. Prescription drugs with No prescription made in India
    A. Alipex 42 Tablets .25mg
    B. Edicifrox 40 Tablets 500 mg
    C. Valium 10 168 Tablets 5 mg
    D. Carisoma 190 Tablets 350 mg
    E. Azithromycin 78 Tablets 500 mg
    F. Edicifrox 100 Tablets 500 mg
    G. Zolfresh 5 100 Tablets 5 mg

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

_____ U.S. Judge or Magistrate     3/8/06 Date

## ATTACHMENT A

12720 Buckthorn Lane, Reno, Nevada, is a single family residence located on the westside of Buckthorn Lane. The residence is a single level home having an off-white stucco exterior and an attached three car garage with white garage doors facing Buckthorn Lane. The numbers "12720" are affixed to the southern corner of the garage structure and two planters with small green trees are located on either side of the entryway arch.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. Any Black Lianli Central Processing Unit (CPU)

2. Any Ultra Storage eight hard drive RAID storage unit, Model 2081, serial number 6564737.

3. Any address and/or telephone books and papers reflecting names, addresses, telephone numbers, electronic mail addresses, and/or Internet Web site addresses which might identify associates which may relate to potential investors of the Source Code.

4. Any telephone bills and records, and/or calling cards numbers which may relate to potential investors of the Source Code.

5. Any corporate documents, corporate charters, articles of incorporation, list of corporate officers, and/or registered agent applications which may relate to potential investors of the Source Code.

6. Any bank statements, deposit or withdrawal slips, bank checks, money orders, cashier's checks, passbooks, wire transfers, and any other items evidencing the movement of money which may relate to payments made and/or received from potential investors of the Source Code.

7. Any personal or business correspondence, both written forms and electronically stored, to include envelopes and packaging materials which indicate indica of occupancy.

8. Any computer files protected by copyright, including software and movie files, log files, user names and passwords to Internet, mIRC, ftp, or other sites, programs or software used for communication between individuals relating to Dennis Lee Montgomery and other unknown individuals.

9. Any computer hardware, meaning any and all computer equipment including any electronic devices which are capable of collecting, analyzing, creating, displaying, converting, storing, concealing, or transmitting electronic, magnetic, optical, or similar computer impulses or data. Included within the definition of computer hardware is any data processing hardware (such as central processing units and self-contained laptop or notebook computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical and compact disk storage devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); related communications devices (such as modems, cables and connections, recording equipment, RAM and ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone generating devices); and any devices, mechanisms, or parts that can be used to restrict access to such hardware (such as physical keys and locks).

10. Any computer software, meaning any and all information, instructions, programs, or program codes, stored in the form of electronic, magnetic, optical, or other media, which is capable of being interpreted by a computer or its related components. Computer software may also include data, data fragments, or control characters integral to the

17

operation of computer software, such as operating systems software, applications software, utility programs, compilers, interpreters, communications software, and other programming used or intended to be used to communicate with computer components.

11. Any computer-related documentation, meaning any written, recorded, printed, or electronically-stored material which explains or illustrates the configuration or use of any seized computer hardware, software, or related items.

12. Any computer passwords and data security devices, meaning any devices, programs, or data -- whether themselves in the nature of hardware or software -- that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any computer hardware, computer software, computer-related documentation, or electronic data records. Such items include, but are not limited to, data security hardware (such as encryption devices, chips, and circuit boards); passwords; data security software or information (such as test keys and encryption codes); and similar information that is required to access computer programs or data or to otherwise render programs or data into usable form.

13. Any computer or electronic records, documents, and materials, including those used to facilitate interstate communications, in whatever form and by whatever means such records, documents, or materials, their drafts or their modifications, may have been created or stored, including, but not limited to, any hand-made form (such as writing or marking with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negative, video tapes, motion pictures or photocopies); any mechanical form (such as photographic records, printing or typing); any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact disks); or any information on an electronic or magnetic storage device (such as floppy diskettes, hard disks, CD-ROMs, optical disks, printer buffers, sort cards, memory calculators, electronic dialers, or electronic notebooks), as well as printouts or readouts from any magnetic storage device.

14. Any electronic information or data, stored in any form, which has been used or prepared for use either for periodic or random backup (whether deliberate, inadvertent, or automatically or manually initiated), of any computer or computer system. The form such information might take includes, but is not limited to, floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser disks, CD-ROM disks, video cassettes, and other media capable of storing magnetic or optical coding.

15. Any electronic storage device capable of collecting, storing, maintaining, retrieving, concealing, transmitting, and using electronic data, in the form of electronic records, documents, and materials, including those used to facilitate interstate communications. Included within this paragraph is any information stored in the form of electronic, magnetic, optical, or other coding on computer media or on media capable of being read by a computer or computer-related equipment, such as fixed disks, external hard disks, removable hard disk cartridges, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, laser disks, or other memory storage devices.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295A-LV-39368

On (date) 03/01/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Dennis Montgomery
(Street Address) 12720 Buckthorn Lane
(City) Reno, Nevada

Description of Item(s):

| # | Item | Quantity | Strength |
|---|------|----------|----------|
| #1 | Alipex 0.25 | 42 Tablets | 0.25 mg |
| #2 | Edicifrox-500 | 40 Tablets | 500 mg |
| #3 | Valium 10 | 168 tablets | 5 mg |
| #4 | Carisoma Tablets | 50 tablets | 350 mg |
| #5 | Azithromycin Tablets | 78 tablets | 500 mg |
| #6 | Edicifrox-500 | 100 tablets | 500 mg |
| #7 | Zolfresh 5 | 100 tablets | 5 mg |
| #8 | Carisoma Tablets | 140 tablets | 350 mg |

Received By: _____ (Signature)   Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page 1 of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 295A-LV-39368

On (date) March 01, 2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) Dennis L. Montgomery
(Street Address) 12720 Buckthorn Lane Reno, NV
(City) Reno, Nevada

Description of Item(s):

| # | Item |
|---|------|
| #1 | HP Pavilion DV1000 SW/CNF5422H6B Notebook w/Powercord |
| #2 | Six SanDisk Compact Flash Cards |
| #3 | Letter on White Paper and Yellow Pages Ripped Up Paper |
| #4 | Rolodex |
| #5 | 15 Computer CD's |
| #6 | White Shredded Paper |
| #7 | Misc. Post-it Notes |
| #8 | Network Solutions Acct Paperwork 4-Pages |
| #9 | Check Stubs - Montgomery Family Trust |
| #10 | Western Digital Hard Drive Ser# WKAL 71844911 |
| #11 | Granite Digital-Devserver Labeled 12/17/2005 Serial# F050906500042A |
| #12 | Silver CPU (Tower) Labeled ATI 3 |
| #13 | 16 Computer CD's |
| #14 | 3 Pieces of Paper Containing Phone Numbers |
| #15 | Granite Digital Server Labeled DEO 01/20/06 PROG |

Search Warrant and Attachment A and B given to lawyer Eric Pulver

Received By: _____ (Signature)   Received From: _____ (Signature)