**FILED**

DANIEL G. BOGDEN
United States Attorney
PAUL L. PUGLIESE
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438

MAR 27 2006

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF: )
) No. 3:06-MJ-0023-VPC
The Residence Located at 12720 )
Buckthorne Lane, Reno, Nevada, and )
Storage Units 136, 140, 141, 142, and 143, ) **GOVERNMENT'S RESPONSE TO**
Double R. Storage, 888 Maestro Drive, ) **MOTION FOR AN ORDER SEALING**
Reno, Nevada ) **AND SEGREGATING ALL ATTORNEY-**
) **CLIENT AND TRADE SECRET**
) **INFORMATION**
)

COMES NOW, the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and PAUL L. PUGLIESE, Assistant United States Attorney, and certifies that this response is being filed in a timely manner.

The Government does not oppose the motion for an order segregating all attorney-client privileged information provided the moving parties satisfy the Ninth Circuit requirement that the proponent of a privilege has the burden of establishing the attorney-client relationship and the privileged nature of the communication. *See United States v. Alexander*, 287 F.3d 811 (9th Cir. 2002). To date, the moving parties have provided no information, other than issuing blanket attorney-client privilege assertions, to meet this burden. Yet, the Government will not oppose allowing opposing counsel an opportunity to provide the Court with information for a proper determination on this issue. At this time, opposing counsel will also have an opportunity to assert and provide evidence concerning an alleged trade-secret privilege, as claimed in their March 10, 2006, motion. The Government will, however, oppose any disclosure of information prior to the

1  conduct of a Department of Defense analysis of the seized electronic storage media and documents
2  for classified information and information relating to the national defense. The Government asserts
3  that, upon completion of that analysis, the parties will be in a better position to advise the Court on
4  an appropriate course of action for reviewing the seized property and segregating privileged
5  information.

6  Dated: March 24, 2006

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

PAUL L. PUGLIESE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on March 24th, 2006, she served a copy of the attached response by facsimile and mail to the person hereinafter named, at the place stated below, which is the last known address and facsimile number.

Philip H. Stillman, Esq.
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007
Fax: 888-235-4279
Counsel for Dennis and Brenda Montgomery and the Montgomery Family Trust

JOAN SILVERSHIELD