# SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA



U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

APR 17 2006

CLERK, U.S. DISTRICT COURT

BY _____ DEPUTY

---

| IN THE MATTER OF THE SEARCH OF: | ) | CASE NO. 3:06-MJ-0023-VPC |
|---|---|---|
| The residence located at 12720 Buckthorne Lane, Reno, Nevada | ) ) ) | MINUTES OF COURT |
| and | ) ) ) | DATE:  April 17, 2006 |
| Storage Units 136, 140, 141, 142, and 143 located at 888 Mastro Drive, Reno, Nevada | ) ) ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk: __Lisa Mann__          Reporter: __None Appearing__

U.S. Attorney: __None Appearing__     Counsel for Defendants: __None Appearing__

MINUTE ORDER IN CHAMBERS XXX

Pursuant to Fed.R.Crim.P. 41(g) a *sealed* evidentiary hearing on the motions to (1) unseal search warrant affidavits; (2) for the return of property pursuant to Fed.R.Crim.P. 41(g); and (3) for the segregation and sealing of all attorney-client and trade secret materials seized is scheduled for **Wednesday, May 3, 2006** at **1:30 p.m.** before Magistrate Judge Valerie P. Cooke in Courtroom No. 1, Fourth Floor, 400 S. Virginia Street, Reno, Nevada.

LANCE S. WILSON, CLERK

By: /s/ Lisa Mann
Lisa Mann, Deputy Clerk

27