FILED

APR 2006
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN THE MATTER OF THE SEARCH OF:

The Residence Located at 12720 Buckthorne Lane, Reno, Nevada, and Storage Units 136, 140, 141, 142, and 143, Double R. Storage, 888 Maestro Drive, Reno, Nevada.

No. 3:06-MJ-0023-VPC

**MINUTES OF THE COURT**

April 19, 2006

SEALED DOCKET

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: Lisa Mann REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Dennis Montgomery, Brenda Montgomery and the Montgomery Family Trust filed a motion (1) to unseal search warrant affidavits; (2) for the return of property pursuant to Fed. R. Crim. P. 41(g); and (3) for the segregation and sealing of all attorney client and trade secret materials seized (March 10, 2006). The Government opposed in three separate responses (March 27, 2006), and Montgomery replied (April 3, 2006).

The court directs the parties to provide simultaneous supplemental briefing on the following issues on or before Wednesday, April 26, 2006 at 4:30 p.m.:

(1) Discuss whether the affidavit accompanying the search warrant must remain sealed in its entirety in order to further compelling government interests that cannot be served by less restrictive means.

(2) Discuss whether the warrant lacks specificity and/or is overbroad.

(3) The Government shall provide the evidence that it claims supports its contention that "the searches in question were based on probable cause and were conducted pursuant to a lawfully issued warrant" and that refutes allegations raised in Mr. Montgomery's motion.

28

(4) If data seized contains classified Department of Defense information, to the extent that some materials seized may be subject to attorney client privilege, how should that issue be addressed? If, as the Government asserts, neither Mr. Montgomery nor counsel has security clearance, who will review the information to determine whether any material is privileged?

The parties shall provide legal authorities and any potentially applicable protocol that relates to the above-referenced issues.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/

Deputy Clerk

# SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA




IN THE MATTER OF THE SEARCH OF:

The residence located at 12720 Buckthorne Lane, Reno, Nevada

and

Storage Units 136, 140, 141, 142, and 143 located at 888 Mastro Drive, Reno, Nevada

CASE NO. 3:06-MJ-0023-VPC

MINUTES OF COURT

DATE: April 17, 2006

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk: Lisa Mann Reporter: None Appearing

U.S. Attorney: None Appearing Counsel for Defendants: None Appearing

MINUTE ORDER IN CHAMBERS XXX

Pursuant to Fed.R.Crim.P. 41(g) a *sealed* evidentiary hearing on the motions to (1) unseal search warrant affidavits; (2) for the return of property pursuant to Fed.R.Crim.P. 41(g); and (3) for the segregation and sealing of all attorney-client and trade secret materials seized is scheduled for **Wednesday, May 3, 2006 at 1:30 p.m.** before Magistrate Judge Valerie P. Cooke in Courtroom No. 1, Fourth Floor, 400 S. Virginia Street, Reno, Nevada.

LANCE S. WILSON, CLERK

By: [signature]
Lisa Mann, Deputy Clerk




# United States District Court

## District of Nevada

Bruce R. Thompson U.S. Courthouse and Federal Building
400 South Virginia Street, Room 404
Reno, Nevada 89501

Chambers of Valerie P. Cooke
United States Magistrate Judge

Telephone: (775) 686-5855
Facsimile: (775) 686-5864

## ***FAX TRANSMITTAL***

DATE: April 19, 2006

THE FOLLOWING PAGES ARE BEING FAXED TO:

NAME:
Daniel Bodgen, Esq. (#784-5181)
Paul L. Pugliese, Esq. (#784-5181)
Ronald Logar, Esq. (#786-7544)
Eric A. Pulver, Esq. (#786-7544)
Michael J. Flynn, Esq. (#888-235-4279)
Phillip H. Stillman, Esq. (#888-235-4279)

NUMBER OF PAGES INCLUDING COVER SHEET: 4

FROM: Debra Newman, Judicial Assistant to
The Honorable Valerie P. Cooke
United States Magistrate Judge

PHONE: (775) 686-5855

FAX NO.: (775) 686-5864

If you do not receive all the pages indicated above or the message is poorly received, please contact our office as soon as possible at the phone number above. If the reader of this message is not the intended recipient, please contact our office as soon as possible at the phone number listed above.

ADDITIONAL COMMENTS:

* * * Transmission Result Report(MemoryTX) ( Apr.19. 2006 1:03PM ) * * *

1)
2)

Date/Time: Apr.19. 2006 12:59PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5675 | Memory TX | 97845181 | P. 4 | OK | |
| | | 97867544 | | OK | |
| | | 918882354279 | | OK | |

Reason for error
E.1) Hang up or line fail
E.2) Busy
E.3) No answer
E.4) No facsimile connection



**United States District Court**
**District of Nevada**
Bruce R. Thompson U.S. Courthouse and Federal Building
400 South Virginia Street, Room 404
Reno, Nevada 89501

Chambers of Valerie P. Cooke
United States Magistrate Judge

Telephone: (775) 686-5855
Facsimile: (775) 686-5864

***FAX TRANSMITTAL***

DATE: April 19, 2006

THE FOLLOWING PAGES ARE BEING FAXED TO:

NAME:
Daniel Bodgen, Esq. (#784-5181)
Paul L. Pugliese, Esq. (#784-5181)
Ronald Logar, Esq. (#786-7544)
Eric A. Pulver, Esq. (#786-7544)
Michael J. Flynn, Esq. (#888-235-4279)
Phillip H. Stillman, Esq. (#888-235-4279)

NUMBER OF PAGES INCLUDING COVER SHEET: 4

FROM: Debra Newman, Judicial Assistant to
The Honorable Valerie P. Cooke
United States Magistrate Judge

PHONE: (775) 686-5855

FAX NO.: (775) 686-5864

If you do not receive all the pages indicated above or the message is poorly received, please contact our office as soon as possible at the phone number above. If the reader of this message is not the intended recipient, please contact our office as soon as possible at the phone number listed above

ADDITIONAL COMMENTS: