|   |   |
|---|---|
| 1 | DANIEL G. BOGDEN |
|   | United States Attorney |
| 2 | PAUL L. PUGLIESE |
|   | Assistant United States Attorney |
| 3 | 100 W. Liberty Street, Suite 600 |
|   | Reno, Nevada 89501 |
| 4 | Tel: (775) 784-5438 |

**FILED**

APR 28 2006

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY_____DEPUT

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF: )
) No. 3:06-MJ-0023-VPC
The Residence Located at 12720 )
Buckthorne Lane, Reno, Nevada, and )
Storage Units 136, 140, 141, 142, and 143, ) **GOVERNMENT'S PARTIAL**
Double R. Storage, 888 Maestro Drive, ) **COMPLIANCE WITH COURT**
Reno, Nevada ) **ORDER OF APRIL 19, 2006**
)
)
)

COMES NOW, the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and PAUL L. PUGLIESE, Assistant United States Attorney, and certifies that this response is being filed in a timely manner.

In the Court's minute order of April 19, 2006, counsel for the parties were directed to file briefing on four issues. The Government's response to the first issue is provided below. The Government anticipates that the information provided in the redacted affidavits in support of search warrants will provide Counsel for the Montgomerys with information that may be helpful in drafting their briefings in response to the Court Order of April 19, 2006. As such, the Government does not oppose allowing Counsel for the Montgomerys with an opportunity to supplement their filings, if needed, provided the Government receives any matters for consideration by the Court no later than 1:30 p.m. on Tuesday, May 2, 2006.

\\\

\\\

\\\

\\\

**1. Whether the affidavit accompanying the search warrant must remain sealed in its entirety in order to further compelling government interests that cannot be served by less restrictive means.**

Two separate affidavits were submitted by Special Agent Mike West to the Court in support of six separate search warrants. The first affidavit was submitted on February 28, 2006, in support of the application for search warrant in the matter of the search of 12720 Buckthorn Lane, Reno, Nevada. The second affidavit was submitted on March 3, 2006, in support of the applications for five separate search warrants in the matters of the searches of Storage Units 136, 140, 141, 142, and 143, Double R Storage, 888 Maestro Drive, Reno, Nevada. This affidavit incorporated by direct reference the contents of the February 28, 2006, affidavit and added additional information for consideration by the Court.

In response to the Court's minute order of April 19, 2006, the two affidavits were reviewed for material that may not be unsealed without the ill consequences identified in the Government's Response to the Motion to Unseal, i.e., expose witnesses who have provided evidence regarding potential criminal violations, identify investigative techniques being used in this matter prior to completion of the investigation, interfere with the identification of other suspects, and interfere with the recovery of equipment that may contain evidence of criminal violations. Such material has been redacted and the remainder of the affidavits are being provided to the Court, separately, for approval to release to Counsel for the Montgomerys.

Dated: April 28, 2006

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

PAUL L. PUGLIESE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers. That on April 28, 2006, she served a copy of the attached response by facsimile to the person hereinafter named, at the number below, which is the last known facsimile number.

Michael J. Flynn, Esq.
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007
Fax: 888-235-4279
Counsel for Dennis and Brenda Montgomery and the Montgomery Family Trust

_____
DIANA SMITH

3