

United States Attorney's Office
District of Nevada
Reno

*FACSIMILE COVER SHEET*

From:        Paul L. Pugliese
             Assistant United States Attorney
             United States Attorney's Office
             100 West Liberty Street, Suite 600
             Reno, Nevada 89501
             TEL: (775) 784-5438; FAX: (775) 784-5181

To:          Flynn & Stillman

Fax #:       888 235 9279
Date:        June 1, 2006
Pages (w/ cover):  3

Please find attached 2 pages (1-2) from SA Mike West's application and affidavit for search warrant re: storage units at 888 Maestro Drive. As I advised you last Friday, DoD has confirmed that material originally marked classified as SECRET was, in fact, not properly classified by an Original Classification Authority within the U.S. Air Force. As such, our concerns for protecting certain information and identities as reflected in the redacted affidavit provided to you in court on Friday, May 26, 2006, are no longer present.

Note that the redaction on page 5 of the above-referenced application and affidavit are still left in place.

A copy of this is being delivered to the Court in a sealed envelope per the Court's order of May 16, 2006.

THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE (COLLECT AUTHORIZED).

44

```
    * * *  TRANSMISSION RESULT REPORT ( JUN. 1.20    12:14PM ) * * *
                                                        TTI   U S ATTY OFFICE RENO
```

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| JUN. 1. | 12:12PM | 918882354279 | TES | 1'08" | P. 3 | OK | | 672 |

```
# : BATCH              C : CONFIDENTIAL       P : POLLING                        M : MEMORY
L : SEND LATER         @ : FORWARDING         E : ECM                            > : REDUCTION
S : STANDARD           D : DETAIL             F : FINE
A-: ASYNC MODE         1-: MIL_STD MODE       G-: RICOH-MG3/COMPATIBLE MODE
```

## AFFIDAVIT

I, Michael A. West, Special Agent (SA), United States Federal Bureau of Investigation, being duly sworn, state the following:

I have been employed as a Special Agent with the Federal Bureau of Investigation for approximately ten years. As part of my regularly assigned duties, I investigate violations of federal statutes to include theft of trade secrets and the unlawful retention of information relating to the national defense which occur in Northern Nevada.

Your affiant makes this affidavit in support of the accompanying application for a search warrant for storage unit numbers 0136, 0140, 0141, 0142, and 0143 located at Double R Self Storage, 888 Maestro Drive, Reno, Nevada(further described in "Attachment A").

Your affiant has investigated or been advised by other Special Agents of the U.S. Government and confirmed the following:

Your affiant reaffirms and incorporates by reference the information contained in the Affidavit sworn to on February 28, 2006, which resulted in the court issuing a search warrant for the premises located at 12720 Buckthorn Lane, Reno, Nevada.

On or about March 1, 2006, a Federal Search Warrant authorized by the U.S. Magistrate Judge Valerie P. Cooke, U.S. District Court, District of Nevada, Reno, Nevada, on February 28, 2006, was executed at 12720 Buckthorn Lane, Reno, Nevada, the known residence of DENNIS LEE MONTGOMERY, by Special Agents of the FBI. The Search Warrant sought the items in Attachment B. Agents seized computers, hard disks, DVDs, and compact disks. Items seized were labeled with "DEVSERVER 12/17/2005", "XYZ Data", and "DEO 1/20/2006 PROG." The Black Lianli Central Processing Unit (CPU), Ultra Storage eight hard drive RAID storage unit, Model 2081, serial number 6564737, and the nine original Secret hard drives were not located at the residence.

On or about March 2, 2006, Venables advised that "XYZ Data" was part of a "Special Access" program through another government agency and "DEO" was a folder name that Venables observed on the missing RAID box from the warehouse that MONTGOMERY used on a

daily basis. On or about March 3, 2006, Venables advised that "DEVSERVER" is the name of the server at eTreppid used to store all the software programs used to develop Source Code.

On or about March 3, 2006, Gerald Gedrimas, Manager, Double R Storage, 888 Maestro Drive, Reno, Nevada, advised that DENNIS MONTGOMERY rents five storage units numbers 0136, 0140, 0141, 0142, and 0143. Double R Storage allows tenants access to the facilities and individual units through an access control system. Each tenant is given a Passcode which opens the front gate and disarms the alarm for their unit(s). A review of the access log for all units numbers 0136, 0140, 0141, 0142, and 0143, from November 1, 2005, to March 3, 2006 revealed that each unit has been accessed. Unit Number 0136 was accessed four (4) times from December 8, 2005, through February 3, 2006. Unit Number 0142 was accessed eight (8) times from November 12, 2005, through February 20, 2006. Unit Number 0143 was accessed eight (9) times from November 12, 2005, through March 3, 2006. Unit Number 0141 was accessed fifteen (15) times from December 8, 2005, through January 24, 2006. Unit Number 0140 was accessed fifty six (56) times from November 1, 2005, through March 3, 2006. The access log shows that MONTGOMERY exited the facilities on February 28, 2006, at approximately 9:44:00 A.M. and returned on March 3, 2006, at approximately 7:49 A.M., and last exited the facility at 8:01 A.M.

A review of the surveillance video maintained by Double R Storage revealed that on March 3, 2006, at approximately 7:45 A.M. a 2003 Chevrolet Extended Cab truck entered the facility and traveled to the area of units occupied by MONTGOMERY with no observable cargo. An individual was observed to walk between the storage unit and the 2003 Chevrolet Extended Cab truck with no observable items being placed in the truck. At approximately 7:55 A.M., the 2003 Chevrolet Extended Cab truck exited the facility being driven by an individual resembling DENNIS MONTGOMERY. There was no observable items in the cab area or the bed 2003 Chevrolet Extended Cab truck. Brenda Montgomery of 12720 Buckthorn Lane, Reno, Nevada, is the registered owner of a 2003 Chevrolet Extended Cab truck.