U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

JUN 1 3 2006

CLERK, U.S. DISTRICT COURT

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | 3:06-MJ-0023-VPC <br> 3:06-CV-0263-BES-VPC |
| The Residence Located at 12720 Buckthorne Lane, Reno, Nevada, and Storage Units 136, 140, 141, 142, and 143, Double R Storage, 888 Maestro Drive, Reno, Nevada. | **MINUTE OF THE COURT** <br><br> DATED: June 13, 2006 |

PRESENT:  THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann     Court Reporter:  NONE APPEARING

Counsel for Petitioner(s):   NONE APPEARING

Counsel for Respondent(s):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Dennis and Brenda Montgomery filed a motion to unseal search warrant affidavits and for the return of property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure (Sealed docket #21). An evidentiary hearing on the motion is set for **Thursday, June 29, 2006** at **10:00 a.m.**

Michael A. West, Special Agent, Federal Bureau of Investigations, shall be present and prepared to appear as a witness regarding the search warrants.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Lisa Mann, Deputy Clerk