

U.S. DISTRICT CO:
**DISTRICT OF NEVAD**
**FILED**

JUL - 5 2003

**CLERK, U.S. DISTRICT COURT**

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

IN THE MATTER OF THE          )          3:06-CV-0263-BES-VPC
SEARCH OF:                    )
                             )          **SEALED**
The Residence Located at 12720 )        **MINUTES OF PROCEEDINGS**
Buckthorne Lane, Reno, Nevada, )
and Storage Units 136, 140, 141, )
142, and 143, Double R Storage, )        DATED: June 29, 2006
888 Maestro Drive, Reno, Nevada. )
_____ )

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk: _____ Lisa Mann _____   Court Reporter: _ Kathryn M. French _____

Counsel for Petitioner(s): ____ Paul Pugliese _____

Counsel for Respondent(s): ___ Michael Flynn, Philip Stillman, Ronald Logar, Eric Pulver, and Carla
                               Dimmare _____

PROCEEDINGS: SEALED EVIDENTIARY HEARING

10:20 a.m.  Court convenes.

     The Court addresses the parties by reciting the chronological events regarding this matter.

10:36 a..m.  Special Agent, Michael West called to the stand by Michael Flynn, is sworn, and
testifies.

11:35 a.m.  Court recesses.

11:53 a.m.  Court reconvenes.

     Special Agent, Michael West continues testimony.

12:42 p.m.  Court recesses.

2:35 p.m.  Court reconvenes.

     Special Agent, Michael West continues testimony.

53

In the Matter of the Search of: The Residence Located at
12720 Buckthorne Lane, Reno, Nevada, and Storage Units
136, 140, 141, 142, and 143, Double R Storage, 888 Maestro
Drive, Reno, Nevada.
3:06-CV-0263-BES-VPC
June 29, 2006
Page 2


4:50 p.m.  Court recesses.

5:04 p.m.  Court reconvenes.

        The Court took a brief recess to allow the parties to confer regarding how much time is
needed to complete the examination of witnesses and argument regarding this matter.  The parties
inform the Court that they need one (1) full day to complete the examination of witnesses and their
respective arguments.  The Court informs counsel that it will keep July 27, 2006 and July 31, 2006
available until Mr. Pugliese informs the deputy clerk which date he will be available.  The deputy
clerk is then directed to set the continued sealed evidentiary hearing and notify counsel of the date
and time.

        IT IS SO ORDERED.

        Thereafter, the continued sealed evidentiary hearing on the motion to unseal search warrant
affidavits and for the return of property pursuant to Rule 41(g) of the Federal Rules of Criminal
Procedure (Sealed #21) is set for **Monday, July 31, 2006** at **9:00 a.m.**

        Michael A. West, Special Agent, Federal Bureau of Investigations, shall be present and
prepared to appear as witness regarding the search warrants.

5:07 p.m.  Court adjourns.

                                    LANCE S. WILSON, CLERK


                                    By:_____/s/_____
                                         Lisa Mann, Deputy Clerk