U.S. DISTRICT
DISTRICT OF NEV.
FILED

**JUL 3 1** 2006

**CLERK, U.S. DISTRICT COURT**

BY _____ DEPU

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The Residence Located at 12720 Buckthorne Lane, Reno, Nevada, and Storage Units 136, 140, 141, 142, and 143, Double R Storage, 888 Maestro Drive, Reno, Nevada. | 3:06-CV-0263-BES-VPC<br><br>**SEALED**<br>**MINUTES OF PROCEEDINGS**<br><br>DATED: July 31, 2006 |

PRESENT: __THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE__

Deputy Clerk: ____Lisa Mann____ Court Reporter: __Margaret Griener__

Counsel for Petitioner(s): ___Paul Pugliese___

Counsel for Respondent(s): ___Michael Flynn, Eric Pulver, and Carla Dimmare___

PROCEEDINGS: CONTINUED SEALED EVIDENTIARY HEARING

9:17 a.m. Court convenes.

The Court addresses the parties regarding the sequence of events in this matter regarding the continuance of this hearing from the June 29, 2006 sealed evidentiary hearing.

The Court indicates for the record that it is in receipt of the following documents: (1) a subpoena in a civil case with an attached affidavit to the custodian of records for eTreppid from the law firm of Logar and Pulver; (2) a copy of a letter to Logar and Pulver from Jerry Snyder from the office of Hale, Lane, et al., objecting to the subpoena; (3) and a summary of evidence from the movants.

The parties present arguments regarding the issues requested in the subpoena in a civil case and attached affidavit served by the law office of Logar and Pulver.

10:48 a.m. Court recesses.

11:04 a.m. Court reconvenes.

58

In the Matter of the Search of: The Residence Located at
12720 Buckthorne Lane, Reno, Nevada, and Storage Units
136, 140, 141, 142, and 143, Double R Storage, 888 Maestro
Drive, Reno, Nevada.
3:06-CV-0263-BES-VPC
July 31, 2006
Page 2

The parties continue their argument regarding the information requested in the subpoena in a civil case and attached affidavit served by the law firm of Logar and Pulver.

The Court advises the parties that the Court will review the government's objections to the subpoena, and to the extent such request's remain regarding the subpoena, the Court will establish a protocol by which eTreppid will be allowed to file an opposition and/or a motion to quash subpoena, allowing eTreppid an opportunity to be heard on this matter.

11:28 a.m.  Special Agent, Michael West is sworn and continues examination by Mr. Flynn.

11:58 a.m.  Court recesses.

1:40 p.m.  Court reconvenes.

Mr. Flynn continues examination of Special Agent, Michael West.

3:07 p.m.  Court recesses.

3:19 p.m.  Court reconvenes.

Mr. Flynn continues examination of Special Agent, Michael West.

Mr. Flynn concludes his examination of Special Agent, Michael West.

The Court advises the parties to contact Deputy Clerk, Lisa Mann to arrange a date and time for a continuance of this hearing to allow counsel for respondent to cross-examine Special Agent, Michael West, and complete this evidentiary hearing.

5:07 p.m.  Court adjourns.

LANCE S. WILSON, CLERK


By:_____/s/_____
     Lisa Mann, Deputy Clerk