50:16, 72:4, 145:4, 145:6, 193:19, 250:13
**grow** [1] - 243:17
**guess** [5] - 43:1, 84:1, 126:6, 126:8, 131:1
**guessing** [1] - 42:6
**Gunga** [1] - 243:11
**guy** [1] - 112:20
**guys** [1] - 257:21

**H**

**hac** [4] - 5:15, 6:4, 6:21, 7:6
**Hale** [1] - 2:4
**half** [6] - 123:17, 126:15, 128:9, 130:12, 238:5, 238:8
**Halloway** [1] - 78:9
**hand** [6] - 22:24, 183:4, 200:15, 229:5, 232:2
**handed** [1] - 161:10
**handle** [5] - 82:24, 102:10, 141:6, 180:19, 180:21
**handled** [1] - 141:6
**handles** [1] - 148:18
**handling** [1] - 80:13
**Hanover** [1] - 2:9
**happy** [4] - 19:9, 19:24, 127:15, 128:4
**Hard** [1] - 108:24
**hard** [47] - 33:4, 33:7, 34:7, 36:4, 36:24, 37:2, 45:21, 48:18, 51:6, 51:7, 51:8, 51:23, 52:1, 52:7, 107:2, 107:9, 108:17, 109:2, 110:2, 110:13, 117:2, 118:22, 121:16, 121:17, 123:1, 123:4, 123:6, 140:7, 143:18, 144:23, 145:3, 145:15, 155:11, 155:15, 157:9, 157:13, 158:11, 158:12, 161:1, 170:6, 193:5, 216:4, 217:15, 219:2, 219:19, 219:21, 241:12
**hard-and-fast** [1] - 241:12
**hard-coded** [1] - 140:7
**Hardware** [2] - 29:7, 29:10
**hardware** [11] -

26:20, 48:9, 85:17, 106:23, 106:24, 138:8, 205:7, 205:17, 223:1, 251:23
**head** [6] - 132:10, 132:19, 133:2, 154:17, 166:13, 177:12
**header** [2] - 151:23, 152:1
**heads** [2] - 133:9, 136:2
**hear** [14] - 13:11, 19:1, 23:5, 69:23, 79:13, 91:16, 125:14, 132:11, 135:6, 135:11, 173:24, 201:13, 213:5, 213:13
**heard** [15] - 16:22, 19:2, 105:8, 125:6, 128:5, 129:13, 129:14, 138:20, 139:9, 140:19, 168:18, 193:23, 206:15, 208:10, 223:2
**hearing** [7] - 5:7, 21:3, 22:16, 202:8, 225:11, 225:16, 256:17
**Hearing** [1] - 1:20
**Hearsay** [4] - 42:5, 189:20, 209:14, 214:22
**hearsay** [10] - 42:7, 42:8, 45:4, 52:8, 52:10, 52:17, 189:17, 189:21, 225:9, 253:14
**heart** [2] - 12:17, 15:17
**held** [1] - 180:9
**help** [4] - 242:3, 245:1, 245:11, 251:14
**helper** [2] - 60:12, 60:17
**helpful** [1] - 204:5
**helping** [3] - 73:8, 88:9, 245:12
**helps** [3] - 91:6, 91:13, 231:2
**Hennessy** [7] - 224:7, 224:16, 225:21, 226:2, 226:3, 226:4, 226:5
**hereby** [1] - 259:6
**high** [9] - 23:23, 23:24, 175:1, 196:7, 196:12, 205:4, 208:22, 227:10, 227:22
**higher** [1] - 208:13

**highest** [2] - 12:8, 153:15
**Highlands** [1] - 22:10
**hire** [2] - 236:24, 251:21
**hired** [6] - 26:9, 139:3, 206:6, 211:18, 251:6, 251:19
**hiring** [2] - 245:6, 251:22
**history** [1] - 222:5
**hits** [3] - 65:17, 65:21, 66:5
**Hold** [3] - 79:17, 90:24, 144:1
**hold** [2] - 92:17, 92:23
**holidays** [1] - 34:19
**home** [4] - 38:7, 38:22, 43:4, 64:2
**Home** [2] - 58:3, 84:8
**honestly** [1] - 184:21
**Honor** [155] - 5:11, 5:20, 6:1, 6:15, 7:22, 8:4, 8:7, 8:19, 9:13, 10:11, 10:22, 11:19, 11:21, 13:2, 13:17, 13:22, 14:20, 15:10, 17:13, 17:20, 18:2, 18:7, 18:10, 18:14, 20:1, 20:3, 20:16, 20:24, 21:6, 22:15, 23:14, 23:19, 24:5, 24:14, 24:24, 25:4, 25:8, 35:14, 42:4, 42:10, 44:21, 52:13, 69:17, 69:21, 79:9, 79:10, 80:7, 80:12, 80:18, 81:13, 93:15, 107:17, 108:1, 108:6, 108:12, 117:13, 117:18, 121:7, 124:18, 125:10, 125:15, 125:16, 127:7, 127:16, 128:5, 130:10, 131:9, 133:9, 133:18, 134:10, 134:16, 134:24, 136:16, 138:16, 142:15, 143:24, 150:24, 155:6, 159:24, 161:21, 162:18, 167:19, 167:21, 168:1, 168:3, 168:24, 169:21, 171:13, 172:6, 172:12, 173:5, 173:9, 174:5, 183:17, 184:10, 184:23, 189:16, 198:23,

201:9, 202:12, 202:15, 203:10, 207:19, 209:11, 209:13, 209:16, 212:2, 213:4, 216:16, 216:20, 218:17, 224:4, 224:22, 225:6, 225:15, 225:19, 226:12, 229:10, 229:13, 229:22, 231:7, 231:13, 231:24, 232:8, 232:10, 233:7, 233:11, 234:2, 234:6, 235:2, 235:16, 235:20, 236:6, 239:24, 241:16, 242:20, 245:19, 245:21, 247:8, 247:14, 247:17, 249:15, 249:20, 251:1, 253:7, 253:18, 254:3, 254:14, 255:9, 255:14, 255:17, 256:14, 257:12, 257:24, 258:1
**Honor's** [2] - 17:9, 241:17
**Honorable** [1] - 1:7
**honored** [1] - 9:5
**hooked** [1] - 114:23
**hope** [2] - 131:21, 173:1
**hopeful** [1] - 10:15
**hopefully** [1] - 20:3
**Hopefully** [2] - 22:18, 155:5
**hospital** [1] - 201:6
**host** [1] - 66:7
**hour** [6] - 43:12, 162:5, 162:13, 219:13, 219:15, 259:9
**hours** [7] - 50:4, 107:16, 169:5, 219:17, 237:23, 246:23, 249:1
**house** [5] - 64:4, 64:18, 64:20, 64:23, 196:21
**Howard** [1] - 2:4
**Html** [2] - 150:14, 150:15
**Huang** [1] - 121:19
**Huge** [1] - 136:20
**human** [7] - 177:11, 178:11, 178:18, 179:1, 179:7, 208:7, 208:16
**hundred** [16] - 54:23, 57:13, 57:14, 58:9,

60:19, 66:8, 109:13, 116:19, 116:24, 119:21, 139:3, 139:9, 165:5, 197:19, 217:15, 238:12
**hundreds** [8] - 63:12, 91:19, 91:22, 92:10, 92:13, 108:21, 132:22, 142:3
**hurt** [1] - 108:14

**I**

**idea** [30] - 12:11, 76:6, 86:6, 87:16, 87:19, 88:14, 90:5, 96:3, 96:19, 97:1, 99:12, 102:1, 102:21, 103:2, 103:23, 104:1, 104:2, 104:12, 105:4, 107:23, 115:5, 120:10, 155:20, 156:6, 158:21, 160:22, 162:14, 166:14, 167:16, 228:6
**ideas** [1] - 185:9
**identical** [1] - 243:24
**identification** [7] - 70:1, 230:2, 238:23, 245:22, 247:20, 253:6, 254:12
**identified** [2] - 234:7, 234:18
**identifies** [1] - 16:15
**identify** [6] - 45:11, 124:19, 222:8, 238:24, 243:23, 244:4
**identifying** [1] - 243:13
**identity** [4] - 44:23, 75:3, 76:8, 82:3
**ignorance** [1] - 169:13
**li** [1] - 1:19
**ilk** [1] - 245:14
**image** [6] - 176:3, 177:7, 181:2, 186:3, 187:11, 191:1
**images** [5] - 27:17, 28:2, 28:4, 154:8
**imagination** [1] - 243:9
**imagine** [1] - 128:19
**imagined** [1] - 12:12
**imbedded** [1] - 146:1
**immaterial** [1] - 236:12
**immediate** [2] - 11:24, 12:9
**impending** [1] -

15:15
  implementing [1] - 105:21
  implication [1] - 135:9
  imply [1] - 217:12
  importance [1] - 47:14
  important [4] - 168:7, 225:20, 242:11, 249:19
  impossible [3] - 14:23, 216:6, 243:22
  impression [1] - 129:9
  improper [1] - 89:18
  improperly [1] - 224:13
  in-depth [1] - 251:21
  inadequate [1] - 235:3
  inception [1] - 57:24
  incident [1] - 49:8
  inclined [1] - 162:9
  include [3] - 21:13, 170:15, 192:3
  included [2] - 205:7, 237:5
  includes [1] - 71:8
  including [3] - 160:13, 160:14, 160:15
  including [5] - 12:18, 56:14, 56:17, 66:7, 205:14
  Indian [1] - 26:3
  indicate [2] - 166:5, 242:5
  indicated [3] - 8:6, 153:17, 214:23
  indication [1] - 8:11
  individual [12] - 1:12, 15:23, 105:14, 110:3, 122:22, 123:4, 123:11, 126:5, 127:24, 216:3, 222:2, 222:3
  individual's [1] - 122:2
  individuals [7] - 17:4, 101:22, 124:19, 130:20, 133:12, 134:18, 235:4
  indulge [3] - 13:23, 91:15, 111:9
  industry [6] - 25:14, 210:6, 211:3, 211:7, 220:24, 228:12
  inference [1] - 135:8
  influence [1] - 77:23

information [31] - 12:10, 12:17, 12:19, 14:6, 14:18, 17:1, 20:5, 20:21, 27:3, 27:6, 28:22, 29:6, 77:14, 97:13, 98:11, 125:4, 129:3, 135:15, 140:20, 140:22, 151:14, 151:16, 154:16, 168:8, 170:8, 175:14, 203:20, 221:14, 221:18, 221:19, 252:4
  infrastructure [6] - 26:19, 28:24, 32:5, 63:14, 69:5, 84:19
  initial [2] - 228:5, 230:4
  initials [1] - 72:21
  initiate [1] - 83:22
  injunction [3] - 168:21, 168:22, 253:13
  Injunction [3] - 1:20, 5:8, 162:4
  inputs [1] - 66:4
  inquire [1] - 15:20
  inquiry [1] - 169:6
  inside [4] - 146:1, 146:4, 152:8, 163:17
  inspect [2] - 83:6, 83:16
  inspection [3] - 42:19, 83:1, 83:6
  installed [2] - 47:23, 47:24
  instance [1] - 225:4
  instead [1] - 229:22
  instructed [2] - 21:13, 160:11
  instructing [1] - 97:11
  instructions [6] - 70:13, 178:10, 190:22, 208:5, 208:9, 208:22
  integration [1] - 241:23
  integrity [1] - 17:16
  Intel [6] - 28:17, 58:3, 61:5, 70:22, 84:8, 87:13
  intelligence [1] - 24:17
  intelligent [1] - 20:22
  intend [1] - 136:22
  intentionality [1] - 221:5
  inter [1] - 205:8
  inter-computer [1] -

205:8
  interaction [1] - 98:9
  interactions [1] - 98:14
  interest [6] - 77:22, 77:23, 129:11, 172:6, 239:14, 243:16
  interested [7] - 11:10, 160:5, 168:7, 168:9, 168:11, 168:13, 244:9
  interesting [2] - 126:13, 135:1
  interests [2] - 14:24, 15:4
  interface [3] - 178:11, 179:7, 183:8
  interfering [2] - 79:16, 80:10
  intermediate [8] - 56:16, 56:22, 57:9, 70:20, 147:4, 147:23, 148:5, 209:5
  internal [1] - 221:8
  Internet [8] - 64:8, 70:10, 70:11, 70:24, 71:4, 113:17, 113:22, 223:7
  internship [1] - 176:17
  interpretation [1] - 242:14
  interpreting [1] - 241:11
  interrupt [1] - 211:15
  interrupting [2] - 171:2, 231:2
  interruption [1] - 93:12
  intervention [1] - 15:4
  Intrepid [7] - 230:9, 231:7, 232:16, 234:20, 239:3, 240:7, 256:24
  introduce [2] - 5:23, 7:1
  introduced [1] - 227:20
  intrude [1] - 65:7
  intrusion [12] - 65:15, 97:23, 98:2, 98:4, 98:10, 98:18, 120:21, 221:8, 222:19, 223:2, 223:5, 223:8
  inventor [1] - 206:22
  Inventory [16] - 158:1, 158:2, 158:3, 158:5, 158:10,

158:16, 158:18, 158:20, 159:3, 159:11, 159:23, 160:2, 160:21, 160:24, 162:12, 166:16
  investigating [1] - 129:7
  investigation [3] - 44:19, 124:20, 129:22
  investment [4] - 227:22, 243:16, 244:9, 244:12
  investments [1] - 227:7
  investor [1] - 245:8
  investors [3] - 252:12, 256:24, 257:2
  invited [1] - 177:23
  invoke [1] - 17:14
  involved [28] - 12:8, 12:19, 14:21, 14:24, 15:2, 17:7, 24:18, 58:10, 58:11, 60:17, 67:2, 67:20, 84:1, 85:15, 85:24, 86:4, 87:15, 87:18, 119:5, 130:20, 141:8, 190:8, 190:11, 200:1, 210:12, 227:18, 241:10
  involvement [6] - 48:8, 48:13, 62:10, 79:7, 85:19, 85:23
  involves [4] - 12:16, 15:24, 61:15, 63:7
  involving [2] - 132:22, 133:10
  Ip [6] - 70:23, 70:24, 71:1, 71:2, 71:6, 142:1
  iris [1] - 207:14
  irrelevant [2] - 236:12, 256:8
  isa [3] - 38:12, 40:19, 41:15
  Isa's [1] - 40:19
  Isaserver [9] - 32:24, 33:2, 33:8, 34:13, 35:3, 38:10, 39:1, 40:12, 135:3
  issuance [1] - 7:19
  issue [15] - 7:13, 12:19, 15:1, 80:17, 80:24, 91:8, 93:13, 125:3, 129:17, 135:14, 136:9, 205:14, 224:6, 224:24, 242:12
  issued [1] - 6:7

issues [11] - 12:17, 13:3, 15:2, 16:5, 16:6, 19:13, 91:7, 126:12, 127:8, 183:15, 242:11
  iterations [1] - 152:10
  itself [8] - 87:3, 128:24, 148:7, 151:17, 163:17, 197:6, 236:9, 236:11

J

jacket [1] - 243:13
  Jakopin [126] - 2:8, 3:3, 3:4, 3:7, 3:10, 3:11, 3:12, 3:14, 5:15, 11:1, 21:7, 21:23, 22:6, 23:21, 24:5, 25:8, 25:9, 36:11, 36:20, 39:11, 42:9, 42:24, 46:13, 52:13, 52:14, 53:1, 53:19, 55:11, 79:9, 80:18, 89:12, 89:17, 90:18, 138:15, 138:19, 142:18, 143:24, 144:8, 144:13, 144:14, 150:23, 159:24, 160:2, 174:18, 176:10, 183:9, 183:17, 184:5, 184:9, 184:23, 184:24, 189:18, 189:23, 192:14, 202:12, 202:14, 203:6, 204:15, 205:2, 207:18, 207:22, 207:23, 209:16, 210:1, 210:2, 214:5, 215:20, 216:23, 218:16, 222:18, 223:16, 223:20, 226:22, 229:5, 229:8, 229:16, 229:19, 230:3, 231:6, 231:10, 231:14, 231:23, 232:2, 232:7, 232:24, 233:2, 234:1, 234:4, 234:17, 234:24, 235:23, 236:15, 237:11, 238:21, 239:2, 239:8, 239:23, 240:5, 242:19, 242:22, 245:15, 245:19, 245:21, 245:23, 246:2, 246:11, 247:12, 247:21, 247:24, 248:6, 248:11,

249:13, 249:20, 249:21, 251:4, 253:20, 254:11, 254:19, 255:5, 255:8, 256:14, 256:19, 256:21, 257:5, 257:11, 257:19

**Jakopirs**[1] - 242:3
**Jale**[1] - 167:15
**January**[16] - 39:6, 43:2, 49:1, 50:11, 54:13, 96:10, 144:21, 145:16, 153:18, 153:19, 153:20, 157:21, 180:3, 201:23, 216:3, 246:1
**Java**[3] - 150:14, 150:15, 208:20
**Jay**[8] - 43:22, 44:11, 83:21, 112:20, 113:2, 156:11, 156:24, 157:23
**Jerry**[2] - 2:5, 233:6
**Jessie**[8] - 45:17, 48:12, 49:10, 76:11, 99:2, 123:19, 150:4, 150:6
**Jessies**[1] - 150:13
**Jim**[4] - 40:4, 45:17, 49:10, 150:4
**Jims**[2] - 150:6, 150:10
**job**[5] - 6:22, 25:17, 29:2, 30:5, 180:13
**John**[1] - 226:5
**joined**[1] - 180:2
**judge**[4] - 133:9, 196:18, 213:19, 226:7
**Judge**[1] - 1:7
**judges**[1] - 9:19
**Judges**[17] - 137:5
**judicial**[1] - 203:16
**Judicial**[3] - 1:5, 15:4, 259:5
**jump**[1] - 181:22
**junction**[1] - 254:5
**juncture**[1] - 256:9
**June**[2] - 187:7
**jury**[5] - 36:7, 81:4, 81:5, 201:14, 213:19

## K

**Kalluri**[2] - 75:11, 75:14
**Karthik**[1] - 75:8
**keep**[6] - 10:18, 35:22, 37:8, 54:18, 66:3, 252:19
**keeping**[1] - 181:18

**keeps**[3] - 44:24, 50:8, 89:21
**Kendall**[3] - 3:10, 203:1, 203:9
**Kenny**[1] - 56:3
**kept**[9] - 30:8, 33:14, 37:2, 61:23, 116:9, 119:4, 119:6, 119:8, 256:11
**key**[4] - 31:4, 82:13, 82:15, 151:13
**keyboard**[1] - 40:13
**keys**[2] - 156:17, 157:10
**Kietzke**[1] - 2:6
**Kill**[1] - 107:7
**kilobyte**[1] - 215:7
**kind**[27] - 13:20, 16:17, 19:8, 20:13, 27:2, 72:11, 89:4, 99:13, 100:10, 114:24, 126:13, 126:20, 171:17, 178:23, 179:11, 180:18, 180:19, 185:7, 185:10, 186:7, 186:11, 186:14, 187:4, 187:23, 207:2, 207:15, 221:4
**kinds**[9] - 27:18, 102:6, 128:13, 148:21, 168:19, 184:19, 185:21, 186:21, 253:12
**knowing**[2] - 168:11, 168:13
**knowledge**[42] - 29:20, 68:20, 76:5, 86:3, 86:8, 86:11, 87:6, 98:9, 98:13, 98:24, 99:1, 99:9, 102:16, 103:8, 103:12, 103:17, 104:18, 104:19, 104:24, 107:20, 114:14, 120:7, 120:14, 156:4, 159:8, 159:14, 159:16, 164:12, 167:9, 199:13, 199:14, 224:14, 225:2, 225:3, 235:19, 239:18, 240:9, 245:7, 245:10, 246:8, 248:5, 259:16
**known**[2] - 68:7, 230:8
**knows**[4] - 59:23, 139:7, 165:17, 165:22
**Krishna**[8] - 51:22, 52:5, 52:15, 101:13,

121:13, 188:15, 188:20, 189:13
**Krishnas**[1] - 52:4

## L

**lab**[1] - 185:24
**Lab**[1] - 176:16
**lack**[1] - 184:1
**lacked**[1] - 45:4
**lacking**[1] - 35:18
**lacks**[5] - 42:5, 45:4, 142:15, 143:22, 214:22
**lady**[1] - 122:7
**laid**[2] - 151:6, 213:13
**Lalith**[3] - 75:12, 88:4, 99:2
**Lane**[2] - 2:4, 2:6
**language**[12] - 150:19, 152:14, 152:21, 178:14, 178:15, 182:13, 184:3, 204:19, 208:10, 208:19, 208:22, 236:9
**languages**[8] - 57:5, 150:16, 150:17, 178:16, 205:11, 205:14, 208:13, 208:20
**large**[7] - 32:18, 33:1, 215:11, 215:14, 215:17, 218:6, 221:16
**Las**[3] - 7:8, 7:12, 7:13
**last**[34] - 8:7, 17:8, 19:2, 22:13, 22:21, 25:18, 28:15, 37:21, 45:3, 47:23, 48:19, 48:23, 67:11, 88:8, 99:19, 110:1, 112:15, 113:9, 133:23, 157:23, 162:2, 187:7, 195:19, 198:7, 198:11, 198:13, 198:19, 201:20, 201:22, 205:24, 207:17, 233:12, 241:6, 251:3
**Last**[3] - 23:9, 106:19
**late**[4] - 39:5, 165:7, 171:9, 213:24
**Latest**[7] - 119:1, 119:9, 119:23, 149:8, 211:10, 211:11, 214:9
**latest**[3] - 47:12, 149:9, 214:9
**latitude**[1] - 160:3

**latter**[1] - 52:23
**law**[11] - 16:13, 16:17, 17:24, 90:9, 124:6, 124:8, 124:16, 124:18, 127:8, 129:20
**Law**[1] - 2:12
**lawyer**[4] - 10:17, 131:23, 174:3, 213:18
**lay**[2] - 204:8, 209:21
**layman's**[1] - 151:10
**lead**[1] - 25:18
**leading**[7] - 240:24, 242:1, 242:8, 242:10, 242:13, 249:16, 249:17
**learn**[4] - 20:4, 36:3, 91:12, 227:15
**learned**[2] - 24:2, 125:18
**least**[9] - 7:24, 15:23, 18:6, 18:16, 36:17, 37:12, 126:2, 151:6, 214:16
**leave**[3] - 73:22, 172:13, 172:18
**left**[13] - 22:24, 34:21, 34:24, 35:9, 39:2, 40:6, 43:12, 47:17, 107:11, 107:20, 212:24, 218:2, 229:10
**left-hand**[1] - 22:24
**leg**[1] - 177:12
**legal**[1] - 108:13
**legally**[1] - 132:17
**Len**[1] - 46:4
**lending**[1] - 252:18
**length**[1] - 207:10
**less**[7] - 109:13, 109:16, 110:4, 114:13, 114:15, 130:13, 219:18
**Less**[1] - 161:6
**letter**[1] - 208:18
**level**[15] - 16:16, 31:8, 31:13, 125:4, 130:19, 153:15, 194:19, 196:3, 196:7, 196:12, 200:17, 207:4, 208:9, 208:13, 208:22
**levels**[2] - 31:1, 31:10
**Liability**[1] - 19:7
**lib**[1] - 147:23
**libraries**[8] - 56:12, 56:14, 56:16, 56:20, 57:9, 147:4, 209:1, 214:11

**Libraries**[1] - 56:21
**library**[3] - 147:23, 148:7, 148:11
**Library**[1] - 148:13
**license**[1] - 230:16
**light**[2] - 130:3, 220:20
**likely**[1] - 19:22
**limited**[3] - 12:3, 20:7, 210:15
**Limited**[1] - 1:9
**limits**[1] - 223:4
**line**[5] - 102:16, 102:24, 130:16, 132:18, 146:24
**lines**[40] - 58:10, 58:24, 59:16, 60:6, 60:16, 60:22, 61:2, 61:7, 61:8, 61:15, 62:8, 62:15, 63:7, 67:17, 73:10, 88:11, 88:15, 91:10, 91:11, 103:3, 103:5, 133:10, 139:8, 139:13, 139:18, 140:16, 147:10, 147:17, 169:22, 170:12, 179:17, 193:8, 193:12, 197:11, 197:12, 197:20, 198:4, 198:12
**Lines**[4] - 59:14, 60:3, 60:4, 61:17
**Link**[1] - 148:13
**link**[1] - 148:20
**list**[11] - 45:19, 46:7, 49:16, 70:12, 77:13, 78:8, 78:9, 78:10, 78:14, 121:11, 256:23
**listed**[1] - 158:14
**listen**[1] - 91:13
**lit**[1] - 23:1
**literally**[1] - 217:21
**litigation**[1] - 211:20
**Liza**[3] - 1:24, 259:4, 259:21
**Llc**[14] - 1:9, 230:9, 230:13, 230:19, 232:16, 234:5, 235:24, 237:22, 239:4, 240:8, 246:23, 248:24, 254:24, 256:24
**local**[1] - 142:24
**located**[1] - 111:12
**location**[2] - 30:18, 41:19
**locations**[1] - 30:14, 94:15
**locked**[3] - 31:3,

**40**:15, 166:18
**log** [13] - 31:20, 35:1, 35:4, 35:8, 40:15, 50:17, 66:3, 98:6, 98:7, 157:13, 166:9, 222:2
**Log** [1] - 31:5
**Logon** [1] - 31:5
**Logan** [33] - 2:12, 2:12, 5:20, 5:21, 6:2, 7:1, 8:5, 8:6, 8:24, 9:13, 9:16, 9:23, 17:13, 22:15, 23:18, 39:9, 209:19, 225:9, 229:13, 232:10, 232:14, 232:17, 232:21, 234:6, 234:11, 234:15, 235:2, 236:6, 236:8, 238:24, 240:2, 241:1, 247:10
**Logan's** [1] - 6:18
**logged** [4] - 32:12, 116:3, 222:8
**logging** [1] - 222:3
**logs** [2] - 50:3, 223:5
**look** [23] - 19:21, 40:11, 40:18, 88:21, 89:1, 100:10, 105:24, 110:19, 115:21, 119:16, 144:15, 144:22, 152:24, 153:4, 156:20, 166:22, 169:19, 169:20, 207:8, 211:18, 231:19, 232:13, 256:6
**looked** [16] - 39:21, 48:15, 48:17, 87:24, 88:24, 94:24, 95:1, 99:23, 110:13, 115:16, 116:3, 116:22, 164:12, 164:13, 165:2
**looking** [14] - 43:14, 105:23, 126:10, 173:10, 190:8, 190:11, 198:11, 207:5, 207:14, 221:18, 221:19, 231:21, 233:5, 233:6
**looks** [3] - 71:3, 71:5, 100:11
**loop** [1] - 152:9
**lost** [4] - 29:9, 29:19, 217:19, 252:21
**low** [1] - 208:9
**lower** [2] - 81:22, 81:24
**luck** [1] - 130:24

**lunch** [3] - 162:5, 251:9, 252:3

# M

**machine** [29] - 37:1, 40:14, 40:18, 52:4, 61:23, 61:24, 71:15, 71:16, 95:2, 116:20, 117:2, 117:3, 121:23, 178:12, 178:13, 178:14, 178:17, 178:18, 178:19, 178:20, 178:21, 199:7, 198:6, 198:7, 198:8, 208:10, 222:8
**machines** [23] - 30:18, 41:13, 42:1, 48:10, 48:19, 51:3, 51:9, 53:5, 70:23, 71:7, 71:12, 72:2, 94:16, 98:15, 100:1, 106:8, 124:9, 189:2, 210:9, 217:7, 220:1
**magnetic** [1] - 210:10
**mail** [8] - 26:18, 28:24, 32:4, 51:18, 51:21, 64:10, 64:12, 97:15
**mails** [9] - 50:21, 50:22, 52:16, 53:4, 53:7, 53:8, 53:9, 53:11, 53:14
**main** [4] - 70:10, 70:11, 78:13, 118:24
**maintain** [4] - 26:24, 69:17, 69:18, 83:19
**maintained** [6] - 30:6, 48:7, 48:9, 49:4, 166:15, 166:23
**maintaining** [2] - 30:3, 223:11
**maintenance** [1] - 48:10
**major** [3] - 44:11, 175:13, 175:16
**majority** [11] - 37:17, 77:4, 77:13, 77:18, 78:5, 78:14, 81:19, 82:5, 101:18, 103:4, 214:14
**malfunction** [1] - 41:20
**man** [1] - 218:8
**management** [3] - 250:7, 250:11, 250:12
**Management** [3] - 237:15, 246:14, 248:18

