UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED ✓  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD
AUG 17 2006
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | 3:06-CV-0263-BES-VPC |
| The Residence Located at 12720 Buckthorne Lane, Reno, Nevada, and Storage Units 136, 140, 141, 142, and 143, Double R Storage, 888 Maestro Drive, Reno, Nevada. | **SEALED MINUTES OF PROCEEDINGS**  DATED: August 17, 2006 |

PRESENT: __THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE__
Deputy Clerk: __Lisa Mann__   Court Reporter: __Kathryn M. French__
Counsel for Movant(s): __Michael Flynn, Carla Dimmare, and Eric Pulver__
Counsel for Respondent(s): __Paul Pugliese__

PROCEEDINGS: FINAL SEALED EVIDENTIARY HEARING

8:43 a.m. Court convenes.

    The Court addresses the parties regarding an order the Court issued on August 16, 2006, regarding the protocol for this hearing.

8:48 a.m. Michael Flynn, Esq., continues examination of Special Agent, Michael West.

    The parties stipulate to have Exhibit #29 marked into evidence; therefore, Exhibit #29 is admitted.

9:25 a.m. Paul Pugliese, Esq., begins examination of Special Agent, Michael West.

    The government moves to have Exhibit #30 marked into evidence. The movants stipulate; therefore, Exhibit #30 is admitted.

9:52 a.m. Court recesses.

10:06 a.m. Court reconvenes.

    The parties stipulate that Exhibit #31 be marked into evidence; therefore, Exhibit #31 is admitted.

In the Matter of the Search of: The Residence Located at
12720 Buckthorne Lane, Reno, Nevada, and Storage Units
136, 140, 141, 142, and 143, Double R Storage, 888 Maestro
Drive, Reno, Nevada.
3:06-CV-0263-BES-VPC
August 17, 2006
Page 2

11:00 a.m. Court recesses.

1:42 p.m. Court reconvenes.

The government continues with the examination of Special Agent, Michael West.

The government's Exhibit #32 and Exhibit #33, Exhibit #34, and Exhibit #35 are admitted into evidence.

2:45 p.m. The government concludes its examination and the movants begin their rebuttal examination of Special Agent, Michael West.

The movants' exhibit #36 is admitted.

3:30 p.m. Court recesses.

3:47 p.m. Court reconvenes.

The movants conclude their rebuttal examination and Special Agent, Michael West is excused.

The Court addresses the parties regarding the two binders of exhibits 1 through 28 submitted by the movants.

The parties advise the Court that with respect to the two binders of exhibits submitted by the movants, the parties stipulate to the admission of exhibits 1, 2, 3, 4, 5, 7, 8, 9, 10, 12, 13, 15, 16, 17, 18, 19, 22, 23, 24, 26, 27, and 28.

The Court and the parties discuss the objections of the government to movants' exhibits 6, 11, 14, 20, 21, and 25.

The Court having heard from the parties and good cause appearing finds as follows:

1) <u>Movants' exhibit #6 - Declaration of Michael Flynn, Esq.</u>:

Exhibit #6 is admitted.

In the Matter of the Search of: The Residence Located at
12720 Buckthorne Lane, Reno, Nevada, and Storage Units
136, 140, 141, 142, and 143, Double R Storage, 888 Maestro
Drive, Reno, Nevada.
3:06-CV-0263-BES-VPC
August 17, 2006
Page 3

2) <u>Movants' exhibit #11 - Declaration of Dennis Montgomery</u>:

The movants advise the Court that they will submit the original signed declaration of Dennis Montgomery. The Court finds that exhibit #11 is admitted subject to the submission of the original signed declaration of Dennis Montgomery being submitted no later than **5:00 p.m.** today.

3) <u>Movants' exhibit #14 - U.S. Department of Justice's Report dated October 2004</u>:

The movants have supplied as exhibit #14 excerpts of the U.S. Department of Justice's Report dated October 2004. The Court finds that the entire report shall be submitted and is admitted as exhibit #14. The government submits the U.S. Department of Justice's Report dated October 2004 in open court.

4) <u>Movants' exhibit #20 - Excerpts of testimony of Sloan Venables, Warren Trepp, and Dennis Montgomery from 2/27/06 preliminary injunction hearing in *eTrepppid, et al. v. Montgomery, et al.*</u>:

The government withdraws its objection to exhibit #20; therefore, exhibit #20 is admitted.

5) <u>Movants' exhibit #21 - Federal Bureau of Investigation Manual</u>:

The parties stipulate to the admission of exhibit #21 and agree that for the limited purpose of Mr. Flynn's questions to Special Agent, Michael West, regarding this manual, Special Agent, Michael West did not rely on this manual and this manual may or may not be the current version of the Federal Bureau of Investigation manual.