**manager** [7] - 5:16, 5:17, 18:11, 210:21, 237:15, 237:16, 246:19
**manner** [2] - 149:6, 230:17
**manpower** [1] - 244:24
**map** [1] - 28:2
**maps** [1] - 27:18
**March** [3] - 255:3, 256:22
**mark** [3] - 69:20, 229:8, 245:20
**Marked** [2] - 4:2, 247:21
**marked** [14] - 70:1, 229:6, 229:16, 230:2, 232:17, 238:23, 239:2, 245:22, 245:23, 247:20, 253:3, 253:5, 253:6, 254:12
**marking** [2] - 164:1, 229:13
**markings** [1] - 163:20
**Massachusetts** [4] - 6:3, 6:5, 7:3, 7:11
**Master** [1] - 175:18
**Master's** [1] - 176:2
**material** [23] - 15:17, 15:20, 20:17, 20:18, 25:3, 44:18, 82:24, 83:3, 83:10, 83:20, 98:22, 102:4, 102:7, 102:11, 106:9, 128:17, 130:18, 141:6, 141:7, 141:8, 166:9, 207:5, 253:12
**Math** [1] - 182:14
**Matlab** [18] - 182:13, 182:14, 185:8, 185:9, 186:22, 186:24, 190:15, 190:19, 191:13, 191:16, 196:11, 196:20, 196:22, 197:8, 197:14, 197:17, 208:19
**matter** [8] - 6:14, 10:13, 21:11, 42:12, 52:21, 125:9, 204:14, 204:15
**mean** [20] - 57:20, 92:23, 125:1, 131:1, 131:21, 151:9, 160:17, 177:3, 183:13, 193:22, 194:19, 196:11,

**198**:6, 200:21, 203:24, 213:18, 235:12, 242:9, 244:20, 252:3
**meaning** [1] - 82:23
**meaningless** [1] - 135:5
**means** [4] - 31:11, 48:22, 55:20, 196:8
**meant** [1] - 55:8
**measure** [1] - 215:6
**mechanical** [1] - 29:11
**media** [5] - 84:7, 140:11, 146:6, 146:9, 148:8
**Media** [4] - 59:22, 59:24, 60:14, 87:13
**medical** [1] - 206:21
**medium** [1] - 210:10
**meet** [2] - 124:14, 182:18
**meeting** [5] - 8:7, 44:10, 125:8, 137:5, 171:8
**meetings** [2] - 128:1, 255:24
**meets** [1] - 19:16
**megabyte** [1] - 215:8
**member** [3] - 6:2, 7:2, 18:11
**memory** [4] - 33:1, 33:3, 33:5, 33:6
**mention** [1] - 54:8
**mentioned** [16] - 33:11, 34:13, 47:19, 48:14, 84:16, 101:13, 101:16, 121:13, 123:22, 124:6, 128:18, 141:19, 145:17, 146:12, 214:8, 222:19
**merged** [1] - 13:1
**merits** [2] - 131:19, 171:12
**met** [3] - 227:23, 228:3, 228:4
**methodology** [3] - 120:21, 210:18, 211:7
**methods** [2] - 30:9, 154:13
**Mian** [2] - 123:14, 188:21
**Michael** [14] - 2:16, 5:23, 57:22, 61:24, 76:9, 78:15, 79:7, 85:6, 85:8, 85:9, 119:4, 150:3, 150:6, 188:15
**Michael's** [3] -

**116**:20, 117:2, 150:8
**microphone** [2] - 22:17, 22:20
**Microsoft** [4] - 27:13, 113:17, 139:3, 147:1
**middle** [1] - 32:22
**might** [14] - 48:12, 117:5, 128:19, 143:3, 148:5, 152:13, 180:18, 182:1, 197:6, 197:23, 202:5, 208:19, 256:16
**military** [14] - 51:6, 65:9, 65:11, 65:18, 65:20, 66:6, 66:14, 68:3, 68:14, 68:16, 79:16, 156:18, 166:9, 173:11
**Milken** [7] - 78:15, 79:1, 79:3, 79:21, 80:3, 80:21, 81:3
**Milken's** [1] - 79:7
**million** [14] - 109:18, 110:6, 110:8, 110:10, 110:16, 110:21, 116:12, 139:10, 215:7, 238:12, 238:19, 244:16, 244:17
**millions** [9] - 60:22, 62:9, 63:7, 132:23, 166:16, 252:18, 252:22
**mind** [6] - 10:22, 11:16, 21:6, 45:8, 52:20, 231:20
**mindful** [1] - 10:23
**mine** [1] - 111:2
**mini** [6] - 131:18, 156:17, 157:9, 157:15, 158:11, 166:7
**mini-trial** [1] - 131:18
**minimum** [1] - 244:18
**minority** [1] - 81:22
**minute** [5] - 14:24, 19:17, 79:18, 80:11, 144:1
**minutes** [4] - 14:1, 137:6, 163:9, 213:8
**Miss** [1] - 160:17
**missing** [19] - 43:15, 121:15, 121:20, 122:2, 122:6, 122:24, 123:15, 123:24, 145:7, 158:14, 165:21, 195:11, 195:12, 198:16, 201:4, 201:5, 201:19,

217:17, 217:23
  **mistake** [1] - 167:10
  **mistaken** [2] -
125:11, 125:16
  **misunderstood** [2] -
193:24, 194:18
  **mixed** [1] - 144:24
  **modeler** [1] - 25:16
  **modeling** [1] - 24:2
  **models** [1] - 150:11
  **modified** [5] - 31:11,
48:20, 48:22, 149:17,
241:5
  **modifying** [1] - 103:5
  **modulize** [1] -
148:14
  **moment** [6] - 19:12,
197:21, 199:12,
220:10, 233:7, 255:10
  **Monday** [1] - 46:15
  **money** [18] - 47:9,
47:16, 54:1, 54:4,
54:10, 86:7, 153:22,
238:10, 238:14,
238:20, 244:23,
252:9, 252:13,
252:16, 252:20,
252:21, 252:24, 253:1
  **monitor** [3] - 40:12,
64:10, 64:12
  **Montgomery** [91] -
1:12, 1:13, 1:13, 1:14,
1:14, 8:22, 13:16,
14:19, 15:19, 24:16,
26:2, 26:3, 29:21,
30:17, 31:5, 31:14,
31:17, 33:20, 34:9,
40:22, 43:9, 43:11,
43:19, 44:17, 46:6,
46:15, 54:1, 54:3,
67:17, 68:22, 73:20,
78:4, 78:12, 81:14,
82:16, 97:22, 97:24,
98:10, 101:23,
102:12, 104:9,
104:14, 105:18,
107:1, 120:21,
125:21, 125:24,
132:21, 133:8,
133:14, 133:21,
134:8, 136:22, 138:2,
153:11, 153:20,
153:24, 162:10,
164:6, 169:17, 188:5,
190:14, 190:17,
190:22, 193:21,
203:16, 212:17,
212:22, 213:5, 213:6,
224:9, 227:24,
228:21, 230:19,

230:20, 234:22,
237:16, 238:14,
239:4, 239:5, 239:7,
240:7, 240:18,
246:17, 247:5,
248:22, 249:23,
255:19, 256:3
  **Montgomery's** [16] -
29:2, 53:8, 97:11,
98:12, 98:18, 101:19,
104:22, 106:3,
114:12, 121:3,
122:19, 132:10,
132:19, 133:2, 211:6,
245:3
  **month** [2] - 176:18,
176:19
  **months** [4] - 32:8,
41:18, 217:18, 217:21
  **morning** [14] - 5:4,
5:11, 5:14, 6:1, 6:11,
11:21, 39:2, 39:14,
40:5, 43:23, 43:24,
47:1, 48:21, 48:24
  **Most** [3] - 26:22,
181:10, 190:24
  **most** [17] - 12:8,
12:9, 14:5, 25:13,
25:17, 40:8, 43:20,
110:1, 145:13, 154:6,
175:3, 182:12,
185:18, 194:9,
194:23, 250:21
  **mostly** [1] - 11:10
  **mother** [1] - 167:13
  **motion** [12] - 13:6,
13:8, 13:9, 13:11,
13:12, 13:21, 18:21,
129:16, 186:1,
186:16, 192:6
  **Motion** [1] - 144:12
  **Motor** [2] - 176:15,
176:18
  **move** [9] - 35:20,
42:4, 44:21, 63:20,
174:5, 185:17,
198:22, 201:8, 213:14
  **Move** [1] - 143:22
  **moved** [4] - 49:18,
84:11, 84:13, 84:18
  **movie** [2] - 87:4,
243:11
  **movies** [1] - 27:18
  **moving** [1] - 186:4
  **Mp3** [2] - 148:17,
148:18
  **multiple** [4] - 34:11,
54:21, 54:22, 220:2
  **mystery** [1] - 15:9

**N**

  **name** [22] - 22:7,
22:11, 22:13, 22:14,
23:9, 30:19, 75:8,
84:7, 88:8, 92:3,
121:11, 123:14,
142:9, 167:13,
167:15, 174:19,
174:20, 175:21,
188:13, 189:5, 203:7,
226:23
  **names** [4] - 46:9,
94:17, 95:6, 95:18
  **Nanyang** [3] -
175:22, 175:23
  **narrowing** [1] -
53:13
  **Nat** [1] - 70:21
  **national** [3] - 14:23,
15:3, 129:10
  **nationals** [2] - 26:4,
44:18
  **nature** [5] - 12:5,
14:18, 15:2, 15:20,
241:22
  **Navin** [2] - 188:15,
188:20
  **Navy** [1] - 206:13
  **near** [2] - 33:10,
72:24
  **necessarily** [2] -
16:1, 160:6
  **necessary** [1] - 18:6
  **need** [36] - 11:23,
19:3, 40:2, 60:7, 71:1,
77:21, 125:8, 131:3,
131:5, 136:13, 137:6,
144:5, 148:5, 148:8,
148:9, 168:19,
169:12, 181:13,
181:14, 181:22,
181:24, 182:1, 182:4,
182:8, 182:15,
182:20, 184:12,
184:16, 201:20,
226:6, 251:23, 256:6,
257:15
  **needed** [6] - 7:20,
83:5, 194:17, 251:15,
252:10, 257:12
  **needs** [2] - 11:14,
21:18
  **negotiations** [1] -
241:9
  **network** [27] - 26:19,
31:10, 32:5, 40:18,
40:20, 63:14, 63:17,
64:5, 64:13, 65:2,
65:11, 65:16, 70:7,

70:9, 70:14, 70:22,
71:4, 71:11, 71:16,
84:18, 84:21, 85:14,
97:4, 109:13, 149:16,
217:8, 223:2
  **Network** [3] - 31:7,
70:4, 70:21
  **networking** [3] -
31:21, 69:5, 205:9
  **networks** [2] - 64:14,
70:9
  **Nevada** [15] - 1:5,
1:9, 1:22, 2:6, 2:14,
5:1, 6:7, 7:6, 172:1,
176:5, 241:13, 259:1,
259:5, 259:18
  **Nevada-reno** [1] -
176:5
  **never** [44] - 41:9,
43:13, 43:18, 43:19,
47:17, 62:10, 66:20,
67:3, 67:23, 69:1,
73:14, 75:17, 76:2,
79:20, 80:20, 80:21,
83:8, 86:19, 87:20,
93:24, 94:22, 110:23,
119:13, 120:9,
120:18, 120:20,
122:17, 123:23,
124:11, 130:21,
133:15, 135:6,
149:19, 164:23,
166:21, 193:21,
193:23, 194:2, 213:2,
251:20, 254:4,
255:21, 255:23,
255:24
  **Never** [2] - 73:13,
98:1
  **new** [3] - 50:16,
103:3, 121:16
  **Next** [1] - 182:12
  **next** [22] - 7:14, 35:7,
39:2, 39:17, 40:14,
43:8, 72:19, 114:12,
121:3, 121:18, 122:4,
122:18, 122:22,
123:11, 123:13,
159:1, 172:9, 183:1,
202:3, 202:20,
226:13, 253:5
  **nice** [1] - 108:12
  **night** [5] - 14:16,
34:23, 35:6, 39:5,
43:20
  **nighted** [2] - 6:9,
6:17
  **nine** [2] - 51:18,
242:10
  **ninety** [1] - 219:15

  **nobody** [3] - 97:3,
173:2, 231:20
  **None** [5] - 35:16,
106:8, 116:15,
145:13, 149:15
  **none** [5] - 34:9, 36:1,
99:24, 100:1, 102:11
  **Noon** [1] - 171:20
  **noon** [5] - 48:17,
125:3, 131:14, 137:5,
162:13
  **normal** [2] - 93:5,
256:12
  **normally** [2] - 191:5,
210:5
  **Northern** [4] - 175:9,
175:10, 175:11
  **note** [3] - 25:4,
125:6, 182:5
  **noted** [1] - 25:6
  **notepad** [1] - 57:8
  **Notepad** [1] - 153:1
  **notes** [2] - 259:10,
259:14
  **nothing** [17] - 18:23,
51:11, 84:22, 113:17,
115:15, 115:17,
115:23, 116:4, 116:7,
116:10, 119:12,
133:2, 192:14, 200:2,
203:20, 218:16, 256:4
  **Nothing** [3] - 219:8,
227:15, 249:13
  **noticed** [6] - 38:17,
39:16, 39:19, 40:8,
46:1, 54:17
  **notwithstanding** [1]
- 133:11
  **November** [3] -
49:23, 231:18, 247:23
  **number** [19] - 50:3,
59:19, 81:23, 86:13,
96:4, 104:6, 108:20,
110:5, 112:2, 152:9,
152:10, 157:12,
170:7, 179:17,
206:19, 207:9, 215:6,
221:16, 244:13
  **numbers** [2] - 49:24,
178:22
  **numerous** [4] -
205:14, 211:9,
218:12, 221:21
  **Nv** [2] - 1:24, 259:21

**O**

  **o'clock** [3] - 34:22,
245:17, 257:11
  **oath** [2] - 14:20

**object** [32] - 7:23, 8:2, 24:15, 101:3, 101:6, 101:9, 101:12, 104:15, 119:14, 128:22, 131:24, 132:3, 161:22, 177:6, 181:12, 193:13, 198:22, 199:22, 200:1, 201:8, 204:1, 209:1, 209:11, 209:13, 234:15, 235:2, 254:3, 254:5, 254:13, 255:13, 255:16, 256:9
**Object** [2] - 100:24, 236:7
**objecting** [1] - 35:22
**Objection** [16] - 35:14, 42:4, 52:8, 52:10, 52:17, 55:11, 79:9, 80:18, 89:12, 89:17, 90:18, 159:24, 189:16, 214:20, 236:6, 240:24
**objection** [30] - 6:16, 8:23, 9:4, 9:10, 10:10, 11:1, 11:2, 25:5, 35:15, 36:12, 36:15, 44:21, 45:9, 89:20, 91:3, 142:14, 203:11, 216:15, 216:19, 224:17, 224:19, 225:7, 225:14, 226:8, 240:1, 240:2, 241:18, 247:16, 248:8, 256:16
**objectionable** [1] - 79:12
**objections** [1] - 11:6
**obscenities** [1] - 44:7
**observe** [1] - 17:24
**observed** [1] - 75:23
**obvious** [1] - 137:1
**obviously** [1] - 172:16
**occasionally** [2] - 73:2, 75:20
**Occasionally** [1] - 64:14
**occupation** [1] - 227:1
**occur** [1] - 35:12
**occurred** [2] - 204:19, 204:21
**offer** [7] - 18:16, 234:24, 239:23, 247:15, 248:6, 253:8, 255:5
**offered** [8] - 42:11, 234:8, 234:11,

234:13, 247:10, 247:11, 247:13, 254:4
**office** [27] - 5:22, 6:10, 7:8, 7:12, 7:13, 37:22, 38:9, 38:16, 39:8, 39:13, 39:16, 39:17, 41:17, 44:1, 47:4, 47:6, 47:7, 54:14, 64:6, 72:19, 77:15, 127:1, 155:19, 158:7, 159:22, 161:18, 166:19
**Office** [2] - 113:17, 139:4
**officer** [11] - 5:18, 6:18, 26:23, 82:17, 141:3, 210:23, 212:9, 212:14, 212:20, 246:18, 246:20
**offices** [1] - 72:13
**Offices** [1] - 2:12
**Official** [1] - 259:4
**official** [1] - 224:14
**officially** [1] - 180:2
**officials** [2] - 90:9, 224:10
**often** [1] - 34:11
**old** [3] - 40:2, 49:16, 241:12
**older** [1] - 37:20
**on-going** [1] - 237:1
**once** [2] - 94:13, 179:6
**Once** [3] - 14:14, 15:16, 175:1
**one** [128] - 9:17, 9:20, 10:24, 11:2, 11:12, 13:16, 14:10, 16:14, 24:12, 25:22, 30:17, 33:5, 33:10, 37:12, 38:17, 38:20, 40:3, 41:15, 48:4, 49:9, 49:10, 49:11, 49:14, 50:4, 50:19, 51:22, 57:21, 59:18, 60:10, 60:14, 61:7, 63:2, 63:6, 68:8, 68:17, 68:18, 69:1, 70:24, 71:1, 71:2, 71:5, 71:11, 72:7, 73:4, 76:1, 76:10, 78:4, 78:7, 86:15, 86:17, 86:22, 88:2, 88:6, 93:4, 95:6, 95:7, 98:3, 103:11, 107:8, 107:17, 110:19, 112:12, 113:11, 113:12, 113:22, 114:20, 114:21, 115:16, 119:1,

121:18, 123:13, 125:2, 125:20, 131:14, 135:16, 137:11, 137:20, 139:6, 141:19, 143:10, 143:14, 145:5, 145:8, 146:24, 151:19, 154:24, 156:10, 156:24, 157:4, 158:12, 159:5, 159:18, 160:9, 163:7, 165:22, 167:7, 167:12, 185:7, 186:7, 187:23, 191:24, 192:3, 192:6, 192:9, 193:11, 199:8, 206:7, 208:20, 210:24, 211:2, 212:2, 228:19, 231:5, 231:12, 231:14, 231:17, 231:19, 232:6, 232:17, 241:5, 244:5, 244:7, 250:20, 252:17
**One** [5] - 67:5, 126:11, 163:10, 165:16, 223:17
**ones** [16] - 28:5, 38:20, 46:10, 59:12, 82:6, 86:15, 109:14, 114:7, 123:22, 141:16, 141:18, 146:24, 147:8, 205:14, 208:10
**ongoing** [3] - 124:20, 129:22, 217:3
**ooo** [4] - 1:8, 5:2, 171:21, 172:2
**open** [8] - 14:9, 17:6, 70:4, 70:8, 110:18, 134:11, 134:17, 151:19
**opened** [8] - 18:21, 110:17, 156:11, 156:24, 157:1, 157:4, 158:4, 159:21
**operate** [6] - 128:21, 129:4, 147:2, 170:12, 229:3, 252:13
**Operating** [14] - 60:21, 228:23, 229:2, 230:4, 231:4, 231:7, 232:15, 233:14, 234:19, 245:24, 246:6, 247:22, 249:9, 255:2
**operating** [12] - 27:14, 37:1, 37:15, 52:1, 113:16, 115:19, 116:5, 123:8, 148:15, 148:16, 220:2, 220:10

**operations** [1] - 245:5
**opinion** [4] - 204:21, 215:21, 218:13, 236:12
**opportunity** [4] - 7:24, 144:15, 162:11, 227:22
**opposed** [5] - 13:9, 52:23, 91:11, 134:18, 221:9
**opposition** [1] - 253:13
**order** [26] - 5:15, 8:17, 9:7, 11:4, 11:8, 15:1, 17:24, 19:8, 19:10, 19:21, 21:16, 105:2, 108:8, 127:2, 127:12, 127:14, 130:23, 136:6, 136:9, 143:2, 169:17, 208:7, 210:3, 211:23, 212:10
**ordered** [1] - 223:22
**ordinarily** [2] - 209:23, 257:13
**organization** [2] - 11:9, 212:12
**organized** [2] - 10:19, 210:14
**organizing** [1] - 137:15
**original** [11] - 12:22, 34:4, 68:17, 188:2, 218:3, 231:12, 231:14, 237:16, 246:5, 248:3, 252:12
**originally** [2] - 47:24, 48:8
**Osi** [1] - 129:6
**Otherwise** [1] - 231:20
**otherwise** [4] - 13:12, 31:21, 132:17, 242:4
**out-of-state** [1] - 9:8
**outline** [3] - 15:14, 63:14, 69:5
**outrageous** [1] - 80:7
**outset** [1] - 12:13
**outside** [16] - 21:17, 24:6, 37:1, 65:16, 112:1, 112:3, 112:13, 112:22, 115:8, 115:14, 124:14, 143:20, 156:3, 156:6, 209:24, 211:20
**over-nighted** [2] - 6:9, 6:17
**overall** [4] - 53:16,

68:24, 116:23, 179:23
**overheating** [1] - 29:11
**overly** [2] - 21:3, 21:4
**overrule** [1] - 45:9
**overruled** [2] - 36:15, 236:13
**overseeing** [1] - 250:5
**oversight** [1] - 111:2
**overstatement** [1] - 118:14
**overview** [2] - 245:11, 250:15
**own** [15] - 23:14, 26:11, 149:4, 149:24, 188:7, 193:16, 195:1, 195:5, 195:7, 204:18, 238:5, 238:8, 244:24, 252:17, 254:23
**owned** [1] - 230:19
**ownership** [2] - 16:2, 249:10
**owns** [3] - 12:20, 114:14, 115:3

**P**

**package** [1] - 243:5
**packing** [1] - 38:8
**Page** [1] - 3:2
**page** [9] - 118:3, 118:4, 230:11, 231:6, 232:22, 239:21, 246:12, 248:14, 248:15
**pages** [1] - 150:22
**paid** [14] - 86:9, 114:5, 115:7, 115:8, 136:19, 219:7, 219:9, 219:13, 247:5, 249:6, 250:18, 250:19, 250:20, 251:2
**Palo** [1] - 2:9
**paper** [6] - 69:13, 69:14, 69:16, 166:6, 166:19, 169:23
**paradox** [2] - 132:4, 132:6
**Paragraph** [1] - 232:23
**paragraph** [9] - 118:3, 230:12, 234:1, 237:12, 240:10, 246:12, 248:12, 248:17
**pardon** [1] - 215:16
**Parol** [1] - 236:8
**parol** [6] - 241:1,

241:3, 241:4, 241:5, 241:12, 242:5
**parrot** [1] - 220:18
**part** [22] - 34:20, 45:3, 56:21, 67:13, 68:13, 77:13, 83:20, 129:6, 135:12, 145:6, 165:10, 184:1, 184:3, 193:19, 193:20, 194:6, 195:10, 195:12, 196:2, 228:16, 242:8, 250:10
**Part** [1] - 195:4
**participate** [5] - 8:17, 9:9, 9:12, 9:23, 10:6
**participated** [1] - 79:6
**participating** [1] - 10:14
**particular** [16] - 21:21, 50:24, 97:15, 100:10, 105:24, 143:13, 191:19, 197:1, 206:5, 206:17, 220:10, 222:1, 225:4, 225:11, 242:14
**particularly** [5] - 19:19, 19:22, 206:12, 212:21, 241:2
**parties** [3] - 21:12, 21:17, 235:5
**partition** [2] - 116:8, 116:9
**partner** [1] - 255:19
**Partners** [2] - 77:24, 234:21
**partners** [1] - 238:2
**parts** [4] - 61:10, 72:12, 148:15, 184:12
**party** [5] - 27:12, 27:14, 32:7, 115:14, 227:21
**password** [16] - 31:6, 31:18, 32:11, 32:17, 145:11, 165:10, 165:14, 165:16, 165:18, 165:23, 166:2, 166:5, 167:10, 167:12
**passwords** [8] - 64:7, 166:12, 166:14, 166:16, 166:19, 166:23, 167:3, 167:6
**past** [13] - 8:9, 26:22, 29:4, 32:8, 34:11, 64:9, 110:12, 111:17, 111:19, 112:6, 159:12, 217:19, 243:4
**patent** [4] - 184:18, 230:16, 232:5, 240:21

**patents** [1] - 206:19
**pattern** [29] - 103:10, 103:15, 103:19, 103:24, 104:16, 119:15, 128:12, 128:21, 142:5, 177:7, 183:19, 185:17, 185:19, 185:22, 186:8, 186:15, 187:21, 187:23, 188:18, 191:22, 206:23, 206:24, 207:2, 207:11, 207:13, 207:15, 228:8, 237:6
**patterns** [3] - 207:5, 243:23, 244:4
**Patty** [17] - 46:2, 46:5, 49:10, 64:23, 86:14, 111:24, 123:19, 157:1, 157:13, 158:2, 158:4, 158:12, 158:19, 159:3, 159:16, 160:16, 200:20
**Patty's** [1] - 166:8
**pay** [2] - 153:22, 154:2
**paying** [1] - 47:10
**payments** [1] - 249:8
**Pc** [1] - 25:15
**Peek** [102] - 2:4, 2:4, 5:11, 5:12, 6:15, 7:22, 8:19, 10:10, 10:13, 10:22, 11:16, 11:18, 13:2, 13:4, 17:19, 17:22, 18:2, 18:10, 18:14, 18:23, 20:16, 20:23, 21:2, 21:6, 23:19, 67:6, 74:19, 79:22, 80:7, 80:12, 80:15, 106:6, 114:17, 124:18, 124:23, 125:12, 127:7, 127:15, 127:18, 128:5, 128:8, 130:11, 131:8, 131:11, 131:16, 133:11, 134:10, 134:13, 134:16, 134:24, 135:19, 135:21, 138:5, 161:21, 162:20, 163:1, 167:21, 168:3, 168:23, 169:9, 169:11, 169:20, 169:24, 170:2, 170:6, 170:10, 170:17, 170:20, 170:24, 171:4, 171:12,

171:15, 172:12, 172:15, 172:20, 172:23, 173:4, 173:7, 174:5, 174:7, 224:4, 224:21, 225:5, 225:13, 225:15, 226:2, 226:5, 226:12, 229:6, 229:21, 230:1, 231:12, 232:1, 233:5, 233:10, 233:19, 233:22, 235:16, 253:7, 253:15, 255:15, 257:24
**penalties** [1] - 117:10
**pending** [2] - 21:15, 206:19
**people** [45] - 31:4, 40:24, 41:22, 44:23, 45:19, 49:11, 50:17, 75:9, 75:15, 76:13, 82:13, 82:15, 101:15, 101:16, 102:14, 104:23, 105:10, 105:17, 112:1, 112:3, 112:14, 112:23, 121:23, 123:17, 123:20, 133:3, 154:20, 179:14, 183:5, 191:3, 194:20, 197:4, 201:6, 209:8, 211:21, 213:22, 218:3, 223:10, 237:9, 241:8, 245:1, 250:12, 251:19, 251:20, 254:23
**people's** [1] - 190:4
**per** [5] - 65:22, 66:5, 66:12, 103:1, 253:9
**percent** [14] - 63:2, 63:6, 81:23, 110:24, 116:11, 125:19, 137:11, 137:20, 184:1, 217:11, 217:12, 220:7, 238:18, 239:14
**percentage** [8] - 77:2, 86:4, 87:14, 87:17, 99:10, 137:22, 217:10, 249:10
**perfectly** [2] - 213:7, 244:2
**perform** [2] - 128:14, 170:13
**performance** [1] - 247:1
**perhaps** [5] - 14:10, 16:5, 62:8, 63:20, 111:2
**period** [8] - 59:1,

59:5, 59:9, 65:6, 66:4, 182:14, 244:22, 247:6
**peripherally** [1] - 12:16
**perjury** [1] - 117:10
**permanent** [1] - 41:18
**permissible** [1] - 9:24
**permission** [4] - 24:8, 63:19, 83:4, 200:23
**permissions** [7] - 31:8, 31:10, 31:20, 31:22, 149:13, 149:18, 149:22
**permit** [3] - 24:22, 25:1, 242:9
**permits** [1] - 225:15
**permitted** [1] - 6:13
**permitting** [2] - 24:6, 108:8
**Perry** [1] - 1:7
**person** [13] - 101:13, 124:7, 124:13, 124:16, 143:14, 181:1, 186:11, 192:4, 194:22, 243:13, 251:22
**personal** [8] - 37:10, 51:13, 64:2, 82:14, 199:13, 199:14, 227:7, 252:17
**personally** [7] - 78:10, 81:2, 113:2, 117:22, 124:4, 161:8, 219:1
**personnel** [1] - 44:12
**persuaded** [1] - 16:20
**Ph.d** [2] - 176:8, 176:12
**phase** [1] - 14:13
**Philip** [2] - 2:17, 7:2
**Phoenix** [1] - 64:24
**phonetic** [1] - 176:21
**physical** [1] - 31:2
**physically** [2] - 216:12, 240:13
**picture** [3] - 101:23, 103:22, 187:13
**pictures** [1] - 28:3
**piece** [5] - 95:22, 129:1, 169:23, 192:1
**pieces** [8] - 42:2, 95:22, 101:22, 102:19, 103:20, 168:8, 216:9, 217:17
**Pillsbury** [1] - 2:8
**Pittman** [1] - 2:8