6) <u>Movants' exhibit #25 - U.S. Department of Justice's manual for searching and seizing computers</u>:

The government withdraws its objection to exhibit #25; therefore, exhibit #25 is admitted.

In the Matter of the Search of: The Residence Located at
12720 Buckthorne Lane, Reno, Nevada, and Storage Units
136, 140, 141, 142, and 143, Double R Storage, 888 Maestro
Drive, Reno, Nevada.
3:06-CV-0263-BES-VPC
August 17, 2006
Page 4

    The Court and the parties discuss the movants' request to admit additional exhibits. The movants' exhibits #37, #38, and #39 are admitted.

    The Court and the parties discuss the government's request to admit additional exhibits. The government's exhibit #40 and #41 are admitted.

    The Court and the parties discuss the "*in camera*" admission of reports and back up information from Special Agent, Michael West. The movants' objection is overruled and the reports and back up information of Special Agent, Michael West shall be submitted "*in camera*".

    IT IS ORDERED that the parties submit simultaneous points in authorities regarding this matter no later than **Friday, September 15, 2006**. The Court will then issue its report and recommendation to the District Court.

5:08 p.m. Court adjourns.

                                                                     LANCE S. WILSON, CLERK

                                                                     By:_____/s/_____
                                                                        Lisa Mann, Deputy Clerk

PAGE NO. 1

CASE NAME: _____  v. _____   CASE NO. 3:06-CV-263-BES-VPC

EXHIBITS ON BEHALF OF: MOVANTS + RESPONDENT

IN THE MATTER OF THE SEARCH OF RESIDENCE 12720 BUCKTHORNE LANE...

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION OF EXHIBIT | LOCATION | RELEASED | |
|---|---|---|---|---|---|---|---|
| | | NO. | WITNESS | | | DATE | SIGNATURE |
| 8/17/06 | 8/17/06 | 29 | SPECIAL AGENT MIKE WEST | MONTGOMERY'S SCHEDULE K-1'S FROM 1999 TO 2002. | | | |
| 8/17/06 | 8/17/06 | 30 | SPECIAL AGENT MIKE WEST | AMENDED + RESTATED OPERATING AGREEMENT OF ETREPPID DATED 11/1/01. | | | |
| 8/17/06 | 8/17/06 | 31 | SPECIAL AGENT MIKE WEST | CONTRIBUTION AGREEMENT DATED 9/28/98 | | | |
| 8/17/06 | 8/17/06 | 32 | SPECIAL AGENT MIKE WEST | CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT | | | |
| 8/17/06 | 8/17/06 | 33 | SPECIAL AGENT MIKE WEST | COMPLETE TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING DATED 2/7/06. | | | |
| 8/17/06 | 8/17/06 | 34 | SPECIAL AGENT MIKE WEST | DEPARTMENT OF DEFENSE CONTRACT SECURITY CLASSIFICATION SPECIFICATION (DD FORM 254) | | | |

PAGE NO. 2

CASE NAME:

EXHIBITS ON BEHALF OF: MOVANTS + RESPONDENT

v. _____

IN THE MATTER OF THE SEARCH OF RESIDENCE 12720 BUCKTHORNE LANE...

CASE NO. 3:06-CV-263-PES-VPC

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION OF EXHIBIT | LOCATION | RELEASED | |
|---|---|---|---|---|---|---|---|
| | | NO. | WITNESS | | | DATE | SIGNATURE |
| 8/17/06 | 8/17/06 | 35 | Special Agent Mike West | Compact Disc of Photographs of Search | | | |
| 8/17/06 | 8/17/06 | 36 | Special Agent Mike West | Photographs of Search | | | |
| 8/17/06 | 8/17/06 | 37 | Special Agent Mike West | Campaign Contributions List to James Gibbons from Warren Trepp. | | | |
| 8/17/06 | 8/17/06 | 38 | Special Agent Mike West | Second Declaration of Dennis Montgomery | | | |
| 8/17/06 | 8/17/06 | 39 | Special Agent Mike West | Progress Report of the Department of Justice's Task Force on Intellectual Property dated June 2006 | | | |
| 8/17/06 | 8/17/06 | 40 | Special Agent Mike West | Memo from Paul Pugliese to Eric Pulver dated 8/11/06. | | | |

PAGE NO. 3

CASE NAME:

IN THE MATTER OF THE SEARCH OF RESIDENCE 12720 BUCKTHORNE LANE ...

EXHIBITS ON BEHALF OF: MOVANTS + RESPONDENT

v. _____

CASE NO. 3:06-CV-263-BES-VPC

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION OF EXHIBIT | LOCATION | RELEASED | |
|---|---|---|---|---|---|---|---|
| | | NO. | WITNESS | | | DATE | SIGNATURE |
| 8/17/06 | 8/17/06 | 41 | Special Agent Mike West | Patty Elak Coversheet + Report | | | |