**pixels** [1] - 181:2
**place** [7] - 31:15, 45:7, 54:12, 71:20, 210:22, 218:1, 224:10
**placed** [1] - 157:14
**plain** [1] - 152:14
**Plaintiff** [6] - 1:10, 2:3, 3:2, 5:12, 13:1, 15:12
**planned** [2] - 168:5, 168:6
**planning** [2] - 137:7, 245:16
**plans** [1] - 250:16
**Plastic** [1] - 163:19
**platform** [2] - 25:15, 186:4
**platforms** [2] - 205:17, 205:20
**play** [7] - 148:9, 148:16, 148:22, 149:1, 151:22, 152:3, 152:7
**played** [1] - 140:10
**player** [9] - 28:16, 58:3, 61:4, 84:8, 140:8, 140:9, 140:13, 146:9, 148:8
**Player** [4] - 59:22, 60:1, 60:14, 87:13
**players** [1] - 149:4
**playing** [1] - 87:2
**plenty** [3] - 109:5, 109:14, 167:17
**plugged** [3] - 71:8, 97:4, 113:11
**plural** [2] - 61:13, 91:9
**Plus** [1] - 225:10
**Pm** [1] - 172:1
**Po** [1] - 161:16
**pocket** [1] - 256:3
**point** [24] - 15:18, 17:10, 39:7, 39:12, 39:24, 40:4, 97:8, 120:7, 120:12, 120:14, 125:7, 125:17, 125:23, 126:4, 129:19, 135:14, 136:2, 136:4, 136:17, 137:1, 203:13, 217:19, 218:8, 252:14
**position** [6] - 26:7, 130:2, 174:23, 180:7, 180:9, 210:24
**possession** [2] - 16:3, 78:19
**possible** [3] - 44:16, 44:17, 66:15

possibly [3] - 12:12, 56:2, 60:11
post [1] - 155:19
pot [1] - 239:14
potential [3] - 154:7, 176:20, 228:8
potentially [3] - 126:19, 147:12, 221:13
practically [1] - 132:16
practice [8] - 108:8, 209:23, 210:6, 211:23, 212:8, 212:11, 212:13, 222:24
practices [1] - 256:13
pragmatically [1] - 132:17
pre [2] - 56:22, 103:3
pre-existing [1] - 103:3
precluded [1] - 24:18
Predator [1] - 68:6
preempt [1] - 15:4
preface [2] - 12:7, 13:20
prefacing [1] - 13:20
prefer [1] - 69:14
preliminary [1] - 21:11
Preliminary [3] - 1:20, 5:8, 162:3
premises [5] - 20:19, 27:7, 100:18, 111:4, 155:18
preparation [1] - 38:6
prepare [4] - 19:16, 20:2, 117:20, 117:24
preparing [3] - 42:17, 42:22, 137:16
present [14] - 19:17, 19:18, 24:14, 44:24, 45:2, 46:8, 85:22, 99:22, 161:1, 182:23, 187:11, 215:24, 259:7
presenting [4] - 10:24, 11:1, 11:4, 21:7
preserve [2] - 97:7, 216:17
preserving [1] - 221:1
president [2] - 174:24, 180:8
President [1] - 17:7
press [1] - 65:10
Pretty [1] - 29:4

pretty [6] - 34:11, 70:4, 141:20, 151:4, 151:5, 241:6
prevents [1] - 70:13
previous [3] - 55:24, 230:5, 246:17
previously [3] - 18:18, 114:2, 214:23
primarily [1] - 169:2
primary [1] - 206:22
Primm [1] - 78:7
privacy [1] - 156:13
private [15] - 18:11, 64:5, 65:2, 70:23, 71:2, 111:7, 111:10, 111:14, 111:20, 111:22, 112:4, 113:6, 121:4, 122:20, 125:8
privately [1] - 47:6
privilege [2] - 173:11, 173:12
pro [4] - 5:15, 6:4, 6:21, 7:6
problem [8] - 8:13, 10:3, 12:1, 14:7, 20:3, 131:21, 233:12
problems [2] - 15:15, 44:12
procedural [3] - 11:3, 11:12, 11:24
procedure [3] - 14:15, 211:4, 220:24
procedures [5] - 27:1, 44:14, 83:17, 83:19
proceed [19] - 11:17, 11:18, 11:23, 12:1, 13:7, 13:8, 13:13, 13:18, 14:8, 15:9, 15:18, 16:19, 130:8, 130:9, 131:3, 131:4, 131:8, 131:17
proceeding [3] - 129:16, 130:16, 203:13
Proceedings [1] - 1:19
proceedings [9] - 15:6, 17:16, 18:17, 18:19, 20:4, 20:8, 21:20, 24:9, 259:10
process [18] - 8:2, 89:8, 127:4, 131:12, 185:16, 192:12, 206:9, 211:21, 213:21, 216:2, 216:9, 217:1, 217:3, 220:24, 243:21, 251:14, 253:13, 253:16
processes [1] -

210:22
processing [4] - 175:17, 176:3, 177:8, 210:21
produce [1] - 162:4
product [5] - 146:17, 177:22, 181:7, 181:9, 200:14
Product [1] - 147:1
productive [1] - 218:9
profession [3] - 209:24, 211:23, 212:8
Professor [1] - 176:21
proffer [1] - 224:5
program [34] - 27:11, 51:5, 51:10, 57:5, 58:22, 59:20, 94:4, 94:6, 95:15, 96:8, 97:18, 102:6, 102:9, 104:18, 105:20, 107:1, 107:8, 112:8, 116:18, 135:10, 142:9, 145:18, 146:1, 146:4, 148:2, 148:21, 179:23, 190:18, 208:5, 209:2, 209:4, 220:5, 221:23
Program [7] - 59:8, 141:20, 145:9, 145:17, 146:7, 165:19, 165:20
Program-wise [1] - 59:8
programmed [3] - 35:12, 57:6, 205:13
programmer [13] - 25:16, 25:18, 37:12, 51:22, 61:23, 94:8, 102:23, 102:24, 122:4, 149:12, 150:4, 208:7, 208:17
programmer's [1] - 220:15
programmers [36] - 28:12, 30:13, 31:7, 34:8, 36:21, 36:24, 37:10, 57:21, 59:4, 71:10, 74:1, 74:4, 74:23, 75:2, 75:4, 76:8, 76:9, 76:12, 76:14, 87:9, 88:2, 104:24, 121:9, 142:21, 143:7, 143:10, 149:6, 149:22, 150:3, 211:14, 214:12, 219:24, 220:16, 245:13, 250:5

Programmers [1] - 149:11
programmers' [5] - 51:4, 51:9, 94:16, 100:1, 216:3
programming [2] - 24:3, 24:4, 37:7, 37:19, 55:23, 56:6, 57:5, 101:6, 150:15, 150:17, 150:19, 205:12
programs [15] - 27:13, 66:23, 76:24, 119:19, 141:22, 142:1, 142:2, 142:6, 142:7, 142:13, 143:11, 150:20, 208:3, 251:23
progress [7] - 37:6, 105:9, 123:6, 149:23, 211:13, 214:12, 244:14
project [13] - 28:16, 30:12, 47:12, 47:13, 58:2, 58:23, 76:4, 107:24, 147:20, 147:21, 151:20, 176:15, 244:21
projects [21] - 30:11, 30:15, 37:3, 37:6, 54:22, 54:24, 57:23, 59:6, 67:18, 71:14, 86:9, 86:12, 87:10, 88:4, 119:22, 137:24, 138:9, 188:18, 190:23, 210:14, 217:14
prompt [1] - 39:22
proper [2] - 16:19, 236:19
properly [1] - 47:10
property [3] - 170:21, 184:16, 184:17
proposed [1] - 235:5
proprietary [2] - 11:12, 12:19
protect [1] - 17:15
protected [4] - 145:11, 165:11, 165:14, 165:16
protecting [1] - 196:4
protocol [2] - 224:11, 224:15
protocols [1] - 255:24
prototypes [1] - 244:11
provide [4] - 159:6,

179:23, 190:14, 204:20
provided [4] - 7:16, 25:2, 128:16, 188:5
providing [1] - 190:18
public [4] - 65:10, 65:21, 68:6
publicly [1] - 68:7
pull [3] - 196:24, 197:1, 197:2
Pulver [4] - 2:12, 2:13, 5:22, 173:13
purchased [2] - 108:19, 115:6
Purchasing [1] - 137:16
purchasing [2] - 26:20, 85:16
Purpose [3] - 230:13, 234:4, 235:24
purpose [4] - 11:8, 136:6, 179:14, 256:17
purposeless [1] - 203:22
purposes [4] - 37:14, 137:7, 202:7, 245:16
pursuant [1] - 230:19
pursuit [1] - 21:20
put [32] - 19:20, 31:15, 41:18, 65:21, 71:19, 72:21, 88:21, 91:19, 111:9, 120:22, 135:8, 135:10, 143:4, 143:12, 143:20, 149:9, 149:23, 191:16, 203:11, 203:15, 203:21, 204:12, 208:15, 210:22, 219:17, 224:10, 235:9, 238:10, 238:14, 238:20, 244:16, 252:16
putting [3] - 204:7, 222:22, 243:4

## Q

quantifiable [1] - 215:5
questions [12] - 50:20, 100:22, 150:24, 154:23, 172:5, 211:2, 218:18, 242:10, 242:13, 249:18, 251:12
quicker [1] - 203:11
quite [2] - 107:15,

213:21
quote [1] - 155:11

**R**

R&d [2] - 210:17, 212:18
rack [4] - 70:18, 72:7, 85:17
racks [1] - 85:18
radio [1] - 194:9
Raid [10] - 33:16, 38:18, 40:9, 40:19, 41:6, 135:3, 145:4, 145:5, 145:6, 216:11
raised [2] - 129:19, 224:6
Ram [1] - 170:7
ramifications [1] - 133:20
ran [8] - 48:1, 50:24, 51:1, 51:13, 65:14, 97:18, 107:7, 178:8
random [1] - 33:6
Randy [1] - 78:9
range [1] - 66:2
rank [1] - 45:4
rate [3] - 36:17, 96:14, 219:15
rather [1] - 177:5
rationale [2] - 241:17, 242:5
reach [5] - 14:14, 15:16, 125:16, 126:3, 136:24
read [13] - 9:20, 57:8, 118:7, 132:13, 133:6, 145:15, 151:19, 152:2, 152:12, 178:18, 178:19, 233:21
readable [1] - 179:1
reading [1] - 234:1
ready [6] - 11:17, 11:18, 13:7, 13:8, 38:6, 43:21
realistic [1] - 180:23
realized [1] - 41:15
really [16] - 55:8, 90:17, 90:19, 130:3, 151:5, 151:6, 169:6, 183:24, 196:1, 197:9, 197:23, 198:9, 202:5, 213:19, 241:18
reason [11] - 10:8, 29:16, 35:11, 38:4, 83:12, 129:23, 132:23, 132:24, 181:4, 202:4, 221:6
reasonable [3] -

237:22, 246:23, 249:1
reasonably [1] - 215:1
reasons [1] - 221:7
rebuttal [1] - 18:6
receive [3] - 8:1, 102:7, 176:4
received [5] - 6:10, 27:23, 50:3, 156:18, 175:20
recent [5] - 7:17, 25:17, 145:14, 154:7, 250:21
recently [8] - 25:13, 26:22, 29:18, 32:8, 112:5, 144:17, 158:23, 251:7
recess [7] - 108:2, 125:3, 137:6, 171:19, 171:20, 245:18, 258:2
Recess [2] - 108:4, 258:4
reciting [1] - 45:7
reckless [1] - 223:14
recognition [37] - 68:3, 103:10, 103:15, 103:19, 103:24, 104:16, 105:7, 105:12, 105:15, 105:22, 119:15, 128:13, 128:21, 128:22, 142:5, 177:7, 183:20, 185:17, 185:19, 185:22, 186:8, 186:15, 187:21, 187:23, 188:19, 191:22, 193:10, 206:24, 207:1, 207:2, 207:11, 207:14, 207:16, 228:9, 237:6, 240:21
recognize [4] - 239:9, 246:3, 248:1, 254:20
recollection [1] - 32:20
recommends [1] - 15:12
reconstruct [1] - 221:21
record [24] - 19:10, 19:11, 21:11, 21:24, 36:14, 67:4, 70:6, 103:13, 121:1, 129:24, 172:22, 175:7, 203:22, 216:17, 216:18, 239:1, 246:10, 253:2, 253:3, 255:12, 256:4, 257:10, 257:15,

257:16
recorded [2] - 48:5, 110:5
recording [5] - 48:10, 48:19, 48:20, 66:4, 115:14
records [9] - 77:7, 77:12, 77:17, 77:23, 78:15, 81:16, 255:22, 255:23, 256:2
recover [20] - 29:8, 29:13, 51:2, 53:11, 53:17, 90:11, 94:14, 94:15, 95:10, 96:12, 96:16, 97:12, 97:14, 97:16, 97:17, 105:21, 206:7, 216:5, 216:8, 217:1
recovered [23] - 51:11, 51:17, 89:7, 90:5, 91:22, 94:17, 94:18, 95:17, 95:24, 96:1, 96:4, 96:7, 96:23, 97:2, 100:3, 100:13, 206:10, 217:5, 217:10, 217:12, 217:13, 217:16, 218:7
recovering [6] - 89:8, 95:16, 100:8, 120:17, 216:9, 221:12
recovery [14] - 50:24, 51:1, 53:7, 53:10, 96:8, 96:16, 100:6, 105:20, 124:10, 206:5, 206:9, 216:24, 217:3, 221:2
recreate [5] - 195:22, 199:9, 217:23, 218:4, 218:14
recreated [1] - 195:19
Recross [4] - 3:5, 3:13, 155:8, 223:19
Recross examination [1] - 3:5
recycle [1] - 51:16
redirect [3] - 138:14, 160:3, 160:6
Redirect [5] - 3:4, 3:12, 138:18, 202:11, 222:17
reference [4] - 16:13, 19:19, 234:16, 237:14
referred [1] - 121:10, 139:14, 148:11, 178:24, 236:1, 239:12, 240:11, 242:23, 248:17, 249:23

referring [9] - 28:8, 32:1, 57:2, 62:7, 62:13, 62:14, 121:2, 122:14, 230:5
Referring [3] - 230:11, 246:12, 248:12
refers [1] - 58:21
reflect [2] - 169:13, 216:18
regard [17] - 12:1, 17:9, 18:1, 19:13, 21:19, 85:19, 101:2, 103:9, 104:15, 104:22, 107:21, 127:3, 136:10, 153:16, 161:3, 169:13, 212:21
regarding [1] - 206:8
registration [3] - 186:3, 186:7, 192:12
regular [9] - 33:21, 34:10, 37:1, 57:8, 85:6, 113:3, 116:8, 143:18, 206:1
regularly [5] - 57:21, 71:13, 72:15, 112:9, 114:21
relate [2] - 36:23, 188:18
related [4] - 127:8, 127:9, 185:19, 221:12
relates [2] - 139:2, 151:1, 151:2, 183:19, 185:22, 205:23
relating [9] - 14:6, 186:8, 186:15, 186:19, 206:14, 237:2, 240:19, 240:20
Relative [2] - 227:13, 227:14
relatively [1] - 155:6
relax [1] - 46:18
release [2] - 26:13, 65:11
relevance [3] - 80:24, 81:10, 163:2
reliable [1] - 71:21
relied [1] - 245:4
reluctant [1] - 124:20
rely [4] - 209:17, 209:23, 211:22, 215:1
remain [1] - 18:19
remarks [1] - 12:7
remember [13] - 46:2, 67:14, 75:8, 95:7, 123:14, 163:22, 163:24, 165:8, 166:3, 191:8, 232:23, 240:12, 250:21

remind [1] - 163:8
removable [2] - 123:7, 220:3
removed [2] - 18:8, 123:7
rendering [1] - 74:14
reno [1] - 176:5
Reno [6] - 1:22, 2:6, 2:14, 5:1, 172:1, 259:18
Rephrase [1] - 89:23
replace [1] - 207:8
Reply [2] - 231:24, 233:12
report [4] - 50:6, 50:10, 188:12, 188:16
reported [1] - 122:8
Reported [1] - 1:24
reporter [6] - 5:10, 14:12, 93:6, 181:17, 257:9, 259:7
Reporter [3] - 22:11, 175:10, 259:4
reporters [1] - 245:17
reports [1] - 188:10
repository [1] - 210:13
represent [2] - 8:22, 232:20
representation [3] - 6:16, 6:18, 8:15
representations [2] - 8:9, 9:1
representative [2] - 42:20, 113:4
representing [2] - 5:21, 78:11
represents [3] - 63:6, 78:3, 207:9
request [5] - 13:21, 50:9, 50:10, 161:24, 255:21
requested [2] - 50:13, 113:24
require [2] - 81:19, 224:10
required [1] - 141:4
requirement [1] - 180:22
requires [2] - 183:7, 224:15
requiring [1] - 97:23
research [1] - 244:20
Research [1] - 176:16
reserve [3] - 172:7, 225:21, 226:8
reserving [1] - 254:3
reset [2] - 50:14, 50:15

**reside** [1] - 22:9
**respect** [4] - 130:11, 206:23, 242:23, 257:6
**respectfully** [2] - 8:24, 18:14
**respond** [1] - 8:10
**responding** [3] - 40:16, 40:19, 40:20
**responsibilities** [2] - 180:12, 250:10
**responsibility** [2] - 242:3, 250:1
**responsible** [12] - 28:21, 29:22, 29:24, 30:3, 183:4, 183:8, 186:6, 191:10, 200:17, 210:24, 223:11, 250:2
**rest** [9] - 38:24, 41:12, 43:13, 44:10, 111:11, 118:19, 119:8, 123:18, 150:5
**restated** [1] - 232:5
**Restated** [4] - 245:24, 246:6, 247:22, 255:2
**restrict** [2] - 186:3, 204:6
**restriction** [2] - 70:16, 71:17
**result** [3] - 68:21, 182:24, 204:22
**results** [1] - 133:22
**resume** [1] - 73:17
**retained** [2] - 219:3, 219:5
**returned** [2] - 118:6, 216:14
**revenue** [1] - 99:14
**revenues** [1] - 87:18
**review** [3] - 19:19, 20:23, 83:21
**reviewed** [1] - 82:19
**revolutionary** [1] - 228:12
**rich** [1] - 139:12
**rid** [1] - 40:1
**Rm** [1] - 1:24
**road** [1] - 256:17
**Robert** [1] - 1:7
**Rogers** [1] - 56:3
**role** [2] - 26:23, 245:3
**Roman** [3] - 3:10, 203:1, 203:9
**Ronald** [2] - 2:12, 5:21
**roof** [1] - 48:1
**room** [18] - 31:2, 39:18, 72:18, 111:7, 111:10, 111:14,

111:20, 111:22, 112:4, 112:12, 113:6, 113:23, 115:20, 123:13, 156:10, 156:12, 156:13, 156:22
**Roughly** [1] - 59:13
**route** [1] - 56:4
**router** [9] - 65:13, 65:14, 70:11, 70:12, 70:20, 71:19, 98:3, 223:3
**routes** [1] - 56:5
**row** [2] - 17:18, 207:8
**Rule** [2] - 9:4, 225:16
**rule** [15] - 6:12, 9:6, 9:11, 9:14, 9:20, 9:21, 10:5, 10:23, 17:14, 236:8, 241:5, 241:6, 241:13, 242:6
**ruled** [1] - 216:16
**rules** [2] - 16:21, 83:14
**ruling** [1] - 126:21
**run** [14] - 27:17, 28:23, 32:5, 51:10, 51:14, 60:15, 96:12, 124:9, 148:16, 150:21, 171:9, 207:10, 208:3
**runable** [1] - 27:10
**running** [14] - 39:1, 65:15, 95:14, 95:21, 96:9, 100:6, 113:12, 124:10, 178:5, 178:7, 178:21, 243:14, 245:10, 250:2
**runs** [2] - 139:7, 147:3

---

## S

**sabotage** [1] - 41:21
**safe** [28] - 14:12, 143:20, 144:22, 155:12, 155:16, 155:18, 155:22, 155:24, 156:1, 156:2, 156:9, 156:21, 157:1, 157:7, 157:11, 157:12, 158:3, 158:4, 158:6, 158:16, 159:3, 159:19, 160:4, 161:7, 161:11, 161:14, 166:4, 166:8
**safes** [6] - 83:7, 113:8, 156:4, 157:3, 157:18, 166:6
**salary** [5] - 136:20,

250:18, 250:19, 250:20, 250:22
**Samant** [1] - 122:5
**sample** [2] - 27:17, 116:15
**satellite** [1] - 154:8
**satisfied** [1] - 207:20
**Saurabh** [2] - 188:15, 188:20
**save** [2] - 188:23, 189:1
**saw** [10] - 94:12, 113:12, 113:21, 157:18, 157:22, 159:11, 159:18, 167:2, 167:6, 244:8
**schedule** [1] - 171:10
**scheduled** [1] - 42:19
**school** [10] - 23:23, 23:24, 24:2, 175:1, 175:2, 175:4, 175:15, 176:6, 205:4, 227:10
**schooling** [1] - 25:11
**Sci** [1] - 153:14
**science** [2] - 176:9, 205:6
**Scientific** [1] - 176:16
**scope** [3] - 160:3, 160:6, 207:3
**Scr** [2] - 9:4, 9:7
**screw** [1] - 47:9
**script** [2] - 191:13, 191:16
**seal** [1] - 18:18
**sealed** [8] - 14:10, 14:13, 15:7, 18:20, 124:23, 130:1, 224:20, 224:21
**sealing** [1] - 17:15
**search** [4] - 88:20, 89:3, 162:7, 162:8
**seated** [3] - 5:5, 17:18, 108:5
**second** [15] - 11:12, 58:23, 74:10, 79:17, 92:17, 110:4, 110:5, 154:24, 176:2, 180:17, 181:8, 187:1, 211:16, 217:23
**Second** [3] - 1:5, 2:6, 259:4
**Secondly** [2] - 16:12, 126:18
**secrecy** [2] - 173:11
**secret** [9] - 12:16, 67:17, 128:1, 131:6, 153:9, 153:10,

153:13, 156:10, 156:12
**secretary** [1] - 173:13
**secretive** [2] - 12:9, 17:2
**section** [3] - 72:12, 72:13, 74:7
**secure** [2] - 113:8, 211:1
**Security** [3] - 42:21, 43:22, 83:14
**security** [27] - 12:10, 12:14, 14:23, 15:4, 20:12, 26:23, 26:24, 27:1, 42:18, 42:22, 47:20, 77:14, 77:20, 81:11, 82:17, 83:9, 114:23, 129:10, 135:13, 141:3, 153:8, 192:22, 206:7, 212:22, 218:23, 224:11, 224:15
**see** [58] - 10:2, 10:3, 10:7, 14:22, 15:21, 17:12, 21:5, 24:20, 24:21, 39:18, 40:19, 43:15, 63:21, 65:15, 74:19, 75:23, 83:1, 91:8, 102:10, 106:6, 113:24, 114:17, 116:3, 128:20, 131:3, 136:24, 137:3, 144:22, 156:16, 158:1, 158:3, 163:5, 163:15, 164:1, 166:23, 167:4, 171:6, 182:17, 187:13, 191:2, 191:3, 193:3, 193:6, 195:14, 196:22, 198:3, 204:10, 205:1, 213:10, 230:12, 231:22, 232:6, 236:2, 246:16, 248:19, 248:21, 249:22
**seek** [1] - 130:23
**seem** [2] - 16:3, 16:4
**segment** [2] - 70:23, 71:11
**selection** [2] - 176:14, 177:21
**self** [3] - 24:3, 98:11, 98:21
**self-destruct** [1] - 98:11
**self-destructs** [1] - 98:21
**self-taught** [1] - 24:3
**sell** [1] - 19:4
**semiretired** [1] -

227:6
**send** [2] - 7:11, 134:18
**sense** [5] - 60:8, 90:17, 90:20, 92:15, 179:10
**sent** [2] - 6:5, 7:7
**separate** [6] - 30:18, 33:3, 91:11, 119:5, 165:15, 166:16
**September** [3] - 64:9, 231:10, 239:7
**sequence** [7] - 147:18, 178:10, 191:1, 191:2, 194:10, 194:13, 194:21
**sequential** [1] - 148:1
**series** [9] - 70:17, 72:14, 207:8, 207:9, 208:5, 208:21, 228:17, 233:14, 244:3
**serve** [1] - 179:14
**server** [17] - 30:8, 30:19, 30:21, 31:24, 32:2, 32:6, 32:7, 32:24, 39:18, 40:11, 64:10, 72:18, 94:18, 95:9, 189:3, 189:5, 216:11
**Server** [1] - 30:22
**servers** [18] - 28:23, 30:17, 32:3, 32:4, 32:10, 32:12, 33:4, 39:19, 64:2, 64:12, 71:9, 72:20, 118:11, 122:15, 171:5, 215:10, 215:13
**Service** [3] - 42:21, 43:22, 83:15
**session** [1] - 5:6
**set** [18] - 30:18, 31:22, 32:8, 48:3, 50:4, 63:17, 64:8, 64:11, 64:23, 64:24, 70:18, 70:19, 71:1, 71:11, 72:1, 72:4, 72:14, 211:6
**setting** [7] - 38:10, 38:12, 39:1, 48:8, 84:19, 84:21
**settlement** [1] - 10:6
**setup** [1] - 85:14
**seven** [3] - 218:12, 227:4, 251:9
**Several** [1] - 140:5
**several** [9] - 32:3, 34:12, 57:13, 99:19, 113:10, 133:23, 139:3, 139:9, 198:19

**shall** [4] - 9:8, 9:21, 246:20, 248:22
**share** [6] - 31:8, 78:4, 105:1, 105:2, 140:4, 243:6
**shared** [3] - 49:11, 201:1, 252:4
**shareholder** [3] - 78:16, 78:22, 80:3
**shareholders** [8] - 77:18, 78:5, 78:6, 78:14, 81:18, 81:22, 82:4, 82:19
**sharing** [1] - 31:11
**Shaw** [1] - 2:8
**sheriff** [1] - 14:11
**ship** [1] - 140:9
**shoes** [1] - 184:8
**shooting** [1] - 46:17
**short** [3] - 42:14, 155:6, 217:6
**shot** [1] - 16:11
**shoulder** [1] - 231:21
**show** [10] - 45:7, 77:18, 77:24, 81:17, 117:9, 136:9, 177:24, 190:24, 191:1, 204:17
**showed** [7] - 35:1, 50:17, 94:12, 156:24, 243:12, 243:15, 244:12
**showing** [2] - 243:18, 243:19
**shown** [4] - 44:17, 78:16, 236:10, 256:3
**shows** [2] - 50:3, 222:2
**shy** [1] - 33:8
**sic** [1] - 240:21
**side** [10] - 10:17, 19:18, 20:15, 22:24, 24:11, 135:16, 136:11, 204:7, 252:5
**sides** [6] - 10:21, 19:23, 136:2, 225:11, 251:12
**sign** [1] - 19:22
**signal** [1] - 175:17
**signature** [2] - 117:14, 239:19
**signed** [11] - 5:14, 8:17, 9:8, 24:16, 104:14, 117:9, 133:14, 228:20, 235:15, 235:16, 246:7
**significant** [1] - 111:3
**similar** [1] - 148:24
**simple** [4] - 59:17, 60:12, 168:19, 207:7

**simply** [5] - 45:6, 154:1, 184:13, 208:5, 211:18
**Singapore** [1] - 175:21
**single** [7] - 74:9, 110:4, 110:17, 116:6, 147:14, 147:18, 148:2
**single-story** [1] - 74:9
**singular** [6] - 54:18, 55:2, 55:5, 61:14, 62:14, 91:9
**sit** [11] - 18:4, 18:6, 89:10, 90:2, 90:12, 103:18, 106:12, 126:14, 164:4, 164:8, 167:8
**Sit** [1] - 79:18
**site** [4] - 71:5, 150:13, 150:17, 213:1
**sites** [2] - 28:24, 66:7
**sitting** [2] - 10:11, 169:19
**situated** [1] - 39:17
**situation** [2] - 8:20, 44:20
**situations** [1] - 221:22
**six** [8] - 29:5, 31:3, 102:14, 137:18, 205:24, 230:11, 231:6, 232:22
**size** [2] - 104:7, 212:12
**skill** [1] - 259:16
**sky** [1] - 243:14
**slate** [2] - 52:1, 107:10
**sleeve** [1] - 163:19
**Sloan** [7] - 3:3, 22:1, 22:8, 22:13, 169:21, 208:23, 212:19
**Sloan's** [1] - 129:19
**slow** [2] - 181:16, 181:19
**small** [6] - 212:14, 215:12, 217:20, 237:22, 246:22, 248:24
**smaller** [4] - 50:16, 179:8, 179:9, 179:11
**Smart** [1] - 177:24
**snuck** [1] - 221:5
**Snyder** [1] - 2:5
**so-called** [1] - 121:4
**Software** [1] - 95:15
**software** [53] - 27:12, 27:14, 28:10, 50:24, 51:1, 65:8, 65:15,

74:16, 94:21, 99:22, 100:7, 100:14, 115:14, 148:15, 178:4, 178:6, 178:8, 178:9, 178:10, 178:12, 183:18, 185:2, 185:15, 185:21, 186:10, 191:18, 195:16, 200:18, 205:7, 205:19, 206:15, 209:3, 210:8, 210:11, 210:13, 210:14, 210:18, 211:1, 211:4, 215:12, 218:1, 220:7, 220:23, 222:21, 223:1, 227:14, 230:18, 236:1, 236:5, 240:18, 240:20, 251:24
**sold** [1] - 228:21
**solely** [1] - 238:4
**sold** [1] - 130:6
**someday** [1] - 26:13
**someone** [5] - 68:21, 127:20, 186:2, 221:5, 221:10
**someplace** [1] - 156:3
**Sometime** [1] - 180:22
**sometime** [1] - 106:19
**sometimes** [1] - 180:24
**somewhere** [4] - 126:14, 143:20, 155:20, 161:16
**son** [2] - 26:2, 48:11
**soon** [1] - 197:9
**sorry** [12] - 22:15, 39:10, 93:12, 135:17, 171:2, 175:22, 209:12, 225:23, 226:3, 241:14, 255:8, 255:15
**Sorry** [2] - 173:5, 190:10
**sort** [4] - 65:10, 81:6, 129:9, 135:7
**source** [208] - 20:18, 27:8, 27:9, 27:12, 27:24, 28:2, 28:7, 28:11, 28:13, 29:1, 29:15, 29:19, 29:22, 30:1, 30:4, 30:21, 30:23, 32:4, 32:19, 33:12, 34:1, 40:9, 47:11, 53:5, 54:19, 54:22, 54:23, 55:3,

55:5, 56:15, 56:21, 56:23, 57:14, 58:5, 58:15, 58:18, 58:20, 59:10, 59:20, 59:24, 60:6, 60:24, 61:3, 62:4, 62:5, 62:18, 62:20, 63:2, 63:6, 66:21, 76:2, 85:4, 85:20, 85:24, 86:19, 87:7, 87:20, 87:24, 88:11, 88:15, 88:22, 89:1, 89:6, 89:11, 89:17, 90:3, 90:14, 91:9, 91:10, 91:19, 92:10, 93:19, 93:21, 94:2, 96:17, 96:22, 96:23, 97:13, 100:12, 101:9, 101:12, 103:23, 104:3, 104:5, 105:11, 105:22, 106:21, 106:24, 107:5, 107:21, 107:23, 110:24, 115:10, 116:2, 116:14, 116:19, 116:24, 118:10, 119:2, 119:8, 119:14, 119:16, 128:10, 128:20, 128:24, 129:4, 131:9, 132:9, 132:15, 132:19, 135:5, 137:12, 137:20, 138:2, 138:20, 139:1, 139:14, 139:17, 139:19, 140:1, 140:4, 140:16, 140:22, 141:12, 142:12, 142:21, 143:6, 143:16, 146:5, 146:14, 146:19, 147:9, 147:13, 147:17, 149:5, 149:7, 151:2, 151:9, 152:16, 152:20, 152:22, 154:11, 165:20, 170:11, 179:3, 179:10, 179:15, 179:17, 183:18, 185:4, 185:7, 185:10, 186:7, 186:11, 186:14, 186:18, 186:21, 187:17, 188:4, 188:7, 188:18, 188:23, 189:1, 189:11, 189:24, 190:8, 190:12, 190:15, 193:9, 193:13, 195:1, 195:5, 195:7, 196:5, 196:12, 204:16, 205:11,

207:24, 208:1, 208:24, 209:4, 209:9, 210:7, 211:11, 214:7, 214:10, 214:17, 215:14, 215:17, 215:22, 217:1, 217:5, 217:10, 217:11, 218:6, 218:12, 218:14, 220:12, 220:15, 221:1, 222:22, 223:12, 224:11, 224:12
**Source** [7] - 37:3, 37:5, 58:21, 61:11, 179:6, 179:8, 220:13
**space** [6] - 33:4, 33:7, 51:6, 51:8, 116:8, 116:9
**Spare** [1] - 156:17
**spare** [1] - 157:10
**speaker** [1] - 23:14
**speaking** [1] - 252:1
**speaks** [2] - 236:9, 236:11
**special** [6] - 104:17, 112:8, 153:3, 153:14, 208:18
**specific** [2] - 207:13, 243:23
**specifically** [6] - 21:20, 69:2, 183:19, 210:17, 221:11, 240:12
**specifies** [1] - 82:22
**speculation** [3] - 42:5, 44:22, 45:4
**spell** [3] - 22:11, 175:8, 203:7
**spend** [1] - 176:1
**spent** [9] - 38:24, 43:20, 44:10, 103:5, 111:17, 169:5, 176:7, 176:18, 227:16
**spied** [1] - 64:8
**spoken** [3] - 9:3, 123:19, 213:6
**spring** [1] - 106:20
**Src** [1] - 30:22
**Srcserver** [43] - 30:24, 32:1, 32:9, 32:23, 33:7, 33:19, 34:4, 34:18, 35:3, 36:23, 38:13, 38:21, 39:20, 40:7, 41:10, 43:7, 62:1, 95:14, 100:4, 100:9, 104:5, 104:6, 117:6, 117:7, 119:1, 135:3, 142:24, 143:5, 143:8, 143:12, 149:7, 150:2, 169:2,

169:3, 169:4, 189:7, 189:9, 189:12, 190:1, 190:6, 211:8, 211:9, 216:7
**ss** [1] - 259:1
**stack** [5] - 144:23, 155:10, 155:15, 161:3, 161:5
**staff** [2] - 21:12, 171:10
**stand** [7] - 21:10, 73:17, 126:1, 140:10, 173:18, 203:16, 204:8
**stand-alone** [1] - 140:10
**standard** [4] - 211:4, 211:7, 220:24, 256:12
**Standing** [3] - 6:6, 7:7, 7:12
**standing** [1] - 7:3
**stands** [2] - 131:23, 153:15
**start** [8] - 83:22, 108:8, 141:20, 236:22, 250:4, 252:7, 252:18, 255:20
**started** [12] - 26:1, 34:20, 40:4, 40:7, 41:22, 43:14, 44:19, 55:21, 65:14, 131:13, 235:9, 240:17
**starting** [2] - 51:1, 217:19
**startup** [1] - 210:20
**State** [18] - 1:5, 6:6, 6:7, 7:3, 7:5, 7:8, 7:9, 7:10, 7:17, 7:18, 7:20, 7:23, 7:24, 9:2, 9:3, 206:6, 259:1, 259:5
**state** [9] - 5:9, 9:8, 45:8, 52:19, 83:14, 97:7, 203:7, 203:21, 203:22
**statement** [3] - 15:5, 55:15, 154:1
**States** [2] - 129:15, 224:5
**station** [11] - 41:6, 48:4, 51:14, 74:3, 97:12, 114:12, 121:3, 122:19, 193:16, 200:6, 200:8
**stations** [21] - 33:11, 33:14, 34:5, 34:6, 36:22, 37:8, 37:11, 37:16, 38:18, 48:4, 51:4, 71:9, 72:4, 72:6, 72:23, 73:7, 95:9, 100:1, 143:1, 188:23, 216:4

**status** [2] - 64:13, 204:8
**statute** [1] - 127:11
**statutory** [6] - 16:13, 16:17, 19:20, 130:6, 131:2, 134:21
**stay** [3] - 18:13, 38:7, 129:16
**Steiner** [2] - 172:23, 172:24
**stenotype** [2] - 259:10, 259:13
**Step** [2] - 202:21, 226:14
**step** [15] - 17:20, 172:11, 178:14, 181:6, 181:8, 182:10, 182:12, 183:1, 183:3, 186:23, 187:1, 202:16, 204:24
**Stephen** [2] - 2:4, 5:12
**steps** [2] - 148:5, 185:1
**still** [25] - 25:1, 34:24, 57:20, 62:1, 89:8, 91:21, 92:12, 95:21, 110:22, 116:12, 116:19, 117:1, 117:6, 118:16, 150:7, 161:1, 184:15, 198:10, 198:18, 214:15, 214:17, 220:8, 220:11, 235:2
**Stillman** [10] - 2:15, 2:17, 7:2, 7:15, 7:16, 8:4, 8:12, 8:16, 9:24
**stipulation** [6] - 18:16, 19:7, 19:16, 19:21, 20:2, 20:23
**stock** [1] - 238:20
**stockholder** [1] - 77:13
**Stop** [4] - 90:24, 92:19, 92:21
**stop** [2] - 75:13, 92:24
**storage** [7] - 33:16, 83:1, 83:6, 83:15, 83:18, 210:10
**store** [6] - 30:14, 83:3, 83:9, 149:7, 170:8, 210:13
**stored** [16] - 27:6, 27:16, 30:9, 30:16, 33:17, 34:14, 48:15, 118:10, 119:3, 142:13, 142:22, 142:23, 143:8, 189:12, 207:5, 221:18

**storing** [1] - 32:6
**story** [4] - 74:8, 74:9, 128:9, 130:12
**strange** [1] - 41:1
**streaming** [2] - 88:3, 142:1
**Street** [2] - 2:9, 227:8
**stretch** [1] - 243:8
**Strike** [6] - 113:1, 120:19, 142:14, 163:14, 163:16, 165:3
**strike** [7] - 35:20, 42:5, 44:22, 143:22, 144:6, 198:22, 201:9
**strong** [1] - 15:5
**stronger** [1] - 65:14
**structure** [12] - 30:7, 30:8, 30:10, 30:16, 63:14, 70:4, 70:7, 71:22, 111:4, 118:21, 181:11, 182:3
**stuck** [1] - 224:23
**studied** [1] - 205:13
**Studio** [1] - 147:1
**Stuff** [1] - 41:1
**stuff** [27] - 27:16, 28:15, 38:15, 40:2, 41:1, 43:17, 63:11, 83:18, 84:21, 88:9, 88:10, 101:18, 104:18, 127:12, 128:2, 130:15, 137:16, 137:23, 142:23, 145:13, 150:13, 150:14, 152:8, 152:13, 159:18, 165:21, 203:17
**sub** [2] - 70:9, 182:7
**sub-algorithm** [1] - 182:7
**sub-networks** [1] - 70:9
**subdivisions** [1] - 70:8
**subfolder** [3] - 30:12, 149:11, 149:21
**subfolders** [1] - 40:8
**subfunction** [2] - 182:16
**subject** [9] - 8:17, 14:4, 31:22, 129:22, 169:14, 172:7, 172:13, 204:14, 204:15
**sublicensed** [1] - 26:11
**submission** [1] - 21:15
**submit** [3] - 15:3,

203:15, 225:19
**submitted** [5] - 18:18, 75:15, 82:15, 253:4, 253:12
**subprojects** [1] - 211:10
**subset** [2] - 176:14, 177:21
**substantial** [2] - 218:13, 244:17
**substantially** [3] - 237:20, 246:20, 248:22
**substantiate** [1] - 256:5
**subsystem** [1] - 30:12
**subtask** [1] - 182:6
**Suchita** [2] - 122:5, 188:16
**suggested** [1] - 109:17
**suggestions** [1] - 181:5
**Suite** [2] - 2:14, 2:17
**summer** [1] - 47:23
**Sun** [9] - 3:6, 101:14, 122:23, 174:13, 174:20, 192:19, 192:21, 199:6, 210:17
**Sun's** [1] - 105:16
**Sunday** [1] - 43:3
**sundry** [1] - 237:7
**superlatives** [1] - 13:10
**supervision** [3] - 101:19, 104:23, 105:18
**support** [2] - 117:15, 176:22
**supported** [1] - 176:15
**supposed** [8] - 124:17, 131:2, 145:3, 149:8, 187:10, 199:19, 250:13
**Supreme** [1] - 6:12
**surprised** [1] - 16:22
**surveillance** [3] - 45:22, 45:23, 115:12
**sustain** [4] - 42:8, 42:12, 52:19, 91:4
**Sustained** [2] - 52:9, 189:22
**sustained** [1] - 52:11
**Svatek** [3] - 57:22, 76:9, 85:9
**Svatek's** [1] - 61:24
**swear** [1] - 21:23
**switch** [2] - 40:13,

245:17
**switches** [1] - 70:17
**sworn** [10] - 14:20, 21:9, 22:2, 173:16, 174:14, 202:21, 202:23, 203:2, 226:15, 226:18
**System** [3] - 58:4, 60:21, 84:8
**system** [22] - 30:7, 37:1, 37:15, 47:20, 48:16, 49:3, 52:1, 65:13, 85:18, 113:16, 115:19, 116:5, 123:8, 148:15, 148:16, 210:7, 211:7, 211:8, 212:22, 220:2, 220:11, 223:22
**systems** [1] - 27:15

**T**

**table** [1] - 8:21
**tables** [2] - 72:14, 113:7
**talks** [1] - 10:5
**tamper** [1] - 90:10
**tangible** [2] - 154:16, 168:10
**Tangirala** [2] - 51:22, 121:13
**tapered** [1] - 66:1
**tapes** [2] - 156:18, 157:9, 157:15, 158:11, 166:7
**task** [1] - 182:9
**tasks** [2] - 26:17, 193:11
**taught** [1] - 24:3
**team** [4] - 101:14, 105:16, 188:10
**teamwork** [1] - 193:18
**tech** [1] - 227:22
**technical** [7] - 184:11, 209:21, 212:9, 212:20, 227:12, 245:7, 251:12
**techniques** [1] - 104:23
**Technologies** [19] - 1:9, 5:13, 12:22, 63:15, 74:15, 78:17, 85:20, 101:2, 105:8, 130:21, 227:2, 230:9, 231:8, 232:16, 234:20, 239:4, 240:8, 254:24, 256:24
**technologies** [5] - 83:24, 84:16, 206:14,

237:2, 240:21
**technology** [88] -
12:24, 14:4, 14:6,
19:4, 26:10, 56:24,
57:15, 58:11, 58:19,
61:18, 61:20, 61:21,
62:16, 74:13, 74:16,
84:2, 84:5, 86:5,
86:17, 86:23, 87:8,
88:1, 88:13, 88:17,
88:23, 89:2, 89:4,
89:5, 89:14, 90:4,
90:15, 91:20, 93:22,
94:3, 94:20, 96:2,
96:15, 96:16, 96:18,
96:24, 99:5, 99:7,
99:11, 99:14, 99:17,
99:21, 100:6, 100:14,
103:10, 103:15,
103:24, 104:16,
105:7, 105:12,
105:15, 105:22,
105:24, 107:22,
130:14, 133:4,
133:11, 133:20,
163:11, 164:10,
164:14, 164:20,
164:24, 167:11,
168:15, 168:16,
193:10, 210:23,
212:14, 220:21,
228:9, 228:20,
230:18, 236:1, 236:5,
238:16, 240:19,
242:24, 243:2, 243:8,
246:18, 246:19, 250:4
**Technology** [17] -
59:11, 64:3, 78:22,
79:7, 80:4, 82:4,
84:17, 85:5, 86:1,
90:3, 103:8, 108:18,
109:12, 109:18,
174:22, 175:22,
175:23
**tedious** [1] - 208:12
**telecommunication
s** [1] - 175:13
**telephone** [5] -
124:12, 224:17,
225:17, 225:18,
225:22
**ten** [4] - 25:14,
101:16, 161:6, 242:11
**tender** [1] - 207:18
**tends** [1] - 29:10
**Tennet** [3] - 75:12,
88:4, 99:3
**Tens** [3] - 58:13,
58:14, 60:19
**tens** [10] - 58:18,

60:2, 60:5, 61:15,
62:8, 62:15, 63:5,
65:6, 89:11, 90:13
**terabyte** [2] - 215:9,
215:13
**terabytes** [4] - 33:8,
33:9, 33:17, 215:11
**term** [7] - 61:17,
68:2, 89:21, 103:6,
105:5, 105:8, 249:3
**terminology** [2] -
155:21, 177:6
**terms** [10] - 46:23,
66:17, 100:21,
104:19, 113:14,
130:3, 151:10,
199:22, 230:20,
236:11
**test** [4] - 116:15,
182:16, 185:9, 196:24
**testified** [11] - 22:3,
53:24, 92:11, 114:3,
116:17, 169:21,
174:15, 203:3, 206:8,
208:23, 226:19
**testifies** [2] - 81:14,
133:8
**testify** [4] - 114:8,
125:20, 159:4, 226:13
**testifying** [3] - 169:9,
169:11, 173:23
**testimony** [28] -
35:16, 35:17, 35:21,
36:8, 45:3, 54:18,
55:4, 62:3, 81:17,
88:19, 91:5, 107:4,
126:16, 129:20,
132:11, 137:11,
161:12, 162:15,
165:9, 193:4, 213:9,
213:13, 213:14,
214:24, 219:10,
223:3, 259:10
**testing** [3] - 34:16,
37:13, 37:19
**text** [9] - 27:9, 57:7,
57:11, 57:12, 139:5,
152:2, 165:17, 208:17
**Theater** [2] - 58:4,
84:8
**theme** [1] - 225:5
**themselves** [1] -
214:17
**theory** [2] - 175:14,
238:19
**therein** [1] - 259:11
**they've** [3] - 189:2,
217:7, 218:2
**thinking** [1] - 14:16
**thinks** [1] - 242:15

**third** [7] - 21:17,
27:12, 27:14, 32:7,
115:14, 145:7, 227:20
**third-party** [4] -
27:12, 27:14, 32:7,
115:14
**Thirdly** [1] - 126:22
**thoughts** [1] -
242:16
**thousand** [10] -
56:11, 60:20, 65:24,
108:23, 110:18,
139:10, 187:7, 215:7,
231:18, 238:13
**Thousand** [1] - 66:11
**Thousands** [1] -
58:12
**thousands** [20] -
54:24, 58:13, 58:14,
58:18, 59:22, 60:2,
60:6, 60:19, 61:7,
61:15, 62:8, 62:15,
63:5, 63:12, 65:7,
65:23, 89:11, 90:14,
133:10, 139:4
**Three** [3] - 81:19,
145:3, 219:15
**three** [30] - 16:16,
24:1, 26:3, 33:8,
41:18, 78:5, 78:13,
81:17, 82:18, 86:15,
100:20, 118:3,
123:18, 123:21,
169:5, 176:2, 176:18,
176:19, 177:22,
180:5, 180:6, 220:1,
238:12, 238:19,
244:16, 244:18,
245:17, 250:12,
251:3, 257:11
**three-dimensional**
[1] - 176:2
**Three-ninety** [1] -
219:15
**throughout** [3] -
58:1, 116:22, 210:22
**Thursday** [1] - 219:6
**tie** [1] - 81:9
**time-consuming** [1]
- 217:18
**title** [2] - 232:14,
246:19
**today** [34] - 6:17,
7:12, 11:4, 13:14,
14:24, 18:17, 18:24,
21:4, 21:15, 61:19,
89:6, 89:10, 90:2,
90:12, 103:18,
106:12, 107:4,
110:22, 131:18,

132:24, 159:4,
161:17, 162:15,
164:4, 164:8, 167:8,
168:4, 168:6, 169:2,
169:17, 184:20,
190:6, 206:15, 220:18
**today's** [2] - 83:8,
202:7
**together** [13] - 95:22,
139:13, 139:19,
140:15, 147:5,
147:24, 179:23,
182:17, 197:2, 209:2,
235:9, 238:1, 243:5
**tomatoes** [1] - 92:14
**tonight** [1] - 171:9
**took** [16] - 26:17,
26:20, 45:7, 51:23,
52:7, 54:12, 85:1,
106:17, 106:21,
106:22, 120:3, 125:3,
217:21, 227:10,
243:11, 259:9
**tool** [2] - 182:13,
196:21
**tools** [4] - 27:11,
27:15, 32:7, 210:21
**Top** [1] - 153:10
**top** [4] - 74:7, 153:9,
153:13, 154:6
**total** [6] - 32:18,
96:3, 104:7, 108:22,
109:16, 157:2
**Total** [1] - 86:13
**totally** [2] - 40:14,
245:4
**trace** [2] - 221:14,
221:24
**traces** [1] - 221:16
**track** [2] - 191:4,
194:21
**tracking** [13] -
100:24, 101:3, 101:6,
101:9, 101:12,
104:16, 119:14,
186:19, 192:9,
193:14, 199:22,
200:1, 210:15
**traditionally** [1] -
242:6
**traffic** [1] - 71:17
**training** [2] - 184:2,
227:12
**trains** [1] - 141:5
**transcript** [3] -
18:19, 259:12, 259:15
**Transcript** [1] - 1:19
**transcription** [1] -
259:13
**Translation** [1] -

70:21
**transmission** [1] -
206:20
**trap** [1] - 46:17
**tree** [3] - 181:11,
182:2, 182:6
**tremendously** [1] -
245:9
**Trepp** [56] - 3:14,
5:17, 14:19, 15:19,
24:16, 32:16, 43:4,
44:6, 45:23, 47:2,
47:3, 48:15, 54:9,
54:11, 78:2, 78:3,
78:10, 78:11, 78:21,
78:24, 79:6, 80:3,
82:16, 97:11, 104:14,
125:22, 125:23,
132:21, 133:14,
133:21, 134:6, 134:7,
153:21, 155:23,
156:5, 156:9, 160:13,
160:14, 161:10,
164:5, 164:19,
166:13, 169:9,
203:15, 226:13,
226:17, 226:24,
234:18, 235:7,
238:11, 239:9, 242:2,
246:3, 248:1, 248:13,
254:20
**Trepps** [4] - 44:6,
166:22, 231:21, 256:2
**trial** [3] - 131:18,
242:9
**tricks** [1] - 181:21
**tried** [6] - 40:17,
53:10, 53:11, 115:20,
165:24, 173:10
**tries** [1] - 98:20
**trillion** [1] - 215:9
**trillions** [1] - 221:15
**trip** [6] - 34:18, 38:6,
39:2, 43:6, 46:19,
121:17
**Tro** [1] - 117:15
**trouble** [1] - 181:18
**troubleshoot** [1] -
88:10
**Troubleshooting** [1]
- 73:8
**truck** [1] - 44:8
**true** [10] - 52:6,
101:21, 195:6,
235:18, 239:16,
246:5, 248:3, 255:1,
256:23, 259:13
**Trust** [6] - 1:13, 1:14,
8:22, 230:19, 230:20,
234:22, 239:6

trustees [2] - 1:14, 239:5
truth [6] - 11:11, 42:11, 52:21, 160:5, 162:8, 199:3
truthful [1] - 118:13
Try [1] - 249:17
try [27] - 10:18, 11:8, 22:19, 23:6, 23:11, 51:2, 81:6, 93:4, 93:13, 93:17, 97:12, 97:17, 98:6, 116:1, 128:20, 148:22, 162:13, 174:2, 177:10, 183:1, 183:11, 184:5, 187:9, 190:7, 202:5, 245:11
trying [19] - 35:21, 41:14, 47:9, 53:14, 53:17, 65:16, 90:11, 98:5, 135:8, 136:2, 168:23, 183:15, 184:7, 185:23, 196:17, 196:18, 199:6, 217:1, 217:23
Tuesday [3] - 1:21, 5:1, 172:1
tunnel [1] - 64:7
turn [2] - 49:11, 162:9
turned [2] - 49:20, 50:5
Turning [1] - 237:12
tweaking [1] - 103:5
Two [1] - 117:2
two [57] - 7:14, 13:15, 16:15, 17:8, 26:22, 32:14, 33:5, 33:14, 34:5, 37:8, 37:13, 43:12, 57:15, 59:1, 59:7, 59:9, 60:17, 62:7, 71:18, 72:12, 74:8, 76:16, 77:1, 100:3, 107:15, 110:12, 111:17, 111:19, 112:5, 112:15, 113:20, 114:16, 114:19, 121:4, 122:15, 134:18, 137:10, 137:24, 140:14, 145:6, 156:21, 156:22, 157:23, 176:1, 180:13, 180:18, 184:3, 187:7, 199:11, 201:20, 220:1, 231:17, 243:20, 243:24, 244:16, 244:18
two-story [1] - 74:8
two-way [1] - 71:18
two-year [2] - 59:1, 59:9
type [18] - 14:15, 15:1, 19:16, 66:17, 74:13, 76:17, 77:3, 117:22, 140:10, 140:11, 164:2, 190:22, 192:22, 193:9, 210:7, 210:12, 210:15, 223:22
types [4] - 27:6, 60:17, 199:16, 209:22
typically [1] - 189:2
typing [1] - 138:23

U

Uc [1] - 23:24
ultimately [5] - 15:7, 36:16, 126:17, 143:7, 217:9
Undelete [2] - 95:16, 97:19
under [17] - 9:4, 12:23, 14:20, 18:18, 31:10, 65:12, 104:23, 117:10, 119:9, 122:16, 122:17, 128:11, 149:23, 149:24, 201:7, 211:5, 259:15
Under [3] - 24:15, 101:19, 105:18
undergraduate [1] - 175:6
underlying [3] - 242:5, 256:6, 256:10
underneath [7] - 30:9, 105:17, 111:11, 119:12, 119:22, 149:11
understandable [1] - 208:16
understood [1] - 244:15
United [2] - 129:15, 224:5
universal [1] - 223:6
university [4] - 175:6, 175:16, 175:18, 175:21
University [6] - 175:12, 175:21, 175:22, 175:24, 176:5, 205:6
Unless [2] - 24:21, 236:9
unless [5] - 18:8, 54:4, 54:9, 128:2, 243:22
Unr [1] - 176:21
unreasonable [2] - 162:5, 162:16
unusual [3] - 43:5, 223:9, 223:23
up [99] - 9:18, 11:13, 14:8, 14:17, 22:19, 23:1, 23:11, 23:14, 25:11, 28:21, 28:23, 29:6, 29:15, 29:22, 30:1, 30:17, 31:23, 32:8, 33:12, 33:18, 34:23, 35:2, 35:13, 37:9, 38:10, 38:12, 38:21, 39:1, 39:9, 39:22, 40:1, 40:15, 41:15, 48:3, 48:8, 57:17, 58:22, 59:12, 59:20, 59:21, 60:9, 60:10, 63:17, 64:4, 64:9, 64:11, 64:23, 64:24, 65:13, 69:9, 70:18, 70:19, 71:1, 71:11, 72:4, 72:11, 72:14, 72:18, 73:22, 84:1, 84:11, 84:20, 84:21, 85:12, 85:22, 86:5, 117:22, 129:23, 131:23, 132:8, 133:7, 133:9, 133:17, 134:6, 136:2, 143:4, 148:2, 169:4, 173:14, 173:24, 181:10, 181:18, 183:11, 184:5, 197:11, 197:12, 198:4, 200:6, 200:8, 200:9, 200:10, 200:11, 200:18, 210:8, 211:6, 228:13, 232:13, 243:14
Up [4] - 29:18, 34:15, 144:17, 251:7
updated [2] - 158:23, 255:3
upper [1] - 75:22
Upstairs [3] - 75:5, 75:6, 75:7
upstairs [2] - 76:13, 155:24
urgency [1] - 13:12
urgent [2] - 11:24, 12:9
useless [1] - 213:8
user [4] - 31:19, 49:22, 49:23, 50:3
User [3] - 50:1, 50:2, 50:18
users [1] - 149:16
uses [3] - 51:6,
148:14, 185:16
utterly [1] - 35:18

V

vacation [5] - 37:23, 118:6, 198:14, 201:22, 201:24
valley [1] - 243:14
value [1] - 238:20
variables [1] - 152:4
Various [1] - 28:12
various [24] - 10:6, 30:9, 31:7, 57:5, 57:12, 61:10, 66:7, 72:5, 83:24, 87:9, 95:6, 114:6, 149:6, 154:20, 156:17, 160:24, 204:18, 205:10, 208:15, 215:10, 237:7, 249:8, 251:6, 256:23
vault [3] - 155:19, 156:3, 161:15
Vegas [3] - 7:8, 7:12, 7:13
vehicle [8] - 176:14, 176:23, 177:1, 178:4, 186:19, 191:2, 192:10
vehicles [2] - 177:14, 178:3
Venable's [1] - 129:20
Venables [19] - 3:3, 22:1, 22:8, 23:9, 23:10, 62:12, 72:17, 79:22, 83:13, 84:6, 91:18, 93:17, 108:17, 155:10, 163:7, 169:1, 169:5, 172:7, 220:7
Venka [1] - 94:8
Venkata [5] - 75:11, 76:20, 149:14, 149:15, 149:17
verbatim [1] - 259:9
verify [1] - 134:7
version [3] - 143:2, 214:9
version-by-version [1] - 143:2
vet [1] - 8:1
vice [5] - 5:15, 6:4, 6:21, 7:6, 174:24
Vice [1] - 180:8
Video [1] - 87:2
video [35] - 25:14, 25:19, 26:10, 45:22, 45:24, 48:16, 56:3, 56:24, 57:15, 58:1, 58:11, 58:19, 61:21,
62:15, 74:12, 84:2, 85:23, 86:22, 86:24, 87:3, 87:7, 87:12, 87:24, 88:3, 88:12, 88:22, 91:20, 92:5, 92:7, 92:9, 92:11, 92:14, 92:20, 93:22, 94:20, 95:3, 95:4, 95:5, 95:19, 96:2, 96:17, 96:24, 110:3, 110:7, 115:13, 116:18, 117:1, 128:19, 140:5, 140:7, 140:11, 140:12, 141:21, 146:9, 148:6, 148:10, 148:19, 151:20, 151:22, 170:18, 185:24, 186:4, 191:1, 194:13, 194:21, 206:5, 206:7, 206:17, 206:20, 237:5
videos [1] - 129:5
Virginia [1] - 22:10
virtual [2] - 64:4, 65:2
virtually [1] - 256:4
virtue [1] - 238:5
vision [1] - 176:3
visit [1] - 42:23
visits [1] - 43:21
Visual [1] - 147:1
voice [1] - 142:1
voice-over [1] - 142:1
Voir [2] - 3:11, 212:6
voir [1] - 212:2
volume [1] - 23:13
Volume [2] - 1:19, 258:5
Vpn [2] - 64:4, 64:9
vs [1] - 1:11

W

Wait [3] - 79:17, 80:11
wait [1] - 80:11
waiver [1] - 224:24
walk [2] - 172:24, 186:2
walked [1] - 213:20
walking [2] - 173:13, 191:3
wall [1] - 70:13, 114:22, 223:1
Wall [1] - 227:8
wants [4] - 136:17, 172:16, 172:17, 225:18
warehouse [20] -

33:15, 34:5, 34:6, 37:9, 38:16, 41:3, 41:6, 44:6, 44:8, 45:21, 47:2, 48:2, 71:12, 72:1, 72:13, 72:24, 74:9, 100:2, 109:7, 110:2

**Warren**[23] - 3:14, 5:17, 47:9, 49:9, 56:2, 66:19, 73:2, 82:16, 86:14, 111:24, 112:23, 115:16, 115:22, 143:20, 144:21, 145:12, 155:23, 156:22, 157:6, 165:17, 165:22, 226:17, 226:24

**Warren's**[3] - 47:6, 159:19, 166:6

**Washoe**[3] - 1:6, 259:2, 259:6

**waste**[1] - 203:13

**watch**[1] - 64:17

**water**[1] - 173:19

**Wayne**[1] - 78:7

**ways**[2] - 170:7, 208:15

**web**[6] - 28:24, 66:7, 71:4, 150:13, 150:17, 150:21

**Webserver**[3] - 26:19, 64:10, 64:13

**Wednesday**[1] - 19:2

**week**[11] - 8:7, 8:18, 22:21, 34:11, 41:12, 42:14, 42:15, 43:1, 52:3, 143:4, 162:2

**weekend**[3] - 46:17, 50:11, 50:18

**weekly**[1] - 149:24

**weeks**[23] - 13:15, 95:21, 96:11, 99:19, 110:1, 110:12, 111:17, 111:19, 112:15, 113:10, 157:23, 180:5, 180:6, 189:13, 195:10, 195:19, 197:8, 198:13, 201:20, 201:23, 202:3, 250:5

**weight**[2] - 201:15, 215:2

**welcome**[1] - 174:11

**whatsoever**[2] - 84:19, 126:21

**whichever**[1] - 163:21

**white**[1] - 244:6

**who've**[1] - 222:21

**whole**[10] - 45:20, 85:11, 125:3, 125:9, 139:18, 182:2, 182:18, 233:14, 233:23, 241:2

**wife**[1] - 167:15

**willing**[1] - 238:3

**window**[3] - 39:22, 197:1, 197:5

**Windows**[10] - 37:17, 37:18, 59:22, 59:24, 60:13, 60:21, 72:4, 138:22, 145:4, 148:14

**windows**[3] - 37:20, 75:22, 196:23

**Winthrop**[1] - 2:8

**wipe**[4] - 51:5, 51:6, 51:10, 51:14

**wiped**[6] - 51:15, 51:16, 51:17, 92:1, 107:22, 216:4

**wipes**[1] - 51:7

**wiping**[1] - 107:9

**wire**[1] - 84:20

**wise**[1] - 59:8

**witness**[40] - 10:24, 11:2, 11:5, 17:19, 18:8, 21:7, 21:9, 21:10, 21:23, 22:2, 22:16, 63:23, 74:20, 80:14, 106:7, 114:18, 125:18, 126:1, 131:14, 151:1, 167:21, 167:24, 172:10, 173:16, 173:18, 174:14, 183:21, 202:13, 202:20, 202:23, 203:2, 203:16, 204:7, 204:8, 204:9, 206:1, 218:17, 222:15, 225:18, 226:18

**Witness**[64] - 22:13, 23:5, 23:8, 23:12, 23:16, 36:10, 42:14, 45:12, 45:15, 46:11, 55:17, 67:13, 70:2, 70:7, 79:20, 80:20, 89:21, 90:19, 90:22, 92:18, 92:20, 92:22, 93:2, 106:8, 114:19, 124:17, 138:7, 151:12, 151:15, 151:18, 152:18, 152:20, 152:24, 153:3, 153:6, 153:9, 153:13, 154:3, 154:6, 154:13, 154:19,

160:1, 172:21, 173:20, 174:1, 174:4, 175:9, 175:11, 181:20, 201:10, 202:18, 202:19, 202:22, 211:24, 215:5, 215:17, 224:1, 224:3, 229:10, 235:8, 235:15, 235:19, 236:18, 251:2

**witnesses**[2] - 17:14, 21:19

**Witnesses**[1] - 3:2

**wondering**[1] - 126:4

**word**[5] - 120:13, 141:23, 142:15, 177:2, 177:4

**Word**[4] - 138:22, 139:10, 139:14, 153:1

**Word.exe**[1] - 139:7

**words**[4] - 54:11, 66:15, 169:16, 208:14

**work-in-progress**[1] - 123:6

**workplace**[1] - 98:18

**works**[4] - 22:18, 48:3, 130:20, 180:19

**world**[1] - 227:22

**worldwide**[1] - 230:17

**worried**[1] - 81:4

**worse**[1] - 218:2

**worth**[1] - 91:6

**write**[11] - 69:8, 139:5, 169:16, 176:11, 179:15, 182:13, 186:18, 186:22, 191:13, 208:8, 208:18

**writes**[1] - 28:11

**writing**[2] - 183:18, 208:18

**written**[7] - 28:13, 170:11, 183:21, 185:16, 190:15, 208:13, 208:22

**wrote**[8] - 142:21, 185:21, 186:8, 186:12, 186:15, 187:17, 188:8, 217:24

## X

**Xp**[3] - 37:17, 37:20, 72:4

## Y

**year**[19] - 26:6, 59:1, 59:9, 64:9, 85:1, 85:3, 85:12, 106:19, 175:3, 175:5, 175:19, 176:4, 176:17, 177:22, 187:7, 198:7, 218:2, 251:3, 252:23

**years**[33] - 17:8, 24:1, 25:14, 26:22, 28:19, 29:5, 34:12, 47:10, 56:8, 57:15, 62:7, 75:10, 76:16, 77:1, 133:23, 137:10, 137:17, 137:18, 143:17, 166:10, 176:1, 176:7, 205:24, 207:17, 218:8, 218:12, 227:4, 227:8, 237:4, 241:7, 244:19, 251:3, 251:9

**yelling**[1] - 44:7

**yes-or-no**[1] - 100:22

**yesterday**[2] - 6:9, 7:8

**Yong**[2] - 123:14, 188:20

**Young**[1] - 205:6

**yourself**[4] - 87:21, 117:22, 164:23, 195:3

**Yumi**[1] - 188:16

## Z

**Zehang**[6] - 3:6, 101:14, 105:16, 122:23, 174:13, 174:20

**zero**[4] - 92:1, 92:3, 94:17, 116:10

**zeroed**[1] - 216:5

**zeroes**[6] - 51:7, 147:8, 207:8, 207:9, 207:10, 208:10

**zone**[1] - 186:3

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 16 of 40

reppid vs. Montgomery   Hear   Preliminary Injunction - Vol. I   II Tuesday, February 7, 2006

Page 1

SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

BEFORE THE HONORABLE ROBERT H. PERRY, DISTRICT JUDGE

-oOo-

ETREPPID TECHNOLOGIES, L.L.C., a
Nevada Limited Liability Company,

        Plaintiff,

                         Case No. CV06-00114

      vs.

                         Dept. No. 9

DENNIS MONTGOMERY, an individual;
THE MONTGOMERY FAMILY TRUST;
DENNIS MONTGOMERY and BRENDA
MONTGOMERY, as trustees for THE
MONTGOMERY FAMILY TRUST, and
DOES 1 through 20,

        Defendants.
                /

S E A L E D

VOLUME II of II
TRANSCRIPT OF PROCEEDINGS
HEARING - PRELIMINARY INJUNCTION

Tuesday, February 7, 2006

RENO, NEVADA

Reported By:   CECILIA VOHL, NV CCR #246, RPR, CRR, CCP

CECILIA VOHL, NV CCR #246 (775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 17 of 40

eTreppid vs. Montgomery   Hear   - Preliminary Injunction - Vol. I   II Tuesday, February 7, 2006

---

## Page 2

1   A P P E A R A N C E S
2
    For the Plaintiff:   HALE, LANE, PEEK, DENNISON
3       AND HOWARD
        BY: STEPHEN J. PEEK, ESQUIRE
4       And JERRY M. SNYDER, ESQUIRE
        5441 Kietzke Lane, Second Floor
5       Reno, Nevada 89511
            And
6       PILLSBURY WINTHROP SHAW PITTMAN
        BY: DAVID A. JAKOPIN, ESQUIRE
7       2475 Hanover Street
        Palo Alto, California 94304-1114
8
    For the Defendants:   LAW OFFICES OF LOGAR & PULVER, APC
9       BY: RONALD J. LOGAR, ESQUIRE
        And ERIC A. PULVER, ESQUIRE
10      225 S. Arlington Avenue, Suite A
        Reno, Nevada 89501
11         And
        FLYNN & STILLMAN
12      BY: MICHAEL J. FLYNN, ESQUIRE
        And PHILIP H. STILLMAN, ESQUIRE
13      224 Birmingham Drive
        Suite 1A4
14      Cardiff, California 92007
15          -oOo-
16
17
18
19
20
21
22
23
24

---

## Page 3

1              INDEX
2   WITNESS FOR THE PLAINTIFF          PAGE
3   WARREN TREPP
    Direct Examination (Continued) by Mr. Jakopin   5
4   Cross-Examination by Mr. Flynn                 36
    Redirect Examination by Mr. Jakopin          109
5
    WITNESSES FOR THE PLAINTIFF        PAGE
6
    DENNIS L. MONTGOMERY
7   Direct Examination by Mr. Flynn    111
    Cross-Examination by Mr. Peek      203
8
            E X H I B I T S
9
    DESIGNATION          MARKED  ADMITTED
10
    Plaintiff's Exhibit 8      27   30
11
    Plaintiff's Exhibit 9      31   33
12
    Plaintiff's Exhibit 10     34   36
13
    Plaintiff's Exhibit 11     35   36
14
    Plaintiff's Exhibit 12     35   36
15
    Plaintiff's Exhibit 13     35   36
16
    Plaintiff's Exhibit 14     35   36
17
    Plaintiff's Exhibit 15     35   36
18
    Plaintiff's Exhibit 16     35   36
19
    Plaintiff's Exhibit 17     35   36
20
    Defendant's Exhibit 18     36   40
21
    Defendant's Exhibit 19     116   -
22
    Defendant's Exhibit 20     116  120
23
    Defendant's Exhibit 21     117  120
24

---

## Page 4

1            I N D E X (CONTINUED)
2              E X H I B I T S
3   DESIGNATION          MARKED  ADMITTED
4   Defendant's Exhibit 22     156  156
5   Plaintiff's Exhibit 23     216  218
6   Plaintiff's Exhibit 24     225  233
7   Plaintiff's Exhibit 25     232   -
8
                 -oOo-
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

---

## Page 5

1   RENO, NEVADA, TUESDAY, FEBRUARY 7, 2006, 3:25 P.M.
2              -oOo-
3
4       THE COURT:  Please be seated.  Go ahead.
5
6       DIRECT EXAMINATION (CONTINUED)
7
8   BY MR. JAKOPIN:
9   Q.  Thank you.  Mr. Trepp, could you talk a little bit
10  about, from the formation of the business in 1998, activities
11  that the company did to sort of grow the business.
12  A.  As I said before, we basically started out as an R&D
13  development company.  It took us, I'd say, at least a year and
14  a half to two years of developing before we could actually get
15  into a quasi-commercial mode where we could actually start
16  giving demonstrations or putting together a PowerPoint or
17  something of that ilk, but we started showing commercial
18  customers the type of business that we potentially were trying
19  to sell.
20      The first contract that we were able to secure after
21  an awful long time of negotiations was with General Electric
22  Company, and that was for a surveillance system which we built.
23  They were interested in it and asked us to do dramatic changes
24  or upgrades to the system that we originally built, which they

---

CECILIA VOHL, NV CCR #246(775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear  - Preliminary Injunction - Vol. I   II Tuesday, February 7, 2006

**Page 6**

1 eventually licensed from us to use in their Interlogic company,
2 which was their surveillance company.
3    Q.  Other than GE, were there other companies to whom
4 presentations were made?
5    A.  Absolutely.  Quite a few.  Intel was one, which we had
6 gone over all of the different -- or some of the different
7 potential applications that we could offer to them for their
8 use.  Kodak was another.  There was a company based out of
9 Los Angeles, Crest International, which was a company which
10 related to Hollywood post-production business, and others.
11    Q.  Were there meetings that you had with people from each
12 of the companies that you mentioned?
13    A.  Absolutely.
14    Q.  And were both you and Mr. Montgomery involved in those
15 meetings?
16    A.  Absolutely.
17    Q.  During those meetings, did you give any of the
18 prototypes that you had talked about before to show these
19 companies what you could do?
20    A.  We would -- Dennis never wanted to leave any of what
21 we were doing with any of the companies.  But what we would do
22 is, we would agree in advance to create a test protocol where
23 we could agree to show exactly what we were trying to
24 demonstrate to use as a tool to eventually sell the product to

**Page 7**

1 whatever that company might have been.
2    Q.  And at that meeting, were test protocols shown?
3    A.  I beg your pardon?
4    Q.  At those meetings, were those test protocols shown?
5    A.  Yes.  And then we would leave literature, a PowerPoint
6 or something, relating to whatever their specific desire would
7 be.
8    Q.  So, then from the GE deal that the company had, how
9 did the company sort of progress from there?
10    A.  During the GE process, we -- I had a relationship with
11 the management at MGM in Las Vegas, and we asked if we could
12 use the surveillance rooms in the MGM.  Having about 5,000
13 cameras, obviously, it would be a good demonstration place.
14       We put in -- I don't know the number of computers, but
15 it was a large number of computers to do video capture.  And at
16 the same time, we tested and demonstrated to other entities our
17 ability to do pattern recognition while at the MGM.
18    Q.  Which entities are you referring to?
19    A.  DOD people; also people from Compaq.
20    Q.  Did there come a time when your relationship with the
21 DOD people went to another level?
22    A.  Yes.  We had done a number of different
23 demonstrations.  The Air Force particularly was extremely
24 interested in doing work relating to our ability to capture and

**Page 8**

1 deliver video transmissions from predator or unmanned vehicle
2 aircrafts down to wherever they needed to get to.
3    Q.  Did you have -- from that interest to that -- did that
4 go anywhere?
5    A.  Yes, we were able to show the DOD, as well, a number
6 of demonstrations that would relate to our ability to do
7 pattern detection or ATR, automatic tracking and recognition.
8    Q.  And "DOD" in your last few answers, you meant
9 Department of Defense?
10       MR. FLYNN:  Your Honor, could we have some timelines?
11 I think it would be a little helpful.
12       THE COURT:  Yes, it would be a little helpful if you
13 put this in context.
14 BY MR. JAKOPIN:
15    Q.  The GE contract, do you remember when that was,
16 Mr. Trepp?
17    A.  I don't remember exactly, but we clearly did a number
18 of demonstrations for a number of other companies which I
19 mentioned to -- prior to getting the GE contract.  The GE
20 contract was at least a year in the making, so I would say we
21 were in -- I would say we started doing demonstrations in 2000
22 for sure.  I believe we did a demonstration for Intel either at
23 the end of 2000 or the beginning of 2001 and worked with Intel
24 for, I would say, at least a year.

**Page 9**

1    Q.  How about the demonstrations at the MGM you were
2 referring to?
3    A.  That would have been in the -- I believe, again, the
4 end of 2000-2001 time frame.
5    Q.  Okay.  And so the heightened interest by the
6 Air Force, was that, then, shortly thereafter?
7    A.  Yeah, that would have been in, I would say, end of
8 2001-2002 ilk.
9    Q.  Did there come a time that you entered into a contract
10 with the Air Force?
11    A.  Yes.
12    Q.  When was that?
13    A.  I don't remember exactly, but I believe it was the end
14 of 2002.
15    Q.  And was that contract for a certain duration?
16    A.  Yes.  The contract we had with them was on what I
17 would call an interim basis.  It was -- I don't remember if it
18 was six months or nine months.  And at that point, the
19 Air Force had asked us to work with another governmental agency
20 where that agency basically picked up that contract and went
21 forward with it for approximately another year to 15 months.
22    Q.  What was the contract for?
23       MR. LOGAR:  Which one, Counsel?  Air Force?
24       THE COURT:  Yeah.

3 (Pages 6 to 9)

eTreppid vs. Montgomery   Hear   - Preliminary Injunction - Vol. I   III Tuesday, February 7, 2006

---

Page 10

1    MR. JAKOPIN: The contract with the Air Force.
2        THE WITNESS: This is going to get into what -- there
3    will be a debate as to what's classified and to what's not.
4        THE COURT: Well, here's my concern, is that
5    everything that's been submitted to me in terms of authority --
6    and my clerk and I did some research on this issue too -- talks
7    about the government being the party that objects to things
8    that are classified and not the persons that are involved.
9        And so, unless somebody can convince me otherwise, if
10   there's a question asked, and unless there's some statute or
11   some other procedure that precludes me from allowing that, I'm
12   going to direct the witness to answer the question.
13       MR. FLYNN: The statute does involve agents, Your
14   Honor. Mr. Montgomery is, without question, as his examination
15   will show, an agent of the U.S. federal government. I doubt
16   Mr. Trepp is.
17       Whether eTreppid Technologies is under the contracts
18   that signed with this other department of the government,
19   whether eTreppid Technologies is an agent, frankly, I have
20   nothing to offer, because these contracts are taken by the
21   agency and they're not given to the individual.
22       But the contract -- in this instance particularly,
23   Mr. Montgomery has the highest security clearance you can get.
24   He is under that contract, undoubtedly an agent, and

---

Page 11

1    Mr. Montgomery has spoken to an individual within the
2    government who --
3        MR. LOGAR: Wait. Somebody walked in.
4        (Whereupon, a man is instructed to leave the
5    courtroom.)
6        THE COURT: Go ahead -- as soon as this gentleman
7    leaves, go ahead and finish what you were going to say, but I
8    have a question. Maybe I'll just ask it now, if you don't
9    mind.
10       MR. FLYNN: Go ahead, Your Honor.
11       THE COURT: Assume he's an agent, which is news -- I
12   mean, I don't know about that. But assume that he is. Then I
13   need to see the statute or the order or the rule that says, as
14   such an agent, that issues like this cannot be discussed in
15   this courtroom. I haven't seen that.
16       MR. FLYNN: I believe we gave you the Cheney case. We
17   gave you various cases from the Supreme Court which clearly
18   says he cannot.
19       THE WITNESS: Your Honor --
20       THE COURT: Well, these cases that I'm talking about
21   here are cases where the government -- the petitioner
22   government, the director of the Central Intelligence Agency,
23   who was a party defendant -- the statute that you gave me,
24   Title 18 U.S.C.S., the United States may request the Court to

---

Page 12

1    conduct a hearing to make determinations concerning the
2    relevant use or admissibility of classified material. United
3    States ain't here.
4        MR. FLYNN: You're right, Your Honor. And our ability
5    to bring in the United States in the next 48 hours is limited.
6    I will represent to the Court, because I was present with
7    Mr. Montgomery when he had the conversation with a ranking
8    United States government official who instructed him do not
9    testify about any classified material or you will be in breach
10   of the agreement and it's treasonous. That is the instruction
11   he was given. Now, what they choose to do -- because they are,
12   frankly, caught between Mr. Trepp and Mr. Montgomery. And what
13   they choose to do is up to them.
14       THE COURT: Do they know this hearing is being held
15   today?
16       MR. FLYNN: Yes, they know as of today.
17       THE COURT: Well, I mean, I'm assuming, being that it
18   was such an emergency, they'd be here.
19       MR. PEEK: Your Honor, this action was filed 19 days
20   ago, January 19th. As this Court knows, Mr. Montgomery was
21   present with Judge Polaha. So they've known about this, and
22   this was a matter of some urgency to them.
23       THE COURT: I mean, we can get real silly. My
24   classmate and roommate at the Naval Academy is now the chairman

---

Page 13

1    of the Joint Chiefs of Staff, Peter Pace. I can call him on
2    the phone. You want me to do that?
3        MR. FLYNN: Sure. And I will represent to the Court
4    that I have contacted, prior to the TRO going in place, the
5    former Secretary of Defense and others.
6        THE COURT: I'm not trying to be difficult about this,
7    but I'm being placed in a very uncomfortable situation because
8    I'm being asked to deal with an issue about which I have some
9    sensitivity. You might infer from my background that I do. At
10   the same time, we have a hearing here that's been scheduled for
11   a substantial period of time and don't really see how, so far,
12   that we've talked about anything that's necessary to this
13   hearing in terms of whether or not this hearing can go forward
14   or whether or not I can go ahead and make the decision I need
15   to make.
16       I was about to say we haven't really gotten to the
17   point, yet, either in terms of what this information is, and
18   I'm hoping that we're going to get there pretty quick.
19       MR. FLYNN: Your Honor, let me say this. If Mr. Trepp
20   wishes to violate his oath of secrecy on these matters, that's
21   up to Mr. Trepp.
22       Mr. Montgomery, with all due respect -- and I think we
23   can avoid it on his direct so we can get to the core issues --
24   is going to assert the governmental privilege.

---

CECILIA VOHL, NV CCR #246(775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear. - Preliminary Injunction - Vol. I   II Tuesday, February 7, 2006

Page 14

1    Now, if it requires the government coming in within
2  the next 48 hours to talk to the Court, we'll see what
3  develops. I think at this level, what you're dealing with,
4  Your Honor, you're not dealing on the level of Mr. Hennessey.
5  You're dealing on a level that is so compartmentalized, as I
6  understand it, that there are very few individuals --
7  Mr. Hennessey wouldn't even know who to contact to determine
8  relevant issues on some of these issues. But if Mr. Trepp --
9    THE COURT: Wait a minute. Hold on. Sit down.
10    Sir, you need to sit down too. I can't hear when
11  there's all this conversation.
12    Now, go ahead and finish what you were going to say,
13  and then I'll let Mr. Peek speak.
14    MR. FLYNN: Fine, Your Honor. We want to go forward.
15  If Mr. Trepp wants to violate his oath, that's up to him.
16  Mr. Montgomery, hopefully, will be able to give the Court
17  enough so that won't be necessary.
18    If the defense wants to then ask questions about it,
19  if the governmental privilege has to be asserted, maybe we'll
20  do a little voir dire. The way we do it, I suppose we'll -- it
21  could be procedurally done in chambers.
22    THE COURT: Yeah, what I'm saying is, the contents of
23  it don't need to be disclosed, as far as I'm concerned, to
24  understand whether or not there should be an injunction with

Page 15

1  regard to it. And if you're concerned about the contents, I
2  don't think I need to know about that.
3    But let's go ahead. I'm with you. We'll go ahead
4  with this thing. We'll see when we get there if he's got a
5  privilege to invoke.
6    MR. PEEK: Your Honor, so there's no misunderstanding
7  with the Court and at least the plaintiff, this source code has
8  no classification to it. It has no top secret classification
9  to it. It certainly was used in conjunction with classified
10  material that was provided to eTreppid to run the source code
11  programs to identify objects, identify patterns, identify
12  anomalies. But I want to at least make it clear to this Court
13  that despite Mr. Flynn's continuous statements unsupported by
14  affidavit, not even really presented in his opposition, not
15  even part of any motion practice here, that this technology was
16  started out as, this is technology that emanates from public
17  filings that I had in the copyright office, to now something
18  that has some super-secret aspect to it. It keeps evolving, it
19  keeps morphing, it keeps changing every time we knock down the
20  straw man that he puts up.
21    THE COURT: All right.
22    MR. FLYNN: So I want to go, too, but I want to at
23  least correct the record that there is no -- nothing behind
24  this. This is our source code.

Page 16

1    THE COURT: I understand that's your position. I
2  just -- when you hear two things from people that have
3  information, I don't know exactly how to balance it out until I
4  hear it all.
5    MR. PEEK: I think you should hear it based upon sworn
6  declarations as opposed to anecdotal comments from counsel.
7    THE COURT: I understand.
8    MR. PEEK: And we have testimony. We have only
9  anecdotal remarks.
10    THE COURT: I understand.
11    MR. FLYNN: Your Honor, the evidence will be that it's
12  above the highest security clearance called SAP. Not only is
13  it classified beyond -- it's the highest classification
14  existing in the United States, "the source code."
15    THE COURT: All right. Well, we'll see. Let's go
16  ahead. We'll try to get through the process of figuring out
17  what it is and where it came from and where it is now.
18  BY MR. JAKOPIN:
19    Q. Strike the question. I'll try to start again.
20    The contract that we've been talking about, was that
21  contract with eTreppid or was with Dennis Montgomery?
22    A. With eTreppid.
23    Q. Who was the contract for?
24    A. I don't understand what you mean.

Page 17

1    Q. What were the services that eTreppid was providing
2  under the contract?
3    A. To process video information and give outputs.
4    Q. And did eTreppid fulfill that contract?
5    A. Yes.
6    Q. And it was fulfilled when?
7    A. I believe the Air Force contract was for six or nine
8  months, and then it was given off to a different governmental
9  agency.
10    Q. And did it expire with respect to this different
11  governmental agency at any point in time?
12    A. Yes, about a year and a half ago.
13    Q. Were there any other governmental contracts that
14  eTreppid has entered into as well?
15    A. Yes, there was another contract we got with Socom to
16  do testing for an ATR project.
17    Q. And when that was?
18    A. I believe it was about a year ago.
19    Q. Does that contract continue today?
20    A. It's either expired or it's about to expire.
21    Q. Other than that contract, any others?
22    A. Yes, there was one other project called -- another
23  Air Force project called Eagle Vision, which started about six
24  months ago and should end -- well, we had to put the contract

5 (Pages 14 to 17)

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear___ - Preliminary Injunction - Vol. I.    II Tuesday, February 7, 2006

Page 18

1 on hold because, since we don't have the source code, we can't
2 do the work. So the contract, by definition, and our revenue
3 stream, by definition, is on hold until we can get it back.
4 But in theory, we were supposed to have another -- about seven
5 or eight months left on that contract.
6    Q. You refer to the source code being gone. When did you
7 first find out about the source code being removed at the
8 company?
9    A. It would either have been on Sunday, January 6th --
10 no, excuse me. That would be Sunday, January 8th, or Monday,
11 January 9th.
12    Q. How did you learn about it?
13    A. Sunday, I got a call from Jesse, one of our employees,
14 saying that he wanted to get together with me and discuss
15 something with me.
16    Q. And what happened next?
17    A. I got together with him that afternoon, and he
18 explained to me that there were -- either he knew specifically
19 or he knew other people that said over the last couple of weeks
20 Dennis had either taken their hard drives or they had noticed
21 something missing from their workstations.
22       MR. FLYNN: Objection. Move to strike. Hearsay, Your
23 Honor.
24       THE COURT: I'm going to permit it. I'm going to

Page 19

1 listen to hearsay to a fairly large extent during this hearing
2 under the general exception to the hearsay rule.
3 BY MR. JAKOPIN:
4    Q. Mr. Trepp, before we continue with the source code, a
5 couple questions about the government contracts. Were those
6 government contracts fulfilled using a proprietary eTreppid
7 source code?
8    A. Yes.
9    Q. And how did you fulfill them? Did you provide results
10 to the government?
11    A. Yes, in every case. Or, in one of the contracts, we
12 actually gave them -- I don't know the number -- a number of
13 laptops that had our executable source code on them so that the
14 Socom people could actually operate them on their own.
15    Q. Thank you. Getting back again to the removal of the
16 source code, you talked about having an afternoon meeting with
17 Jesse. What did you do next?
18    A. I called Sloan that night at home and said what he was
19 -- was he aware of anything that was going on. And he either
20 alluded to the fact that while he was on his vacation, that he
21 wasn't sure, but he either thought a substantial or all of the
22 source code was gone. I told him it was imperative he came in
23 early the next morning to give me an update as to what was
24 going on relative to that.

Page 20

1    Q. Did he do that?
2    A. Yes.
3    Q. What did you do then?
4    A. I asked if he could give me a better assessment as to
5 what was going on, and I immediately went to find Dennis.
6    Q. Did you?
7    A. Yes.
8    Q. With respect -- when you found out what was going on,
9 what did you find out?
10    A. I basically said to Dennis, "There's obviously
11 something awry here. What's going on?"
12    Q. What did he say?
13    A. He said, "I don't know what you're talking about." I
14 then had to go back upstairs to my office. I had planned a
15 four-month vacation around the world with my family. I was
16 supposed to have left that day. And obviously, with a problem
17 brewing, I obviously figured out I shouldn't be leaving and
18 figure out exactly what was going on. So I did, in fact, go to
19 the airport to see off the people that we were supposed to be
20 traveling on this trip with.
21       When I came back in, I got a great deal more
22 information from the employees basically stating that the vast
23 majority of all of the workstations were deleted -- all of the
24 source code was deleted, the ISA server was deleted and maimed,

Page 21

1 and I was perplexed, to say the least.
2    Q. Did you direct the employees to do anything in finding
3 that out?
4    A. To find out exactly, to the best of their knowledge,
5 exactly what happened. And I asked them all so that we could
6 get together to cumulatively to come up with exactly where
7 everything stood. I asked Sloan to call Dennis and ask him to
8 come back into the office so that I could discuss with him
9 again what was going on. And he said that he would come back
10 in, but he didn't.
11    Q. Okay. That was on Monday, correct?
12    A. That is correct.
13    Q. Anything else happen on Monday with Mr. Montgomery?
14    A. Not that I can recall.
15    Q. How about on Tuesday?
16    A. Tuesday, I again put a call in to him, told him we had
17 to get together. I met -- I don't remember if I met him
18 upstairs or downstairs initially, and said, "What on earth are
19 you doing? The people can't work. We've got 20 employees. If
20 we don't have the source code, how can you have people work?
21 What did you do with it?"
22       And he said, "I don't know what you're talking about."
23       And I said, "Well, what about all of the workstations
24 and the source server and the ISA server, why did you delete

6  (Pages 18 to 21)

821d05dd-39a8-4560-b998-2db41a804b7c

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 22 of 40

eTreppid vs. Montgomery   Hear.   - Preliminary Injunction - Vol. I   III Tuesday, February 7, 2006

## Page 22

1 all of those?"
2        And he said, "Well, I didn't do it."
3        So I said, "Who on earth did?"
4        And he said to me, "Well, Patty did it."
5        Now, it was preposterous, that statement, because I
6 had found out from Sloan that morning that the only two people
7 that had access to be able to access either the source server,
8 the ISA server, or all of the individual workstations, were
9 Mr. Montgomery and Sloan.
10       I said, "Please let me help you get through this. I
11 don't understand what you're doing."
12       And he just screamed and yelled and ranted and raved.
13 Half of the employees in the building certainly heard him
14 because he was in an absolute tirade. He went running out the
15 back, jumped into his truck. And once again, I appealed to let
16 me help you, and it went to no avail. He just drove away.
17   Q. There was reference earlier to backup disks. Are you
18 familiar with those?
19   A. Yes.
20   Q. Could you tell us about those.
21   A. Dennis had told Sloan to back up everything in the
22 building, with the exception of the source server stuff. I had
23 also said to Dennis from Day One, when we started the business,
24 that it was essential for what would be in my family's best

## Page 23

1 interest and his family's best interest for me to personally
2 keep a copy on a regular basis of the source code. I asked him
3 to do that at a minimum of annually, and certainly, anytime
4 there was a major event that would have occurred, we would
5 either have a new project or new project, that I would be able
6 to keep a copy outside of the building, outside of the -- what
7 was in control of eTreppid.
8        And I, over a seven-year period, kept getting -- they
9 were first CDs, they became DVDs, and then they became hard
10 drives. I kept all of those in safe-deposit boxes. And the
11 only two people who had access to the safe-deposit boxes was my
12 wife and myself.
13   Q. After the events that you've just talked about took
14 place, did you get those retrieved?
15   A. Yes. I asked -- I didn't want to leave the building
16 because there was obviously a great deal of turmoil, and people
17 were worried about any number of things, obviously. I was
18 trying to keep -- get some kind of stability, at least on an
19 interim basis, until we could figure out what was going on. I
20 asked my wife to go to the safe-deposit boxes, retrieve all of
21 the disks and bring them back into the office.
22   Q. And she did that?
23   A. She did it.
24   Q. And what did you do with the disks then?

## Page 24

1   A. I immediately brought them into Sloan's office. And
2 Sloan -- I said to him, these are the disks that Dennis had
3 given me over the years with all of the source codes for all of
4 the projects that we'd been working on from the beginning of
5 time, and that this will be the answer; please look on these,
6 and tell me exactly what's on there, hoping that, obviously,
7 all of the source code for all of the projects that we'd been
8 working on over the years was there.
9   Q. Did he report back to you after he did that?
10   A. Yes. He just started to laugh. The first thing he
11 said to me was, "How come there's so few of these?" Dennis told
12 me he used to give them to you every two weeks."
13       MR. FLYNN: Your Honor, I've got a continuing
14 objection on hearsay.
15       THE COURT: All right. Objection is noted. It will
16 be continued.
17 BY MR. JAKOPIN:
18   Q. Anything else?
19   A. I'm sorry, I didn't understand what -- I didn't know
20 what just happened.
21   Q. He objected, and the judge allowed you to answer.
22   A. Okay. You better ask me the question again.
23   Q. Was there anything else that you were told about what
24 was on those disks?

## Page 25

1   A. Yes. Sloan then went through, disk by disk, and went
2 through the whole thing and basically started to laugh and
3 said, "There's nothing here." He did say there was some
4 reference to one compression project, but that it was totally
5 worthless by virtue of the fact that there wasn't source code
6 there for it; it was just an EXE. He said the bulk of it --
7 the rest of the junk on it was a bunch of imagery, just bitmap
8 images of junk.
9   Q. What has the effect of the loss of the source code
10 been on the company?
11   A. Well, we have no ability to generate revenue. We've
12 told the two governmental agencies that we have pending
13 contracts with that we can't perform on them. We've asked for
14 an extension, if that would be a possibility.
15       Obviously, by not having the contracts, we don't have
16 revenue. I have to make a decision at some point in the near
17 future, how many months I'm going to be able to sustain paying
18 the 20 families who are employees. That's going to have to
19 come out of my pocket at some point.
20   Q. How many employees are there?
21   A. Twenty.
22   Q. How many of those are engineering types?
23   A. Seventeen or eighteen.
24   Q. Does the company routinely have all of their employees

CECILIA VOHL, NV CCR #246(775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear   - Preliminary Injunction - Vol. I   II Tuesday, February 7, 2006

---

Page 26

1 sign agreements such that the work that they do is the
2 company's?
3     A. Absolutely.
4     Q. Is the company currently in the process of trying to
5 negotiate new contracts?
6     A. Absolutely.
7     Q. Was the office software to be --
8     A. We were -- up until this event, we were on the verge
9 of getting a very substantial contract -- or multiple
10 substantial contracts.
11    Q. Up until these recent events, has there ever been any
12 conversation that you've had with Mr. Montgomery to the
13 effect -- I mean -- strike that.
14       Have there been conversations you've had with
15 Mr. Montgomery from time to time relating to pattern
16 recognition?
17    A. Yeah, for many, many years.
18    Q. In any of those, did he say anything about his owning
19 it?
20    A. Owning what?
21    Q. Any of -- any software relating to pattern
22 recognition.
23    A. No, absolutely not.
24    MR. JAKOPIN: What's our next number?

---

Page 27

1     MR. FLYNN: I think we're dealing with 8 now. I think
2 it's 8.
3       (Plaintiff's Exhibit 8 was marked for identification.)
4 BY MR. JAKOPIN:
5     Q. Handing you a copy of a document that has been marked
6 as Exhibit 8, do you recognize this as a business record of the
7 company, Mr. Trepp?
8     A. Yes.
9     Q. And what is it?
10    A. It's an assignment of a U.S. patent.
11    Q. And on the following page, is a copy of that patent
12 attached?
13    A. Yes.
14    Q. Actually, a patent application.
15    A. Yes.
16    Q. Is this the patent application relating to an
17 invention that was made by Dennis Montgomery at the company?
18    A. Yes.
19    Q. And does this assignment reflect that he assigned this
20 patent to the company on this assignment dated March 7th, 2002?
21    A. Yes, it is.
22    MR. JAKOPIN: Thank you.
23    Can I get this offered into evidence?
24    THE COURT: Are you offering Exhibit 8?

---

Page 28

1     MR. JAKOPIN: Yes.
2     MR. FLYNN: May I have one moment, Your Honor?
3     THE COURT: Yes. Isn't this attached to one of the
4 pleadings?
5     MR. JAKOPIN: There were three patent applications
6 attached to the pleadings, Your Honor. We've actually got more
7 patent applications than the three that were attached to the
8 reply.
9       Frankly, if they would stipulate, I could get all of
10 these marked together and we could move this along more
11 quickly.
12    THE COURT: So the answer to my question is "no,"
13 right? My question was, isn't this --
14    MR. JAKOPIN: This particular one?
15    THE COURT: Yes.
16    MR. JAKOPIN: I'll find out.
17    I don't believe so, Your Honor.
18    THE COURT: All right. I just thought I'd seen it.
19    MR. FLYNN: Your Honor, we're going to object on
20 authentication grounds. Even though we think it's irrelevant,
21 the individual who allegedly witnessed it was fired five weeks
22 prior to March 7th. And there are other documents that have
23 been given to the Court where Mr. Montgomery's signature was
24 obviously forged.

---

Page 29

1     MR. PEEK: Your Honor, will they just say or do
2 anything?
3     THE COURT: Wait, wait, wait, wait.
4     MR. PEEK: You know --
5     THE COURT: Hold on, hold on, hold on.
6     Well, I haven't heard -- maybe I have, but it's been
7 lost in all of the conversation here. Has a foundational
8 question with regard to Exhibit 8 been asked of the witness?
9     MR. JAKOPIN: When I asked him if it was a business
10 record of the company, he said yes. He indicated that he was
11 aware that this was one of the inventions of Mr. Montgomery and
12 that this was the assignment that related to that invention.
13    THE COURT: And he's seen it before? And it's a true
14 and correct copy of what he's seen before; is that right?
15    MR. JAKOPIN: Whether he has seen this particular -- I
16 mean, what is --
17    MR. PEEK: Either he has or he hasn't.
18    THE WITNESS: I don't believe I ever have, Your Honor.
19    THE COURT: All right. And how does he determine that
20 it's a business record of the company, simply because of its
21 content?
22    MR. JAKOPIN: Correct, Your Honor. Further, the
23 published application is published by the U.S. Patent Office.
24 I mean, this is in a format that is published by the patent

---

CECILIA VOHL, NV CCR #246 (775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear. ~ Preliminary Injunction - Vol. I   III Tuesday, February 7, 2006

---

**Page 30**

1  office. And so, that's a record of what has been filed from --
2  with the patent office and published by them.
3      MR. FLYNN: Your Honor, in order to authenticate and
4  admit into evidence in any courtroom that I know of in the
5  United States, you need a certified copy from the patent
6  office, number one; number two, in order to prove it's a
7  business record, he's got to go through the four elements of
8  business records.
9      He doesn't even know what it is, let alone being able
10 to go through the four records -- four elements, let alone
11 knowing what the four elements are, let alone knowing what the
12 business routines of the company are with regard to
13 recordkeeping. None of that has been established.
14     THE COURT: Well, there truly hasn't been any
15 testimony about who the custodian is, whether it's kept in the
16 ordinary course, things like that. Why don't you see if you
17 can lay just a little bit more foundation. I want to give this
18 a little bit of thought too.
19     My inclination is to -- Mr. Trepp, does that appear to
20 be Mr. Montgomery's signature on the bottom?
21     THE WITNESS: Yes.
22     THE COURT: I'm going to admit it. It's admitted.
23     (Plaintiff's Exhibit 8 was admitted into evidence.)
24     MR. FLYNN: This will be 9?

---

**Page 31**

1      MR. JAKOPIN: This will be 9.
2      (Plaintiff's Exhibit 9 was marked for identification.)
3  BY MR. JAKOPIN:
4      Q.  Handing you a copy of a document that's been marked as
5  Exhibit 9, is this a business record of the company, Mr. Trepp?
6      A.  It looks like it.
7      Q.  Is this a true and correct copy of an assignment
8  signed by Mr. Montgomery and the attached published patent
9  application entitled "Method and Apparatus For Determining
10 Pattern Within Adjacent Blocks of Data"?
11     A.  Yes.
12     MR. JAKOPIN: May I have Exhibit 9 marked into
13 evidence?
14     MR. FLYNN: Your Honor, same basis on authentication
15 for -- but as I understand it, this is all compression stuff.
16     THE COURT: Apparently, it is. You know, my thinking
17 was whether or not your client really contends that these are
18 not authentic and that these are not his signatures on these
19 documents, at least for the purpose of this hearing. The issue
20 about whether this person who witnessed it was there at the
21 time, I mean, that -- I mean, that's more -- almost more
22 James Bond type stuff, and I expect maybe he'll be a witness in
23 this case before too long.
24     I think, for the purpose of authentication and for

---

**Page 32**

1  relevance and for allowing these documents to be admitted, that
2  by looking at the contents of the documents themselves,
3  Mr. Trepp's testimony, his familiarity with Mr. Montgomery's
4  signature, this appears to be his signature, is enough for me
5  to allow these to be admitted.
6      So Exhibit 9 is admitted. And then if you have
7  testimony down the road, I can certainly reverse my decision on
8  that. But I think, in terms of relevance and admissibility and
9  authentication, there's been enough to allow it for the
10 purpose of this hearing.
11     MR. FLYNN: And, Your Honor, just so there's some
12 clarity here, we don't necessarily agree that this is
13 Mr. Montgomery's signature. The issue with some documents that
14 have been given to the Court, which is so obviously -- pardon
15 me -- fraudulent that we have to be cautious with regard to --
16     MR. PEEK: Your Honor --
17     THE COURT: Well, I'm saying --
18     MR. PEEK: I'm giving --
19     THE COURT: Stop, stop, stop. There will be a time
20 when that can be addressed. I mean, you know, if you object to
21 the document as fraudulent, then there's got to be more than
22 that objection. There's got to be some proof, there's got to
23 be some evidence, there's got to be more than that.
24     And so what I'm saying is, if you can produce that

---

**Page 33**

1  evidence at some point in time, I'll consider that evidence.
2  But just to say it's fraudulent when we've got testimony to the
3  contrary -- I'm going to admit the exhibit.
4      MR. FLYNN: Fine, Your Honor.
5      MR. PEEK: And, respectfully, what troubles me is that
6  Mr. Flynn can come here from Massachusetts and do and say
7  anything about me, who has submitted these documents, and say
8  what I submitted was fraudulent. That's outrageous to me. I
9  just think that is -- you don't just come in here one time,
10 one shot, and take cheap shots at people.
11     MR. FLYNN: Steve, assume it has got nothing to do
12 with you.
13     THE COURT: Hold on, gentlemen. Don't get your
14 feelings hurt about this.
15     MR. PEEK: But just --
16     THE COURT: I've been around the block a couple times.
17 I understand what's going on. I don't take any of these things
18 to be personal as to you, and I'm not reading them that way.
19     So let's get back to what we were talking about.
20 Exhibit 9 is admitted. If you have some other similar
21 documents, go ahead and offer them, and we'll go from there.
22     (Plaintiff's Exhibit 9 was admitted into evidence.)
23 BY MR. JAKOPIN:
24     Q.  Mr. Trepp, with respect to Exhibit 9, do you see in

---

9  (Pages 30 to 33)

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear.   - Preliminary Injunction - Vol. I:   II Tuesday, February 7, 2006

---

**Page 34**

1  the abstract -- it's the second page -- the first sentence
2  talks about "The present invention describes methods and
3  apparatus for providing pattern recognition between adjacent
4  sequential frames of data"?
5     A.  Yes.
6     Q.  Were those activities that were going on at eTreppid
7  in the 2001 time frame when this application was filed?
8     A.  Yes.
9        (Plaintiff's Exhibit 10 was marked for
10 identification.)
11       MR. FLYNN:  This is 10?
12       THE CLERK:  Yes.
13       THE COURT:  How many more of these do you have?
14       MR. PEEK:  Five, Your Honor.
15       THE COURT:  Why don't you take -- well, I don't want
16 to tell you how to do this --
17       MR. JAKOPIN:  We'll look at them all and save a few
18 minutes, that's fine, Your Honor.
19       THE COURT:  You read my mind.
20       MR. LOGAR:  Counsel, for the record, will you identify
21 what you handed the clerk.
22       MR. FLYNN:  And are these going to be in order?
23       MR. JAKOPIN:  These are going to be in order.
24       THE CLERK:  Top one is 11.

---

**Page 35**

1       MR. JAKOPIN:  Top one is 11.
2       MR. FLYNN:  Maybe you could just --
3       THE COURT:  You marked Exhibits 11 through what?
4       MR. JAKOPIN:  This is 11, 12, 13 and 14 and 15.
5       THE CLERK:  Yes, Your Honor, that's what I have.
6       THE COURT:  All right.
7       MR. PEEK:  Oh, there's one more.
8       THE COURT:  So 11 through 16, then?  Is that right,
9  sir?
10      MR. JAKOPIN:  Actually, it will be two more, 11
11 through 17, Your Honor.
12      THE COURT:  All right.
13      (Plaintiff's Exhibits 11 through 17 were marked for
14 identification.)
15      MR. FLYNN:  Is 16 the one --
16      MR. JAKOPIN:  Exhibit 16 is "System and Method For
17 Generating Work Conditions in a Surveillance System."
18 BY MR. JAKOPIN:
19      Q.  Mr. Trepp, I've handed you copies of documents that
20 have been marked as Exhibits 11 through 17.  Are each of these
21 copies of the assignment and patent application for a different
22 invention filed by eTreppid?
23      A.  Yes.
24      MR. JAKOPIN:  I ask that each of these be admitted

---

**Page 36**

1  into evidence.
2       MR. FLYNN:  Same objection, Your Honor.
3       THE COURT:  All right.  The objection with regard to
4  Exhibits 10 through 17 is noted.  They'll be admitted.
5       (Plaintiff's Exhibits 10 through 17 were admitted into
6  evidence.)
7       MR. JAKOPIN:  That's all I have of this witness, Your
8  Honor.
9       THE COURT:  All right.  Mr. Flynn?
10      MR. FLYNN:  Thank you, Your Honor.
11      The last one was 17?
12      THE COURT:  Yes, sir.
13      (Defendant's Exhibit 18 was marked for
14 identification.)
15
16          CROSS-EXAMINATION
17
18 BY MR. FLYNN:
19      Q.  Mr. Trepp, before we get into the nuts and bolts of
20 what we're dealing with here, I've given you what -- a copy of
21 what has been identified thus far as Exhibit 18.  Do you
22 recognize this document, sir?
23      A.  Yes.
24      Q.  Describe to the Court what it is.

---

**Page 37**

1       A.  It's an amendment to a loan which I gave to Dennis
2  starting in 1999.  And I think the last loan I gave to him was
3  on December 10th.
4       Q.  Of what year, sir?
5       A.  '05.
6       Q.  And who prepared this document?
7       A.  Doug Frye.
8       Q.  He's your lawyer?
9       A.  Yes.
10      Q.  How long has he been your lawyer?
11      A.  About 20, 25 years.
12      Q.  And in fact, when you went on your six-month cruise
13 right after the deal was made with Mr. Montgomery, Mr. Frye ran
14 the company?
15      A.  I don't think that's correct.  I believe Dennis was
16 the manager when I was gone, and then I think when I got back,
17 Doug was made the manager.  I'm not a hundred percent sure.  I
18 don't know.
19      Q.  Who signed the checks and paid the employees?
20      A.  I beg your pardon?
21      Q.  When you were gone, who signed the checks and paid the
22 employees?
23      A.  I have no idea.
24      Q.  What was -- was Mr. Frye, during that six-month

---

10  (Pages 34 to 37)

CECILIA VOHL, NV CCR #246(775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear. - Preliminary Injunction - Vol. I  III Tuesday, February 7, 2006

Page 38

1  period, being paid by eTreppid Technologies?
2      A.  As corporate counsel or as an employee?
3      Q.  In any way.
4      A.  If he had a legal bill and he was corporate counsel,
5  I'm sure he was being paid.
6      Q.  The date of this document is December 28th; is that
7  correct?
8      A.  Well, that's the date it was signed.
9      Q.  Now, what date did you sign it?
10     A.  What date did I sign it?  I signed it the same date he
11  did.
12     Q.  And your testimony is, what day is that, sir?  Is that
13  the day that is recited on the front of the document?
14     A.  Yeah.
15     Q.  December 28th?
16     A.  No.  This -- wait.  Regroup.  I gave Dennis either two
17  or three of these where I told him I wanted -- he and Brenda
18  signed the notes.  He came back to me after the 8th or the
19  10th, whenever I gave him the original document, and he said
20  Brenda wouldn't sign it.  And I said, "That's preposterous.  I
21  just gave you more money.  You told me you were going to sign
22  it.  Why is this any different than the prior note that you had
23  where Dennis and Brenda signed them both?"
24      So I got frustrated after two weeks -- or whatever the

Page 39

1  time frame was, and I said, "Dennis, sign this thing."
2      Q.  Or else?
3      A.  Or else, what?
4      Q.  Did he sign this in your presence?
5      A.  Yes, of course.
6      Q.  And so the two -- where did the two of you sign it?
7      A.  He signed it at the front desk of our building, in the
8  reception area.
9      Q.  And you were right there too?
10     A.  I handed it to him.  He got the pen and he signed it,
11  and then I had our receptionist sign as a witness that he saw
12  him sign it.
13     Q.  So this document was signed out in the reception area
14  of the company; is that correct?
15     A.  Correct.
16     Q.  And who was this individual, Mr. Bora?
17     A.  He's our receptionist.
18     Q.  And what relationship is he to you?
19     A.  My brother-in-law.
20     Q.  And this signature of Mr. Montgomery -- is it your
21  sworn testimony, sir, that this is Mr. Montgomery's signature?
22     A.  Did I see him sign it?  Is that the question?
23     Q.  Well, is it your testimony this is his signature?
24     A.  Well, the answer to that is, did I see him sign it?

Page 40

1  Yes, I saw him sign it.
2      Q.  Have you compared this signature to any of
3  Mr. Montgomery's prior signatures at eTreppid?
4      A.  It's irrelevant.  I saw him sign it.
5      MR. FLYNN:  Your Honor, I move to admit Exhibit 18.
6  And I believe Exhibit 18 was given -- previously given to the
7  Court as part of the papers.
8      MR. PEEK:  No objection, Your Honor.
9      THE COURT:  18 is admitted.
10     (Plaintiff's Exhibit 18 was admitted into evidence.)
11  BY MR. FLYNN:
12     Q.  Now, Mr. Trepp, let's take you back to September of
13  1998, okay?  When did you first meet Mr. Montgomery, the date,
14  if you can recall the date?
15     A.  I have no idea.  I think --
16     Q.  Was it September?
17     A.  When was the first time I met him?  I think I met him
18  in 1996, first time.
19     Q.  Where?
20     A.  At the Eldorado.
21     Q.  And did you talk to him then?
22     A.  Yes.
23     Q.  What did you talk about?
24     A.  About what he was proposing.

Page 41

1      Q.  In 1996?
2      A.  Yes.
3      Q.  What was he proposing to you in 1996?
4      A.  He wanted to start a business.
5      Q.  And what did you say?
6      A.  "I don't know enough about it."
7      Q.  What did he tell you the business was?
8      A.  That he had the ability -- he thought he had the
9  ability over time to develop something that could have a major
10  impact on the compression and movie industries.
11     Q.  Do you recall anything else in that conversation?
12     A.  No.
13     Q.  Okay.  When is the next time you meet Mr. Montgomery?
14     A.  It was either nine months or a year later.
15     Q.  Where did you meet him?
16     A.  The same place.
17     Q.  What were you doing there?
18     A.  The person introduced me, asked me to come down and
19  see him again.
20     Q.  Okay.  Were you there on business?
21     A.  I came down to meet him because the third party said
22  he was going to be there and wanted to talk to me again,
23  because I hadn't spoken to him in so long.
24     Q.  And again, where was this?

11 (Pages 38 to 41)

CECILIA VOHL, NV CCR #246 (775) 827-0672

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 27 of 40

eTreppid vs. Montgomery   Hear... - Preliminary Injunction - Vol. I   ...II Tuesday, February 7, 2006

Page 42

1    A.  The Eldorado.
2    Q.  Were you there gambling?
3    A.  I don't know.  It's possible.  I could have been.
4    Q.  Okay.  Now, what was said in that conversation, as
5  much as you can currently recall?
6    A.  I don't remember at this -- specific details, but it
7  was more of the same.  He had said that he had continued to
8  make progress on the work that he was doing.  And I said,
9  finally, I'd be interested in actually looking to see --
10  actually, give me a demonstration of what you have so I could
11  try to come up with some evaluation as to if I'd be interested
12  in investing in it.
13    Q.  What did you say?
14    A.  I just told you what I said.
15    Q.  That no --
16    A.  What's the question?
17    Q.  Did you give him money at that point to start a
18  business?
19    A.  Well, of course not.
20    Q.  Why not?
21    A.  He didn't do the demonstration yet.
22    Q.  But this is a year later, so this is in '97?
23    A.  Yes.
24    Q.  All right.  Did you ask him to do a demonstration?

Page 43

1    A.  He said that he would like to put together a
2  demonstration and we could get together at some point and he
3  would give me a demonstration.
4    Q.  Okay.  And then when is the next time that you met
5  him?
6    A.  Sometime in '98.  Beginning of '98.
7    Q.  Where?
8    A.  I think it was at my home.  I'm not a hundred percent
9  sure, but I think it was at my home.
10    Q.  Who arranged that meeting?
11    A.  The same person.
12    Q.  Who was it?
13    A.  Steve Sands.
14    Q.  And how long did you meet with him in early '98?
15    A.  For the demonstration purpose?
16    Q.  For any purpose.
17    A.  If it's for the demonstration purpose, it was probably
18  about a half hour or 45 minutes.
19    Q.  And what did you see?
20    A.  He showed me a compression technology, and he showed
21  me the Gunga Din pattern recognition stuff that I alluded to
22  earlier.
23    Q.  The Gunga Din pattern recognition?
24    A.  Yes.

Page 44

1    Q.  How did he show you the Gunga Din pattern recognition?
2    A.  He played a CD, and it played on a monitor or a
3  laptop.  I don't remember exactly what it was.
4    Q.  A CD of what?
5    A.  Of the demonstration of the conversion of a
6  black-and-white series of frames into a colored series of
7  frames.
8    Q.  So at this point, in your mind, what was your
9  understanding of what the technology was that Mr. Montgomery
10  was demonstrating to you?
11    A.  A, he had an ability to compress what he said was
12  audio, video, text, imagery, and also having the ability to
13  recognize patterns in either a series of frames -- and I'm not
14  sure if it was either just video and audio as well and video --
15  and being able to convert the video pattern onto future frames.
16    Q.  So at this point in early 1998, you, as the investor
17  in this company, 50/50 with Mr. Montgomery --
18    A.  We didn't even start the company, just to make sure
19  we're on track here.
20    Q.  You have an understanding that there are two types of
21  technology: pattern recognition, as you've described it, and
22  data compression; is that correct?
23    A.  Well, to the point, that is correct.  He also told me
24  about all these other wonderful things that potentially he

Page 45

1  would like to grow and develop over time if he had the
2  engineers and the capital to do it.
3    Q.  But at least, we're clear on those two?
4    A.  Yeah.
5    Q.  Those are demonstrated to you in early '98?
6    A.  Yeah.
7    Q.  And what did you say to Mr. Montgomery at that time?
8    A.  That it seemed like it was interesting.
9    Q.  I beg your pardon?
10    A.  It seemed like it was interesting and that I thought
11  what might be a good way to approach this was to agree, have
12  him contribute whatever he had going forward, and then we would
13  start a -- basically, a research and development project at
14  that time.
15    Q.  Now, were there two separate demonstrations?
16    A.  There could have been.
17    Q.  But there clearly, in your memory, was one for pattern
18  recognition based on Gunga Din?
19    A.  Yes.
20    Q.  Unquestionably?
21    A.  Unquestionably.
22    Q.  And there clearly was one on data compression, but you
23  don't recall how he showed you the data compression?
24    A.  Well, it would have been the same thing.  He would

12  (Pages 42 to 45)

821d05dd-39a8-4560-b998-2db41a804b7c

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 28 of 40

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. I. & II Tuesday, February 7, 2006

Page 46

1  have showed me a movie and said this is the size of a normal
2  movie, this is the size I made it, or a section of the movie or
3  something to that effect.
4     Q.  Okay.  Was it the same movie?
5     A.  Was the movie Gunga Din that he compressed?
6     Q.  Yes.
7     A.  I don't really remember.
8     Q.  Okay.  You do remember, all these years later, there
9  were two?
10    A.  Two what?
11    Q.  Two demonstrations --
12    A.  No --
13       THE COURT REPORTER:  Excuse me.  One person at a time,
14  please.
15       THE COURT:  Hold on.  Stop.
16       THE WITNESS:  I apologize, Your Honor, but he keeps
17  asking --
18       THE COURT:  I understand.  Like I said earlier, this
19  is not like -- this is an unnatural setting for human beings to
20  be in.  It's not like ordinary conversation.  So just try to
21  exercise a little care, both of you, to make sure that you're
22  not talking over each other, because the court reporter can't
23  get that down.
24  ////                        ////

Page 47

1  BY MR. FLYNN:
2     Q.  I'll rephrase, Mr. Trepp.  You're very sure, as you
3  sit here today under oath, there were two different things that
4  you talked about with Mr. Trepp (sic), that he demonstrated to
5  you, data compression and pattern recognition?
6     A.  Yes.
7     Q.  When is the next time you meet Mr. Montgomery?
8     A.  At the end of '98 when we decided we were going to go
9  forward in a business.
10    Q.  And where was that, sir?
11    A.  I have no idea.
12    Q.  Do you recall the month?
13    A.  It was the end of the year.  It was before I was going
14  to be leaving to go to get married and go on my honeymoon.
15    Q.  When did you get married and go on your honeymoon?
16    A.  We left -- well, I got married civilly on
17  October 30th, and I got married in the church on November 29th
18  of '98.
19    Q.  October -- what was it, sir?
20    A.  30th.
21    Q.  1998.
22       So how long before that is your best estimate that you
23  met with Mr. Montgomery and made an agreement to form the
24  company?

Page 48

1     A.  About a month, month and a half, something like that.
2     Q.  So sometime in September?
3     A.  Okay.
4     Q.  Now, all these documents that your counsel,
5  Mr. Jakopin, showed you, did you review them before you come
6  into the courtroom?
7     A.  Did I review these?
8     Q.  Any of those.
9     A.  No.
10    Q.  How long has Mr. Jakopin been your lawyer?
11    A.  Whenever we started doing the -- I mean -- are you
12  saying my lawyer or eTreppid's lawyer?
13    Q.  All right.  Let me rephrase.  After you -- before we
14  get into the conversation you had with Mr. Montgomery, after
15  you decided to form the company, did you call an attorney to
16  create paperwork?
17    A.  Yes.
18    Q.  Who -- whose attorney was that?
19    A.  Whose attorney was it?  Mine.  Doug Frye.
20    Q.  And -- and when you asked him to create the paperwork,
21  did you have any discussion with him -- just yes or no -- about
22  what type of paperwork he would create?
23    A.  Of course.
24    Q.  Okay.  Now, let's go back -- we're going to go back

Page 49

1  there, but let's go back to your conversation with
2  Mr. Montgomery.  Describe to the Court, as best you can, what
3  you said to him and what he said to you about forming a
4  company.
5     A.  Who said to who and who said to who?
6     Q.  What you said to Mr. Montgomery and what
7  Mr. Montgomery said to you.
8     A.  I think I've already said this before, but the best
9  that I can recall is, Dennis was going to contribute everything
10  he had done, put it into the pot.  I would contribute money
11  into the pot.  We would get a 50/50 interest.  I would help him
12  get people to develop this research and develop the project to
13  make extensions of what he had done and continue to grow a
14  business together as partners.
15    Q.  Well, let's first take the part of your testimony
16  where you say "everything he had done."
17    A.  Yes.
18    Q.  What was your state of mind, your understanding, in
19  September 1998 as to what "everything he had done" meant, that
20  he was contributing to your company?
21    A.  Well, clearly, the compression that he showed me,
22  clearly, the pattern recognition that he showed me, and any
23  other works that he said he had potentially in the hopper that
24  he was working on, that this would be part of the deal that we

CECILIA VOHL, NV CCR #246 (775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hearing Preliminary Injunction - Vol. II Tuesday, February 7, 2006

Page 50

1  were going to be partners going forward with.
2     Q.  Did you take notes?
3     A.  Did I what?
4     Q.  Did you take any notes of what he would be
5  contributing?
6     A.  No.
7     Q.  Did you ask him whether he had any copyrights?
8     A.  No.
9     Q.  Did you ask him if he had any patents?
10    A.  I don't believe I personally did.
11    Q.  Did you ask him if he had ever assigned any interest
12  in any of these things that you were getting to any other
13  company?
14    A.  No.
15    Q.  Did, at any time, you have a meeting with Mr. Frye, as
16  your attorney, and Mr. Montgomery over what Mr. Montgomery was
17  contributing and what you were contributing?
18    A.  I -- I don't recall having a meeting with the three of
19  us, but I certainly would have told Doug what my impression of
20  the deal was and asked Doug to have a discussion either with
21  Dennis or his counsel or -- so that we could actually put
22  together a term sheet and actually conclude a deal.
23    Q.  Now, you'd consider yourself a sophisticated
24  businessman?

Page 51

1     A.  Yes.
2     Q.  How many companies do you own?
3     A.  I don't know.  More than five.
4     Q.  But you don't know?
5     A.  No, I don't know.  I have a lot of different
6  investments.  Would you like me to think about it?
7     Q.  Well, let me ask you this:  As a sophisticated
8  businessman with all your different investments, you're
9  familiar with legally binding contracts?
10    A.  Yes.
11    Q.  And Mr. Frye, who has been your lawyer for 20, 25
12  years, is someone you trust as being familiar with creating
13  fairly elaborate intellectual property contracts?
14    A.  Yes.  And if he wasn't satisfied with it, he'd find
15  another attorney that could help him with it.
16    Q.  Did Pillsbury Madison play any role in creating the
17  documents, the contribution agreement or the operating
18  agreement, for eTreppid?
19    A.  I don't know specifically, but I find it hard to
20  believe that that would be the case.
21    Q.  So you relied on Mr. Frye --
22    A.  Correct.
23    Q.  -- to create a sophisticated intellectual property
24  document where you were investing $1.3 million, correct?

Page 52

1     A.  If you could define what -- is that a legal term?
2     Q.  Well, you understand a simple little contract -- two,
3  three, four pages -- as opposed to something like this
4  contribution agreement here?
5     A.  Well, I would say --
6     Q.  It's Exhibit 4.
7     A.  I would say, typically, most of the contracts we do
8  are like that, not a two-, three-page, whatever you just
9  described.
10    Q.  Typically, most of them are like this?
11    A.  Yes.
12    Q.  Now, did you instruct Mr. Frye to go meet with
13  Mr. Montgomery?
14    A.  I might have asked him to call him or call his
15  counsel.  I don't think I ever -- I guess "no" is the answer to
16  that question.  Did I ever tell Doug to go meet Dennis?
17    Q.  Yes.
18    A.  Not that I can recall.
19    Q.  Well, obviously, it's a key issue to you, is -- you
20  know you're putting in 1.3 million, and you want some type of a
21  writing as to what Mr. Montgomery is putting in, correct?
22    A.  Sure.  Or I would like an understanding as to what
23  that would be.
24    Q.  Now, I know this is an irrelevant question, but was

Page 53

1  $1.3 million a lot of money to you?
2        MR. PEEK:  If he's going to say it's irrelevant, then
3  we know it's irrelevant, and I'm going to object to it as being
4  irrelevant.
5        THE COURT:  You know, I think it probably is relevant.
6  Let him answer the question.
7  BY MR. FLYNN:
8     Q.  In September 1998.
9     A.  And the question was?
10    Q.  Was that a lot of money to you then?
11    A.  It's a lot of money to anybody anytime.  It certainly
12  is -- yes, it's a lot of money.
13    Q.  So it was a lot of money to you when you made your
14  deal with Mr. Montgomery because you knew you were putting in a
15  lot of money and you wanted to know what he was putting in,
16  correct?
17    A.  Sure.
18    Q.  Now, you don't remember where the conversation took
19  place?
20    A.  No.
21    Q.  You don't remember when it took place?
22    A.  I gave you a general idea.
23    Q.  Sometime in September?
24    A.  Yeah.

14  (Pages 50 to 53)

CECILIA VOHL, NV CCR #246(775) 827-0672

eTreppid vs. Montgomery   Hearing Preliminary Injunction - Vol. I, II Tuesday, February 7, 2006

| Page 54 |
| --- |

1    Q.  Do you know how long it lasted?
2    A.  No.
3    Q.  Was anyone present?
4    A.  I don't recall.
5    Q.  Did you write out a check for $1.3 million on
6  September 28th --
7    A.  I don't know.
8    Q.  -- 1998?
9        Was there an escrow agreement?
10   A.  I would assume so, but I don't know.
11   Q.  In most of your deals, are there escrow agreements
12  where one party puts in whatever they're putting in and you put
13  up the 1.3?
14   A.  It would seem to be logical, but I truly don't know.
15   Q.  Did you wire or transfer any monies into Doug Frye's
16  account?
17   A.  It's very possible.
18   Q.  Did you write a check for $1.3 million?  You don't
19  know, do you?
20   A.  I don't know.
21   Q.  But you knew that was your part of the deal, but as
22  you sit in the courtroom today, you don't know whether you know
23  you, as part of your deal, paid the money, correct?
24   A.  Do I know the money got there?  Yes.

| Page 55 |
| --- |

1    Q.  How did it get there?
2    A.  I have no idea.
3    Q.  When did it get there?
4    A.  I don't know.
5    Q.  Did it get there in dribs and drabs over the next year
6  or so?
7    A.  I don't know, but I doubt that strongly.
8    Q.  Did it get -- well, dribs and drabs.  Did it get there
9  in more than one check or wire transfer over the next year or
10  so?
11   A.  I don't know.  That would seem very unlikely to me.
12   Q.  In that first year -- or, strike that.
13       Shortly after the deal was made, you got married
14  sometime in late October, and then you went on a six-month
15  cruise?
16   A.  Four months.
17   Q.  Four months?
18   A.  Yes.
19   Q.  Were you gone to June 1999?
20   A.  I think I got back from the cruise in either the end
21  of April or the beginning of May.  It could have been June.
22  I'm not sure.
23   Q.  And who did you leave in charge of the money part of
24  the business between September 28th and the time you got back

| Page 56 |
| --- |

1  in May or June?
2        MR. PEEK:  Is there some relevance of this line of
3  examination that relates to the issues that have been framed in
4  a preliminary injunction?
5        MR. FLYNN:  Yes, Your Honor.
6        THE COURT:  What is the relevance?
7        MR. FLYNN:  He has the burden of proving that he will
8  prevail on the merits.  If there's a failure of consideration
9  under the contract, if there's a breach of the contract, then
10  he can't possibly prevail on the merits.
11       THE COURT:  Well, let me ask this question just
12  directly:  Are you saying that Mr. Trepp didn't -- or eTreppid
13  didn't pay the money?
14       MR. FLYNN:  There are no books and records that my
15  client has ever been privy to.  It's highly unlikely, from what
16  I understand, the way the company was run, that the 1.3 ever
17  got in specifically on or about September 28th as his part of
18  the deal.  But the CD was put in for the data compression
19  technology as Mr. Montgomery's part of the deal, and that goes
20  to the heart of the intent and understanding of the parties.
21       THE COURT:  Well, I mean, it's a little hard for me to
22  imagine that he gave him the CD and then waited how many years
23  now and said, "By the way, you never paid me my 1.3 million."
24       As the record stands right now, there's testimony in

| Page 57 |
| --- |

1  whatever form and under whatever circumstances, the money was
2  paid.  If you have evidence that it wasn't paid, then that can
3  be presented.  And so, the objection to relevance is overruled.
4        But go ahead.  I'm sorry I took so long to rule on
5  that.  Go ahead.
6  BY MR. FLYNN:
7    Q.  Mr. Trepp, but just to clarify this and then we'll
8  move on, you don't know when the money or how much actually got
9  put in after September 28th, do you?
10   A.  No, but I could make one phone call and tell you.
11   Q.  Okay.  Well, all right.  Picking up on that point, you
12  could have told Mr. Montgomery over the years and shown him
13  specifically how much you specifically put in and when, could
14  you not have?
15   A.  I could have done a lot of things, but what is the
16  point of showing him?  If the money is there, it's there.
17   Q.  Well, when you went on your cruise, did you know
18  whether the 1.3 was there or not?
19   A.  At this moment, I don't.  But I promise you, in a
20  phone call, I could tell you.
21   Q.  The CD -- let's look at the contribution agreement.
22  Paragraph 1.2.1, Your Honor, which --
23       THE COURT:  We're talking about Exhibit 3,
24  paragraph 1.2.1?

15  (Pages 54 to 57)

CECILIA VOHL, NV CCR #246(775) 827-0672

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. II   II Tuesday, February 7, 2006

---

Page 58

1      MR. FLYNN: Yes, Your Honor.
2      THE COURT: By the way, while we're talking about that
3  exhibit, where is -- is there -- there's reference to
4  Schedule 1.2.2, and then when I go back to that, it indicates
5  that it's to be completed.
6      MR. FLYNN: Correct, Your Honor.
7      THE COURT: Is there a completed Schedule 1 point --
8  I'm sorry, 1.2.2?
9      MR. FLYNN: It's never been given to us, Your Honor.
10      THE COURT: Counsel for the Plaintiff, do you know?
11      MR. PEEK: Your Honor, it was to be provided by
12  Mr. Montgomery. If you actually look at all of the
13  contributor's books and records related to the contributed
14  assets, it was all of contributed books and records related to
15  the contributed assets.
16      1.2.2 is certain contributors' tangible personal
17  property. Contributory, Your Honor, identified in this is
18  Montgomery.
19      THE COURT: I understand.
20      MR. PEEK: So he was to provide the 1.2.2. So, for
21  Mr. Flynn to say, oh, my gosh, they never provided it, and
22  his obligation to provide the 1.2.2, and I guess now that we've
23  learned -- it looks like we got gamed a little bit by the way
24  this has gone on now eight years later.

---

Page 59

1      MR. FLYNN: The lawyer drew up the document.
2      THE COURT: My question was simply, is there a
3  completed document? I'm understanding, from what's been said,
4  that there is not, so let's go ahead.
5  BY MR. FLYNN:
6      Q. Mr. Trepp?
7      A. Yes?
8      Q. Would you look at paragraph 1.2.1.
9      A. Is this about the CD?
10      Q. Yes, CD 1.
11      A. I looked at it before.
12      Q. You're familiar with it?
13      A. Yes.
14      Q. You're comfortable with your familiarity with this
15  paragraph?
16      A. Yes.
17      Q. Now, that CD, did you have any conversation with
18  Mr. Frye about how the intellectual property for data
19  compression would be described in Exhibit 3?
20      A. No.
21      Q. Did you have any discussion with Mr. Montgomery as to
22  how it would be described?
23      A. No.
24      Q. Did you rely on Mr. Frye, as your attorney, to create

---

Page 60

1  a document wherein the contribution by Mr. Montgomery would be
2  properly described?
3      A. Yes.
4      Q. And where is CD Number 1, Mr. Trepp?
5      A. I have no idea.
6      Q. Have you asked Mr. Frye for CD Number 1?
7      A. I think I asked him if he had it.
8      Q. When the 1.3 million was put in, did you know where
9  CD Number 1 was?
10      A. No.
11      Q. Do you see anything in paragraph 1.2.1 about pattern
12  recognition?
13      A. Which one are we looking at now?
14      Q. The one you just said you were familiar with.
15      MR. LOGAR: Exhibit number?
16      THE COURT: 3.
17      THE WITNESS: I think I said I was familiar with the
18  CD. I'm not familiar with the paragraph you were alluding to.
19  BY MR. FLYNN:
20      Q. I'm sorry, I thought you said you were familiar with
21  the paragraph.
22      A. No, I said I was familiar with the CD 1 -- which
23  exhibit?
24      MR. FLYNN: The record speaks for itself.

---

Page 61

1      THE WITNESS: Exhibit what?
2      MR. FLYNN: Exhibit 3, paragraph 1.2.1.
3      THE COURT: Page 1.
4  BY MR. FLYNN:
5      Q. It's actually the last two or three lines of page 1.
6      A. Okay. I'm sorry. Page what?
7      Q. Page 1, Exhibit 3.
8      A. Yep.
9      Q. Last few pages. Let's, first of all, establish your
10  signature on this document, which is at the end, on page
11  number --
12      THE COURT: 12?
13      MR. FLYNN: I believe it's 12. I've got to check.
14  Page number 12.
15  BY MR. FLYNN:
16      Q. Is that your signature?
17      A. Yes.
18      Q. And when you executed this document, did you ask to
19  see CD Number 1?
20      A. I don't recall.
21      Q. Now, going through the paragraph 1.2.1, the bottom of
22  the page, page 1 --
23      A. Yes.
24      Q. -- you see that line that says -- let's read it into

---

16  (Pages 58 to 61)

CECILIA VOHL, NV CCR #246 (775) 827-0672

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 32 of 40

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. III   Tuesday, February 7, 2006

Page 62

1 the record. Follow me as I read it. Okay, sir?
2    A.  Uh-huh.
3    Q.  This is what Mr. Montgomery is contributing: "All of
4 Contributor's know-how; trade secrets; patent rights,
5 copyrights, trademarks, licenses and permits, registered or
6 unregistered, pending or approved; software programs and all
7 programming and source codes used in connection therewith or
8 otherwise required to operate any component thereof; and all
9 programming documentation, designs, materials and other
10 information, all in whatever form and wherever located,
11 relating to or used in connection with, or otherwise describing
12 or consisting of any part of, the software compression
13 technology contained on that certain Software Compression
14 Engine Development Program contained on CD No. 1, all of which
15 is being contributed by contributor hereunder (collectively,
16 the "Technology").
17    Did I read that correct, sir?
18    A.  Yes.
19    Q.  Was that your understanding when you executed the
20 agreement as to what Mr. Montgomery was contributing?
21    A.  Well, yes.
22    Q.  Now, your understanding for the prior nine months,
23 however, was that he was also contributing something you're
24 calling today "pattern recognition technology"; is that

Page 63

1 correct?
2    A.  Yes.
3    Q.  And you don't see the term "pattern recognition
4 technology" there, do you?
5    A.  No, I do not.
6    Q.  And it was your lawyer who drew this up?
7    A.  Yes.
8    Q.  Now, let's go over to the next page, paragraph 1.3,
9 "Excluded Assets and Liabilities." Read with me, if you will.
10    "Notwithstanding any of the foregoing, Contributor is
11 specifically not contributing, transferring or conveying to
12 INTREPID under this Agreement or by any other means, nor is
13 eTreppid acquiring from Contributor, any other tangible or
14 intangible assets of Contributor not specified herein ..."
15    Did I read that correctly?
16    A.  Yes.
17    Q.  Was that your understanding when you executed this
18 document prepared by your lawyer?
19    A.  Yes.
20    Q.  Now, did you consider CD Number 1 an asset of
21 eTreppid, then Intrepid?
22    A.  Yes.
23    Q.  And going back to Mr. Frye again, Mr. Frye was signing
24 the checks for everybody?

Page 64

1    A.  I have no idea.
2    Q.  Do you know if Mr. Frye -- strike that. Did you ever
3 have a conversation with Mr. Frye about whether or not he ever
4 got CD Number 1?
5    A.  Not that I can recall.
6    Q.  Now, let's move forward. I believe your testimony was
7 on direct, and having in mind Mr. Venable's testimony, that you
8 repeatedly, over the years, asked for CDs to bring you up to
9 date so you would possess the current technology being worked
10 on at eTreppid. Is that correct?
11    A.  Copies of the source code that were generated by
12 eTreppid Technologies at eTreppid Technologies, yes.
13    Q.  How many times over the years did you ask for those?
14    A.  Well, at a minimum of once a year and at any time we
15 had made any kind of new breakthrough on something that we'd
16 been working on through the research and development and over
17 the years we were in business.
18    Q.  You filed a declaration in this case, did you not?
19    A.  Yeah.
20    Q.  Did you say that you repeatedly asked Mr. Montgomery
21 for the CDs so you'd have a copy of what the company was
22 working on?
23    A.  Yes, to protect his family and mine in case there was
24 a disaster.

Page 65

1    Q.  And then -- feeling the importance of this technology,
2 you then went and put them in how many different safes?
3    A.  One.
4    Q.  In a safe-deposit box?
5    A.  Yes.
6    Q.  And how many CDs, or whatever, did you put in this
7 safe-deposit box?
8    A.  I don't know the exact number. It was probably around
9 a dozen.
10    Q.  Because you had in mind the importance of you having
11 possession of the source code for this technology that you felt
12 you bought when you put in the 1.3 million, correct?
13    A.  That's totally incorrect. I wanted the source code
14 backup over the seven years we were in business to preserve it
15 for his family, my family, and for the company's best
16 interests.
17    Q.  But as you sit here today, the number one source code
18 containing the guts of the deal --
19    A.  Yeah.
20    Q.  -- you don't know where it is?
21    A.  No.
22    Q.  And you've never asked anyone for it?
23    A.  I don't think there would be any reason to ask for it,
24 because when we started the business, I assumed Dennis would

17  (Pages 62 to 65)

CECILIA VOHL, NV CCR #246 (775) 827-0672

eTreppid vs. Montgomery   Heari    Preliminary Injunction - Vol. II    II Tuesday, February 7, 2006

---

Page 66

1  have just put it onto our workstations or servers, or whatever
2  it was, and that was the start of the business that we had.
3     Q.  Oh, so -- but then as the years went on, you wanted
4  all these other CDs, but the Number 1 CD, you just assumed --
5  you trusted Dennis that he put it into the company?
6     A.  Well, why wouldn't I?
7     Q.  Well, Mr. Trepp, we're going to determine that.
8        But let me ask you this, sir:  Did you have any reason
9  to doubt, as the company went forward, that all of the
10 compression technology that you bought, as Mr. Montgomery's
11 50/50 partner, got put into eTreppid, or then Intrepid, was
12 then being -- actually then being used?
13    A.  Can you please say that again.
14    Q.  Have in your mind what you bought from Mr. Montgomery
15 that was on CD Number 1, compression technology.  Is there any
16 doubt in your mind, as you sit here today, that you got that
17 and it was then being used in the company over the ensuing
18 years?
19        MR. PEEK:  Your Honor, he didn't get it.  Intrepid got
20 it, or eTreppid got it.  He keeps referring to Mr. Trepp as
21 though he's buying it or Mr. Trepp is receiving it.  It went
22 into the company.
23        THE COURT:  I understand that.
24        MR. FLYNN:  There are two principals.

---

Page 67

1        THE COURT:  I understand.
2  BY MR. FLYNN:
3     Q.  Did you have any doubt that the company got -- when
4  you put the 1.3 in some form over some time in, and so the
5  company was using that technology that was on CD Number 1?
6     A.  Do I believe?
7        Can I ask a question, Judge, because I'm not sure I
8  understand.
9        THE COURT:  Well, if you don't understand the
10 question, just simply say "I don't understand the question,"
11 and he'll rephrase it.
12        THE WITNESS:  Can you please reword it.
13 BY MR. FLYNN:
14    Q.  Yeah.  Sometimes as the day goes on, given my advanced
15 age, my questions get worse, but I'll try to make it simple.
16       Is there any doubt in your mind, as you sit here
17 today, that you got and the company used, for your 1.3 million,
18 the compression technology that was on CD Number 1?
19    A.  Yes.  I believe we got -- if there was a CD 1, I
20 believe we got what we bargained for.
21    Q.  Now, you do not have a security clearance equal to
22 Mr. Montgomery's, do you?
23    A.  At this time?
24    Q.  Correct.

---

Page 68

1     A.  No.
2     Q.  Do you know what his security clearance is?
3     A.  Yes, TSSCI.
4     Q.  And what security clearance do you have?
5     A.  TS, and my SCI is pending.
6     Q.  Have you ever had any conversations with
7  Mr. Montgomery in the presence of any government official --
8  just yes or no --
9     A.  Yes.
10    Q.  -- about the government's attitude toward you as a
11 principal at eTreppid?
12    A.  Not that I can recall.
13    Q.  Have you ever had any attitude -- strike that.
14       Have you ever had any discussion with Mr. Montgomery
15 in the presence of a government official -- just yes or no --
16 about your background at Drexel vis-a-vis government contracts
17 at eTreppid?
18    A.  Yes.
19    Q.  Now, is Mr. Milliken -- strike that.
20       Did you tell Mr. Montgomery that Mr. Milliken was
21 putting $12 million into eTreppid for 5 percent of the company?
22    A.  No.
23    Q.  Mr. Milliken is a friend of yours?
24    A.  I wouldn't call him a friend.

---

Page 69

1     Q.  Well, you were both at Drexel together?
2     A.  We worked together, that's correct.
3     Q.  At Drexel?
4     A.  Yes.
5     Q.  Did you tell Mr. Montgomery that Mr. Milliken gave you
6  $30 million to go on an extended -- a cruise to avoid being a
7  witness?
8     A.  What?
9     Q.  During the Drexel period.
10       MR. PEEK:  Your Honor, this is way out of line and
11 way --
12       THE COURT:  Well, I don't understand the relevance of
13 this at all, I really don't.
14       MR. PEEK:  -- time, collateral -- collateral to this
15 case, Your Honor, as well, and nothing to do with this case at
16 all.
17       MR. FLYNN:  The relevance is -- as I understand it,
18 it's highly unlikely that the government will ever make a deal
19 exclusively with Mr. Trepp with regard to technology they're
20 seeking an injunction on.
21       MR. PEEK:  Your Honor, they will do and say anything
22 without evidence, and it -- frankly, it's getting to the point
23 now of how many times can you just say it and hope that maybe
24 some of it will stick, without it really coming from the

---

18 (Pages 66 to 69)

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. II, III Tuesday, February 7, 2006

## Page 70

1   witness stand?
2      MR. FLYNN: Mr. Montgomery will so testify.
3      MR. PEEK: This gentleman has done business with the
4   government. The contracts are with him. He's the majority
5   owner or has the most stock in it, and he has relationships
6   with General Bath, Congressman Gibbons, with John Hennessey and
7   others. So this is --
8      THE COURT: Will you trust me that I know the
9   difference between statements of counsel and evidence?
10      MR. PEEK: I will, Your Honor. I apologize. I don't
11   mean to speechify, but it's getting a bit much, late in the
12   day.
13      THE COURT: It's late in the day. And I think the
14   more we can avoid this kind of stuff, the better we're going to
15   be in moving the case along.
16      And I understand that there's a statement been made,
17   and I'll consider it for what evidentiary value, if any, it
18   might have.
19      MR. PEEK: Again, I'm going to object to the same
20   thing.
21      THE COURT: I understand. I understand.
22      MR. PEEK: Is it overruled or sustained?
23      THE COURT: The objection is overruled. I think if
24   you use the standard for relevance, there might be some

## Page 71

1   relevance, but let's not spend too much more time on this.
2      MR. FLYNN: I won't, Your Honor.
3   BY MR. FLYNN:
4      Q. Mr. Trepp, how many years has it been since the
5   government, on certain types of highly classified technology,
6   has been dealing with you and Mr. Montgomery? How many years,
7   sir?
8      A. It's been months.
9      Q. No, starting from the beginning, with the first
10   government contract. How far back does that go, from the
11   present, from January -- from now, February 2006?
12      A. Okay. Can you ask the question again, please.
13      THE COURT: You want to have it read back?
14      MR. FLYNN: No, that's okay. I think it would be
15   faster.
16   BY MR. FLYNN:
17      Q. Over how many years have you personally been dealing
18   with the United States Government, any department thereof, with
19   regard to highly classified software technology?
20      A. I believe it was December of '03.
21      Q. Okay. Let's take the December of '03. And it is now
22   February of '06, correct?
23      A. Uh-huh.
24      Q. During that time frame, you never got the highest

## Page 72

1   security clearance, but Mr. Montgomery did, correct?
2      A. Yes. There was a reason for that, but yes.
3      Q. That entitled him, within eTreppid, to deal with the
4   government on these highly classified materials with this
5   highly classified technology, but not you?
6      A. That's nonsense.
7      Q. What weren't you entitled to deal with?
8      A. Anything that was SCI-rated, until I got my SCI
9   clearance.
10      Q. Well, as we sit here today, do you have a clearance
11   equal to Mr. Montgomery's?
12      A. No.
13      Q. Okay. What can he deal with that you can't deal with?
14      A. Something that he's read into that I wouldn't be.
15      Q. Okay. Now, do you know what he's been read into that
16   you haven't been read into?
17      A. Nothing.
18      Q. Nothing?
19      A. Nothing.
20      Q. And how do you know that? Is this based on the
21   lunches with Mr. Montgomery every year for the last seven
22   years?
23      A. No, I -- I've dealt with the government on -- on a
24   contractual basis or on a day-to-day basis as to asking us,

## Page 73

1   meaning the company, what they would like to do for them.
2      Q. All right. Let's take the time frame, September '04.
3      A. Yes.
4      Q. Just yes or no: Did a certain agency of the
5   government want to purchase certain technology that
6   Mr. Montgomery had been dealing with, with the government on?
7      A. Can I ask you a question, Your Honor, because it makes
8   a difference.
9      Are you saying the government was dealing with
10   Mr. Montgomery on a deal that had nothing to do with eTreppid?
11      Q. I'm saying that Mr. Montgomery was working with the
12   government on the contents of the technology.
13      A. Yes.
14      Q. And did you speak with the government about how much
15   you wanted for the contents of that technology?
16      A. Yes.
17      Q. You did tell the government how much you wanted for
18   the technology, correct?
19      A. I told the government what we would be happy to sell
20   the technology for.
21      Q. How much?
22      A. A hundred million dollars.
23      Q. In connection with that conversation, did you tell
24   them the government would have to post a bond for $1 billion?

19 (Pages 70 to 73)

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. I. &II Tuesday, February 7, 2006

---

**Page 74**

1    A.  There was a specific discussion relative to three
2  different pieces of this conversation.  One was, we would
3  license the technology to them for 10 million.  We would sell
4  the technology to them for 100 million.  And we wanted to have
5  a bond posted relative to having our technology secured in the
6  sense that it wouldn't get out of the government's hands.
7    Q.  How much was the bond?
8    A.  A, they never offered us a penny; B, we got a
9  month-to-month license agreement to do the job; and C, they
10  laughed and said they wouldn't give us a nondisclosure
11  agreement for any price.
12    Q.  How much of a bond did you ask for?
13    A.  How much of a bond?  It was either 100 million or
14  500 million.  I don't remember.
15    Q.  Was it one billion?
16    A.  I highly doubt it.  I don't remember, though, exactly.
17    Q.  You don't remember.  All right.
18    Now, in the context of this conversation, which you
19  say is 100 million to purchase --
20    A.  Well, we offered to sell it.
21    Q.  Let me finish, please, sir.
22    A.  Yep.
23    Q.  Would you say it was 100 million to purchase --
24  forgetting for the moment the license thing, or whatever, in

---

**Page 75**

1  some bond somewhere -- between 100 million or 500 million or
2  possibly a billion, at some point, did you tell Mr. Montgomery
3  not to process any more of the things the government wanted him
4  to process?
5    A.  Absolutely not.
6    Q.  At some point, did the government stop paying for what
7  Mr. Montgomery was processing?
8    A.  I don't understand what that question means.  The
9  government was only paying eTreppid.  They were never paying
10  Mr. Montgomery anything.  But I don't understand.  Did the
11  government terminate our contract, is that the question?
12    Q.  Well, I'm asking you, did you terminate the contract
13  because you wanted $500 million and you said to Mr. Montgomery,
14  "Don't do any work for them"?  Did you do that?
15    A.  Did I ask for $500 million and terminate the contract?
16    Q.  Yes.
17    A.  Absolutely not.
18    Q.  You are aware the government was -- that
19  Mr. Montgomery was processing things for the government during
20  this time period?
21    A.  I'm aware that eTreppid was processing things for the
22  government.
23    Q.  Who was doing the work?
24    A.  Dennis -- Dennis was doing the bulk of the processing.

---

**Page 76**

1    Q.  How many hours a day was he working?
2    A.  It depended upon what was the time frame and what they
3  were asking him to do.  In the -- the beginning, a lot; in the
4  end, very, very little.
5    Q.  Did he generally work seven days a week at 18 hours a
6  day?
7    A.  No.
8    Q.  Now -- but you know that -- how often were you there?
9    A.  In the beginning, we were both there an enormous
10  amount of time.
11    Q.  In the first six months or four months until June
12  of '99, you were gone?
13    A.  You're talking about a contract that was dealing in
14  2002, not in 1999.
15    Q.  I understand that.  And you were there all during that
16  time frame in 2002?
17    A.  What does that question mean?
18    Q.  Were you there seven days a week at eTreppid with
19  Mr. Montgomery, processing this classified information, seven
20  days a week, 18 hours a day?
21    A.  No.
22    Q.  How much did the government pay during the year 2003
23  for the work Mr. Montgomery was doing?
24    A.  The government paid eTreppid a contract of -- I think

---

**Page 77**

1  it was a million eight.
2    Q.  Was the first check two and a half million from the
3  government?
4    A.  There was no chance that the first check was two and a
5  half million, no chance.
6    THE COURT:  Excuse me.  I need to make a phone call at
7  5 o'clock.  It's now about one minute after that.  How much
8  longer are we going to take to get done?
9    MR. PEEK:  Your Honor, this is our last witness, so I
10  can't speak for Mr. Flynn.
11    MR. FLYNN:  And I'm going to put Mr. Montgomery on.
12  My direct is probably 30 to 40 minutes.
13    THE COURT:  All right.
14    MR. PEEK:  I will try to restrain myself on
15  cross-examination.
16    MR. LOGAR:  Which will be difficult.
17    MR. PEEK:  Which is going to be difficult.
18    THE COURT:  I was going to comment on that.  I'll let
19  Mr. Logar make that comment.
20    All right.  Let's be in recess until 20 minutes after,
21  and then we'll finish up for the night.
22    (A brief recess was taken at the hour of 5:03 p.m.)
23    THE COURT:  All right.  Please be seated.  All right.
24  Please continue.

---

20  (Pages 74 to 77)

CECILIA VOHL, NV CCR #246 (775) 827-0672

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. II   II Tuesday, February 7, 2006

---

## Page 78

1    MR. FLYNN: Thank you, Your Honor.
2  BY MR. FLYNN:
3    Q. Again, Mr. Trepp, let's go back to September '04. Was
4  a certain government contract ending in September '04?
5    A. Yes.
6    Q. And did the government want to extend it?
7    A. They asked if we could do a small amount of additional
8  work relating to that contract.
9    Q. And did they want to extend it for a minimum period of
10 three months?
11   A. I don't recall if that was exactly what it was, but
12 they did want to extend it for a limited period of time.
13   Q. Were you in the presence of Mr. Montgomery -- strike
14 that.
15      Did you and Mr. Montgomery have a discussion about
16 extending it?
17   A. Probably.
18   Q. Do you recall anything about that discussion? Just
19 yes or no.
20   A. Not in detail.
21   Q. Did either one of you say no to the government, you
22 wouldn't extend it?
23   A. At some point, we -- we both agreed we weren't going
24 to continue it.

---

## Page 79

1    Q. You and the government or you and Mr. Montgomery?
2    A. Me and the government.
3    Q. Agreed you wouldn't continue it; is that your
4  testimony?
5    A. They wanted to terminate the contract and said there
6  were -- were some other things that they would like us to do up
7  until some specific date, and I don't remember what that
8  specific date was.
9    Q. Did Mr. Montgomery want to extend the contract?
10   A. I don't think that option was available to us to
11 extend it.
12   Q. Just yes or no: Was this a national security current
13 issue in September '04?
14      MR. PEEK: Objection. What is "this"?
15  BY MR. FLYNN:
16   Q. The nature of what the government wanted you to do.
17   A. It had to deal with potential national security
18 interests.
19   Q. Can you imagine a higher priority than what these
20 interests involved?
21   A. Yes.
22   Q. Is this when you told the government 100 million?
23   A. Absolutely not.
24   Q. When did you tell the government 100 million?

---

## Page 80

1    A. We had been negotiating for a protracted period of
2  time prior to September of '04.
3    Q. Okay. When did you first tell the government
4  100 million?
5    A. Either the end of '03 or the beginning of '04. And
6  when you say "100 million," that was the price we had offered
7  to sell all of our technology to them for.
8    Q. Under the oath that you signed, you cannot disclose
9  the contents of those negotiations, correct?
10   A. I'm not sure that that is correct.
11   Q. Do you know whether, under the oath in the clearance
12 that Mr. Montgomery had, he could discuss those negotiations?
13   A. He didn't sign for the company; I did.
14   Q. That wasn't the question, Mr. Trepp. Could he discuss
15 them with the government?
16   A. He could discuss anything with the government.
17   Q. Now, at this point in time, September '04, the two of
18 you started as 50/50 partners, founders in eTreppid
19 Technologies dealing with data compression on CD Number 1; is
20 that correct?
21   A. We started as 50/50 owners.
22   Q. In September 2004, what is your testimony as to what
23 Mr. Montgomery then owns?
24   A. I'm not exactly sure in September of '04, but I

---

## Page 81

1  believe he owns approximately 30 percent right now. I believe
2  it was the same then, but I'm not positive of that fact.
3    Q. He got somehow -- he somehow went from 50 to
4  30-something percent?
5    A. Yes.
6    Q. Now, I'm not going to spend a lot of time on this
7  because I think, at some point, it's going to become the core
8  of the case. But let me just ask you this: In the first stock
9  transaction, how did Mr. Montgomery go from 50 percent to
10 40 percent?
11   A. I don't know in the first transaction that he went
12 from 50 to 40. I believe I have a fairly good understanding of
13 how he was diluted over time.
14   Q. Was some of his stock, when it went from 50 to 40,
15 sold for 1.5 million to one of your friends?
16   A. No.
17   Q. To someone that you know?
18   A. No.
19   Q. Who's Wayne Primm?
20   A. Wayne Primm is a good friend of mine.
21   Q. Was Mr. Montgomery's stock sold for $1.5 million to
22 Wayne Primm?
23   A. In one transaction, yes, that's true.
24   Q. And then Mr. Montgomery wrote a check back to you?

---

21 (Pages 78 to 81)

821d05dd-39a8-4560-b998-2db41a804b7c

eTreppid vs. Montgomery   Hear   - Preliminary Injunction - Vol. I1    II Tuesday, February 7, 2006

Page 82

1    A.  Back to whom?
2    Q.  Well, Friendly Capital.
3    A.  To repay a loan that he borrowed.
4    Q.  Let me finish the question.
5    A.  Okay.
6    Q.  Friendly Capital is you?
7    A.  I am the president of the general corporate partner of
8    Friendly Capital LP.
9    Q.  And when Mr. Primm, your friend, paid the 1.5 million,
10   Mr. Montgomery paid back Friendly Capital $975,000.29; is that
11   correct?
12   A.  I don't know that that's the exact number, but I
13   believe that's very possible.
14   Q.  And it's your testimony that was for loans?
15   A.  The repayment back to Friendly Capital?
16   Q.  Yes.
17   A.  Yes, that was to repay a loan and probably interest.
18   Q.  So you didn't want to see Mr. Montgomery diluted,
19   according to your direct testimony.
20   A.  That is correct.
21   Q.  But you arranged the sale with one of your buddies for
22   him to sell 10 percent of the eTreppid stock?
23   A.  He did not sell 10 percent of the eTreppid stock.
24   Q.  Did he go from 50 to 40?

Page 83

1    A.  Yes, but you -- if you would like to ask me how he got
2    from where he was to where he is, I'd be happy to go through
3    that, if I can.  He did not go from 50 to 40 having to do
4    with -- anything to do with his sale to Wayne Primm.
5    Q.  How many different alleged dilutions took place?
6    A.  There weren't any alleged dilutions.  There were sales
7    or gifts or capital raises.
8    Q.  I'm not going to spend much more time on this, but
9    when you -- your company was originally 50/50, just the two of
10   you?
11   A.  Yes.
12   Q.  Over time, he gets down to 30, and a lot of your
13   friends, all of a sudden, have stock interests.  Is that
14   basically correct, according to Exhibit A to the amended
15   operating agreement that you put into evidence?
16   A.  Yes, that is correct.
17   Q.  And your partner, you didn't want to get diluted; is
18   that correct?
19   A.  That is correct, at a point.
20   Q.  All right.  Now, did this -- just yes or no -- become
21   the subject of huge contention between you and Mr. Montgomery,
22   of Mr. Montgomery saying that you weren't paying -- the company
23   wasn't paying him what he deserved to be paid?
24   A.  Absolutely not.

Page 84

1    Q.  Okay.  And did money become the subject of contention
2    between the two of you throughout 2004 and 2005?
3    A.  Yes, it was a big issue for Dennis because he was
4    desperate for money.
5    Q.  So it was an issue of contention between the two of
6    you?
7    A.  It was no contention for me.  He just kept asking me
8    for money.
9    Q.  Okay.  Now, in the context of him asking you for
10   money, was there a discussion during these government contracts
11   about his ownership of the technology relating to the
12   government contracts and your acknowledgement that he owned it?
13   A.  I'm not sure I understand what you're saying.
14   eTreppid owned all of the technology.  Dennis owned none of the
15   technology.
16   Q.  Was there a discussion between you and Mr. Montgomery,
17   when this issue became very heated about him being owed money,
18   about who owned the technology that was underlying these
19   government contracts?
20       MR. PEEK:  Objection.  Compound.  There's two
21   questions, about him being owed money or --
22       THE COURT:  Agreed, agreed.  Break the question down.
23   BY MR. FLYNN:
24   Q.  In the context of any discussion between you and

Page 85

1    Mr. Montgomery, were you fighting over money?
2    A.  No.
3    Q.  Was there a discussion about who owned the technology
4    that was fueling the government contracts?
5    A.  Absolutely not.
6    Q.  Never?
7    A.  Never.
8    Q.  Now, did Mr. Montgomery -- between 2004 and throughout
9    2005, was he making demands on you, eTreppid or whatever, for
10   money in connection with monies paid by the government?
11   A.  Absolutely not.  He asked me for money because he
12   needed to borrow more money than he had borrowed in the past.
13   Q.  I understand your testimony.  Coming down to the end
14   of 2005, were you negotiating with the government on any
15   potential contracts that are classified?
16   A.  No.
17   Q.  Were you having discussions between September '05 and
18   December '05 -- the end of December '05, about government
19   contracts, sales to the government of technology Mr. Montgomery
20   claimed that he owned?
21       MR. JAKOPIN:  Objection.  Foundation.
22       THE COURT:  I think -- no, that's a question.  Were
23   you having discussions.  I'm going to allow that.
24       THE WITNESS:  eTreppid was having discussions with the

22   (Pages 82 to 85)

821d05dd-39a8-4560-b998-2db41a804b7c

Case 3:06-cv-00263-PMP-VPC   Document 63-3   Filed 08/09/06   Page 38 of 40

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. II   III Tuesday, February 7, 2006

Page 86

1 government about four potential contracts that the government
2 was interested in pursuing.
3 BY MR. FLYNN:
4    Q.  Okay.  And I don't mean to be contradictory, but
5 didn't you just say a minute ago that eTreppid was not having
6 discussions with -- with the government about government
7 contracts in the fall of 2005?  Didn't you just say that in the
8 question before that?
9       THE COURT:  I think that's argumentative.
10      MR. FLYNN:  It is, Your Honor.  It is admittedly
11 argumentative.
12 BY MR. FLYNN:
13   Q.  Mr. Trepp, in the fall of 2005, you now acknowledge
14 there were discussions between eTreppid and the government
15 about four contracts that were basically related to technology
16 Mr. Montgomery was involved in; is that correct?
17   A.  That eTreppid was involved in, yes.
18   Q.  Okay.  Mr. Montgomery was the chief technical officer,
19 he was the then-30 percent partner, and he was the one
20 exclusively in charge of the highest security clearance at that
21 time?
22      MR. PEEK:  Is there a question there, Your Honor, or
23 just a whole series of predicates?
24      THE COURT:  I would like a question, if you could,

Page 87

1 please.
2 BY MR. FLYNN:
3    Q.  Okay.  Mr. Trepp, did -- in the fall of 2005, did you
4 have the source codes that would have enabled you or
5 Mr. Montgomery to make a deal with the government?
6    A.  Yes.
7    Q.  You had them personally?
8    A.  No.
9    Q.  Who had them?
10   A.  The company.
11   Q.  Where were they?
12   A.  I don't know exactly.  I could tell you where I
13 believe they were.
14   Q.  Were they on any of the CDs or DVDs or whatever you
15 had in your safes?
16   A.  Of course not.
17   Q.  Did you have discussion with Mr. Montgomery about that
18 technology that was needed for those government contracts and
19 how much he wanted -- Mr. Montgomery wanted?
20   A.  Mr. Montgomery wanted for what?
21   Q.  How much money he wanted, if you or whoever was going
22 to get 100 million, 50 million, a licensing deal, whatever, how
23 those revenues would be split, did you have those conversations
24 with Mr. Montgomery?

Page 88

1    A.  Absolutely not.
2    Q.  Now, before we get to whatever it was that broke you
3 two folks apart -- I take it from your testimony, it wasn't
4 money?
5    A.  It was -- it was greed.
6    Q.  Or it was money?  Greed, money?  It was money?
7       Did those -- did that greed arise during the fall of
8 2005?
9    A.  I think what I've learned in the last three weeks,
10 Dennis has had greed since the day I met him beyond belief.
11   Q.  I'm talking about your discussions with him in the
12 fall of 2005.  Did that, what you're characterizing as greed,
13 take place during the fall of 2005?
14   A.  I've said it before.  We never had a discussion about
15 money relating to the government contracts and what he was
16 going to get.  He got a salary.  He had a 30 percent interest
17 in the business.  And that was our deal.  It didn't change.
18   Q.  Yet, on December 28th, you had him sign a -- just
19 before you split up, an agreement and modification of a
20 promissory note and security agreement for -- how much money?
21   A.  It was a million three in principal that he owed me
22 and about a million five in interest on loans that started from
23 1999.
24   Q.  And just before you broke up, coming to the end of

Page 89

1 2005, you had him sign this document; is that correct?
2    A.  Yes, because he borrowed -- he borrowed an additional
3 150,000 on December 10th, and I said, "You gonna sign a new
4 note for the monies you just borrowed?"
5       On December 8th, he had sent me an e-mail asking me
6 for $275,000.  He said, "I know I borrowed a lot of money from
7 you in the past.  It's very, very important."
8    Q.  Now, sir, how much money, as of December 28th, 2005,
9 before you went on your cruise, had you taken out of eTreppid?
10   A.  In what form?
11   Q.  Any form.
12   A.  I was paid a salary in 2003, '4 and '5 of $400,000
13 each year.  And the reason why I took any salary -- let me step
14 back.
15      In the years '99, 2000, 2001, 2002, I took zero salary
16 because the company wasn't making money and I wanted not to
17 have to go back and make more capital calls and dilute
18 shareholders.
19      In 2003, '4 and '5, I was specifically asked by Patty
20 Gray to come up with a number that would be necessary so we
21 could get our G&A number up on government contracts.  You have
22 a cost-plus contract, meaning it's the cost and then you're
23 allowed to charge up to a certain percentage for G&A expenses.
24 By me not taking a salary, our company could not get the

23  (Pages 86 to 89)

eTreppid vs. Montgomery  Heari⏑ - Preliminary Injunction - Vol. I⏑  II Tuesday, February 7, 2006

Page 90

1  benefit of the value of up to 12 percent, which was a fair
2  market value. Without my salary, it was 8-point-something.
3      And it was suggested by the attorneys and by myself
4  that we should all get together, give me this money so we could
5  at least get the G&A out of it. The net effect of that G&A
6  payment of a grossed-up value was that, yes, I was getting a
7  $400,000 salary, but there was more money going to the company
8  because of that.
9      Q.  During this period the company didn't have any money,
10  how much were you charging off of the company on the Gulfstream
11  jet?
12      A.  On the Gulfstream jet?
13      Q.  How much in your favor on the Gulfstream was being
14  expensed against eTreppid and your partner, Mr. Montgomery?
15      A.  There was no money charged for the use of the
16  Gulfstream jet other than when I used it to go on business
17  trips either with Mr. Montgomery or other employees.
18      Q.  In one year alone, was it approximately one million?
19      A.  That sounds extraordinarily high. We might have
20  signed a contractual agreement with a company for hundreds of
21  thousands of dollars for the use of the jet over a period of
22  time. There -- it's inconceivable to me that we paid a million
23  dollars in one year for the use of it.
24      Q.  In 1999, was it 560,000?

Page 91

1      A.  I have no idea. I could certainly look it up and give
2  you an answer to that.
3      Q.  In 2000, was it one million?
4      A.  It's inconceivable.
5      Q.  Now, back to the fall of 2005, I understand from your
6  testimony that it was Mr. Montgomery's greed for money,
7  demanding money from you, that was the subject of discussion;
8  is that correct?
9      A.  That is not what I said.
10      Q.  I believe you said it wasn't a discussion in the
11  context of the government contracts, but it was a subject of
12  discussion; is that correct?
13      A.  No, it is not correct.
14      Q.  How did Mr. Montgomery's greed manifest itself to you
15  in the fall of 2005?
16      A.  I believe I found out the level of greed in the last
17  three weeks, not in the fall of 2005.
18      Q.  Again, for time purposes, we're going to cut this
19  short for now. Let's go to the end of 2005. How much was in
20  the company bank accounts from government contracts?
21      A.  How much was in the bank accounts? Around $5 million.
22      Q.  Isn't closer to 9 million?
23      A.  Absolutely impossible.
24      Q.  Where is the 5 million today?

Page 92

1      A.  In the bank account.
2      Q.  How much did you take out in the last 60 days,
3  Mr. Trepp?
4      A.  Where?
5      Q.  Out of eTreppid.
6      A.  Nothing.
7      Q.  In the last 90 days?
8      A.  Nothing.
9      Q.  The last 120 days?
10      A.  I mean, other than a salary, like everybody else.
11      Q.  How much have you taken out?
12      A.  Did I get --
13      THE COURT:  Other than a salary?
14      MR. FLYNN:  Other than a salary.
15      THE WITNESS:  Zero.
16  BY MR. FLYNN:
17      Q.  Did you have a discussion with Mr. Montgomery about
18  this issue?
19      MR. PEEK:  Objection. Which issue?
20  BY MR. FLYNN:
21      Q.  The issue of how much was in the eTreppid bank
22  accounts from government contracts and where it was going to
23  go, who was going to get it.
24      A.  Who was going to get what?

Page 93

1      Q.  The money in the bank accounts.
2      A.  Nobody was going to get it.
3      Q.  Who made that decision?
4      A.  Me.
5      Q.  Because then you were 50 percent owner with your
6  friends and Mr. Montgomery was only 30 percent?
7      A.  I don't know. Is that a question?
8      Q.  Yeah.
9      A.  But what was the question?
10      Q.  Is that why you had the right to make the decision as
11  to what was going to be done with that money?
12      A.  There is a management committee we have. The
13  management committee has the right to determine what to do with
14  the money in the company. I felt it was prudent to leave at
15  least two years' worth of operating expenses in the bank
16  account, not use it for other than that.
17      So, on a going-forward basis -- we only have $700,000
18  worth of contracts for the year 2006 in the company. I didn't
19  want to be put into a position of making capital calls to
20  create more dilution for the shareholders, and I certainly
21  didn't want to start loaning millions of dollars back into the
22  company.
23      Q.  Mr. Trepp, did you discuss with Mr. Montgomery what
24  was going to happen to what you say is the 5 million?

24  (Pages 90 to 93)

CECILIA VOHL, NV CCR #246(775) 827-0672

eTreppid vs. Montgomery   Hearing - Preliminary Injunction - Vol. II   II Tuesday, February 7, 2006

---

Page 94

1    A.  Yeah, I told him we were going to leave it in the
2  business until we have enough money where we can make a
3  distribution when it's substantial enough where we don't have
4  to worry about operating expenses going forward.
5    Q.  And when did you have that discussion?
6    A.  November, December.
7    Q.  What did Mr. Montgomery say to you?
8    A.  I don't remember him even commenting.
9    Q.  Did he say something like, "I've been working 18-hour
10  days for seven days a week for years with technology that I
11  own, and I want my share of that money"?
12    A.  Absolutely not.
13    Q.  And so then the fight you got into that led to him
14  being -- was he fired?
15    A.  I didn't get into a fight with him.  I have never
16  gotten into a fight with Mr. Montgomery.
17    Q.  Was he fired?
18    A.  Yes, he was fired.
19    Q.  Who fired him?
20    A.  I did.
21    Q.  Now, when did you become concerned that
22  Mr. Montgomery, by some trick or artifice or thievery, was
23  going to steal eTreppid technology?
24    A.  He had already stolen it by the time I found out about

Page 95

1  it.
2    Q.  So when was that, Mr. Trepp?
3    A.  January 10th or 11th.
4    Q.  So you had no fear before then that he was going to
5  steal eTreppid technology before January 10th; is that correct?
6    A.  That's correct.
7    Q.  And you had no discussion with him prior to
8  January 10th which you would characterize as a conflict in
9  which he said, "I own the technology, I want my money, give it
10  to me"; is that your testimony?
11    A.  Yeah.  If that's what he said, it's a blatant lie.
12    Q.  And yet, all of a sudden, after all these years,
13  Mr. Montgomery is stealing the technology; is that your
14  testimony?
15    A.  Yes.
16    Q.  And his motive for doing it is what, sir?
17    A.  Um, he's desperate for money.  He, on a number of
18  different transactions that I've recently found out, defrauded
19  a number of different people on work that he had done in
20  conjunction with the company.
21    Q.  So he --
22    A.  He was covering up.
23    Q.  So by doing it, he got himself fired, ended his --
24  whatever money he was getting from you and eTreppid and risked

Page 96

1  getting whatever for allegedly stealing the technology, is that
2  your testimony, because he needed money?
3    A.  Yes.
4    Q.  Now, when did you first find out that he needed money?
5    A.  Well, he's needed money for all the years he's been
6  borrowing it from me.
7    Q.  When you had him sign the document, Exhibit 18 --
8    A.  Yep.
9    Q.  -- on December 28th, did he ask you for money?
10    A.  No.  It was on December 8th he sent me an e-mail that
11  said he wanted to borrow $275,000.  On December 10th, I gave
12  him $150,000.  I then said to him, "I want you to sign an
13  amended note like the prior two notes that you amended."
14    Q.  Now, this 150,000 that you gave him --
15    A.  Yeah.
16    Q.  -- did you say you wanted stock in return?
17    A.  I wanted what?
18    Q.  Stock in return.
19    A.  The note that I had from the beginning of time always
20  had -- there's a legal word for it, but a secured interest in
21  his shares.
22    Q.  Weren't you parceling out money to Mr. Montgomery to
23  keep him happy because he was demanding his share of the
24  profits from eTreppid from the government contracts?

Page 97

1    A.  Absolutely not.
2    Q.  Mr. Trepp, did you have any control over
3  Mr. Montgomery in his doing his work in his workstation in
4  connection with these contracts?
5    A.  I'm not sure I understand what that question means.
6    Q.  Well, did you direct him in any way, did you supervise
7  him in any way, as to how to do the work?
8    A.  Supervise him, no.
9    Q.  Did anyone supervise or control or direct him in terms
10  of how to do the work?
11    A.  No.  He was the RCTO.  It was his responsibility to do
12  the best job, you know.  He had a fiduciary responsibility.
13  Everybody worked for him.  He hired, he fired, he delegated
14  people to do work.  It was not my job.
15    Q.  The source codes that you're in court for that you're
16  trying to get --
17    A.  Yes.
18    Q.  -- is it your testimony that only Mr. Montgomery has
19  those source codes?
20    A.  With the exception of what we've been able to
21  re-create out of what's been deleted.  Otherwise, I believe
22  Mr. Montgomery has those source codes.
23    Q.  And he's the only one, is that correct, that you know
24  of?

25 (Pages 94 to 97)

CECILIA VOHL, NV CCR #246 (775) 827-0672