1 DANIEL G. BOGDEN
United States Attorney
2 PAUL L. PUGLIESE
Assistant United States Attorney
3 100 W. Liberty Street, Suite 600
Reno, Nevada 89501
4 Tel: (775) 784-5438

5 Attorneys for Plaintiff

```
FILED          RECEIVED
ENTERED        SERVED ON
        COUNSEL/PARTIES OF RECORD

        SEP 13 2006

CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY:                    DEPUTY
```

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8 IN THE MATTER OF THE SEARCH OF:           )
                                            )
9 The Residence Located at 12720            )   No. 3:06-CV-0263-BES-VPC
Buckthorne Lane, Reno, Nevada, and          )
10 Storage Units 136, 140, 141, 142, and 143, )   **GOVERNMENT'S COMPLIANCE**
Double R. Storage, 888 Maestro Drive,       )   **WITH COURT ORDER OF**
11 Reno, Nevada                             )   **AUGUST 17, 2006**
                                            )   **(SECOND SUBMISSION)**
12                                          )
                                            )
13 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

14        COMES NOW, the United States of America, by and through DANIEL G. BOGDEN, United

15 States Attorney, and PAUL L. PUGLIESE, Assistant United States Attorney, and complies with the

16 Court's order of August 17, 2006.

17        During a hearing on August 17, 2006, the Court directed that the Government provide to the

18 Court all reports and information that Special Agent Michael West relied upon in support of the

19 information contained in the search warrant affidavits at issue in this matter. Upon receipt, the Court

20 would conduct an *in camera* review in order to determine whether any of the information is relevant

21 to a determination on issues currently outstanding in this matter.

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

1    The Government has attached pages numbered 00001 - 00026 and a microcassette containing

2    two separate monitored phone conversations between Special Agent Paul Haraldsen, Air Force

3    Office of Special Investigations, and Dennis Montgomery. These conversations provided the

4    substance for information in Special Agent Mike West's affidavits that has been redacted and not

5    disclosed to counsel for the movants. The Government opposes the release of any of the attached

6    documents to opposing counsel at this time. Such release in not appropriate as it could compromise

7    the ongoing investigation of alleged offenses involving Mr. Montgomery.

8    Dated:  September 13, 2006

9                                       Respectfully submitted,
                                        DANIEL G. BOGDEN
10                                      United States Attorney

11

12                                      PAUL L. PUGLIESE
                                        Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**P. Haraldson to D. Montgomery    2/16/2006**

Dennis:     Hello?

Paul:       Hey Dennis – Paul, how are you?

Dennis:     I've had better days.

Paul:       (laugh) Yeah, so have I. How you doing?

Dennis:     Well, I mean with, ya know it's been very frustrating for me Paul. I'm

            going to tell you straight up is everybody's listening to one person –

            Warren. And that's very unfair to me, you know what I mean?

Paul:       Yeah.

Dennis:     I mean you've been around me as long as you've been around Warren –

            you know what I mean?

Paul:       I've been around you more I believe.

Dennis:     Okay, I know but no one I have not said a word, I haven't been going out

            and just did what Warren Trepp is doing – which is bullshit.

Paul:       Help me understand what he's doing, please.

Dennis:     Okay, listen. Paul, I own 40% of a company. Okay? You know, I mean,

            do you know the history of...of umm....somewhat of the history of the

            company, do you know what I mean? I started the company. You know,

            Warren got married and wasn't even around for two years, you know what

            I mean? Are you listening?

Paul:       Yeah, no I am. I'm just...

Dennis:     Oh, okay. I didn't...I'm just trying to give you a perspective that that

            umm....because I've already kind of faced Warren once when we've been

fighting and it just angers me that...that I've not done anything wrong.

I'm a very straight person. I did something very good for this country.

Paul:      Absolutely, I whole-heartedly agree with you.

Dennis:    But Paul the problem is is that listening to Warren – you know when I was

in court Warren alleged that...you know we...Warren and I kind of

already spart (? - 021) once in court.

Paul:      Oh, okay.

Dennis:    A very limited basis because you know, basically...I...in December or

well actually I think it was the day before that I had actually seen you

when you were coming out, you know what I mean?

Paul:      Right.

Dennis:    Him and I kind of when at it because I've been paid very little out of the

company, and people can listen to his rhetoric all they want but that's the

truth. And you know, I was more interested in making sure that the work

of this country is protected versus what he might decide to want to do with

it on his own.

Paul:      And you've done an extremely good job of that.

Dennis:    But Paul, who believes that?

Paul:      I don't know. I've only heard one side of the story. You know, I have not

been able to have the luxury of sitting down with you and listening to you.

And I think that would be very valuable to do.

Dennis:     Well but the problem is, you know, Warrens out there saying I called FBI
            you stole stuff from me and all this other nonsense. I said are you
            kidding? Are you...I mean the problem is there are people like Patty Gray
            and those people in there with mouths that are just saying anything they
            want to say, you know what I mean?

Paul:       Sure.

Dennis:     And you're pretty familiar with their mouths.

Paul:       Yeah, I have been around them often enough to understand that they say
            things that they don't necessarily understand or uh should not have uh
            been privy to.

Dennis:     Well not only been privy to but people that have told me specifically not
            to disclose certain things ie;  ███  the x group (?-038).

Paul:       Correct. Which is...

Dennis:     And who those people were and what those people were here doing you
            know and I've got Warren here saying you know you could...in
            court...because basically Warren and I...the issue comes down to um who
            owns what stuff. That's really what it comes down to.

Paul:       Uh-huh.

Dennis:     I met Warren eight years ago and when I first met Warren, Warren was
            required to put so much money into the company and he got so much
            technology and then the company went short, right?

Paul:       Okay.

Dennis:     It's pretty straight forward

Paul:       Alright.

Dennis:     And there's an agreement that basically outlined that very clearly.

Paul:       Okay.

Dennis:     You know what I mean? The problem is that when I started doing work

            prior to ▮▮ (?-045) that did not involve the work that Warren purchased —

            he had no rights to it. And he kept telling me that he would make me

            whole and resolve my differences on the work that he never purchased or

            had any rights to. Period.

Paul:       What did he mean by that?

Dennis:     Well, me, I own copyrights. I still have copyrights in 1982, 1985, 1989.

            In my name.

Paul:       Okay.

Dennis:     On work that had nothing to do with compression but had to do

            work...with similar work that you've seen me do for ▮▮ and so forth.

Paul:       Okay.

Dennis:     And those are in my name. And when Warren and I met eight years ago

            he specifically did not want to buy that work because I wanted a lot of

            money for it. So he said...he believed at the time the data compression

            part was the most important part to him and...and you know proceeded

            accordingly. But I have spent millions of my own money, a lot of money,

            building that technology up and low and behold it became very useful

            when ▮▮ group came in.

Paul:       What technology are you talking about? Are you talking about the...

00004

| | |
|---|---|
| Dennis: | (?-058) recognition. |
| Paul: | Oh, okay. |
| Dennis: | That had nothing to do with Warren's purchase, and Warren actually admitted that he did not buy that. |
| Paul: | So, he never offered.... |
| Dennis: | But you know Warren...you know Warren's out there just saying anything that he wants to say - Kenneth stole classified information from the company. I mean, are you fucking kidding me? You know? I mean...I mean...they...you know we'll have to notify OSI that you've been out uh you know with classified information. That's all bullshit. |
| Paul: | Why would... |
| Dennis: | You know me pretty straight, don't ya? |
| Paul: | Yeah, I do. That's why... |
| Dennis: | Do you think I would ever fucking do anything like that? Personally through the...you couldn't even find anything in our company that's classified. That's the first problem. But you know Patty...Patty wanted to make a point with Warren will say anything, you know what I mean. |
| Paul: | Do you think... |
| Dennis: | I mean...I would...It just frustrates me immensely that um I've done the right thing and I've done the right thing every single time. And you know I told you that when I met Warren I've never really had a great relationship with Warren, you know what I mean? I mean Warren |

|         | obviously as you all know had a negative relationship with government for |
|---------|---------|
|         | quite awhile. I mean, I'm not telling anything you don't know. |
| Paul:   | Right. |
| Dennis: | You know, i.e.: Drexel. |
| Paul:   | Right. |
| Dennis: | Well I didn't have that relationship, you know what I mean. I hadn't done anything. I didn't even work for the government, period. But he...he had a different mindset what he ultimately wanted to do and I thought that that the mindset would compromise national security, and I refused to go along with it. |
| Paul:   | What was his mind... |
| Dennis: | And that's what broke this whole thing down. |
| Paul:   | Well, what was his mindset then? |
| Dennis: | Well, I mean I think... |
| Paul:   | That I don't understand. |
| Dennis: | Okay. When are you going to be out here I'd be more than glad to talk to you. |
| Paul:   | I can probably get out next week. |
| Dennis: | Yeah. |
| Paul:   | Would you mind? |
| Dennis: | Umm..,I would be more than glad to sit down and...I've not said it to anybody, I've not talked with anybody about it, you know, but you know |

Warrens out here with all his relationships "General Bath (?-082)" and all these other...I haven't talked to anybody, you know what I mean.

Paul:  Well, I know the person you've spoke to most was me and I haven't heard from you in awhile so I was concerned.

Dennis:  Well the reason you haven't heard from me, Paul, is because I'm going scorch (?-085) with Warrant Trepp. And you can imagine if Rudy Guiliani and his whole army can't fight Warren – he's not an easy guy to fight.

Paul:  Uh, huh. Yeah...

Dennis:  That's the truth.

Paul:  Okay.

Dennis:  Because the reason is because he doesn't want to fight fair, and I'm not sure to whine or cry or throw a fit on your shoulder or say anything else.

Paul:  No, I...I'm just truly concerned about you and that's why I called. And I...

Dennis:  Well I think that people should be concerned that you think there's more than one side to somebody's story that he's out just telling it to. You know what I mean?

Paul:  I absolutely agree with you that's why I'd love to sit down and talk to you about that.

Dennis:  You know, I mean if Warren, you know threaten I'll just go to the FBI and say I stole everything. How can you say I stole everything, one - I own half of the company. Let's start with that problem, right?

Paul:       What did he....What's he...

Dennis:     I mean that's the kinds of things he would do just to....to irate something.

            You know what I mean?

Paul:       Sure.

Dennis:     And that's bullshit.

Paul:       What does he...what does he...

Dennis:     I mean the fact is that the work I did for ▮▮▮ is 100% accurate - more

            accurate than people will ever know. Only confirmed by the people

            that...at least that there was something there what it was who could tell on

            your side of the street.

Paul:       Oh, that's why I'm so disappointed because we you know we had money

            loaded in a pipeline...

Dennis:     Okay, but Paul, so why does it have to stop because he's a prick?

Paul:       No, it doesn't have to stop but he obviously can't do his work.

Dennis:     Well, that's not my fucking problem is it?

Paul:       I don't think it's...right now I don't think it's anyone's problem.  I'm

            just...I am just trying to figure out where I go from here.

Dennis:     Okay where you go, listen...the problem that I have with Warren is

            that...when I try to...you know, I mean...when the people that came out

            and you know who I'm talking to...about...I went to enormous length to

            protect everything that was done – stuff was encrypted and so forth.  Do

            you know what I mean?  Does that make sense?

Paul:       Okay.

Dennis:  Okay, I'm just telling you it was. And you know it's like...I was in...I
was fighting with Warren in court and Warren said I want you to divulge
who all you did all the work for and each of their names and phone
numbers – which is clearly illegal.. You know that.

Paul:  Well, you did sign a non-disclosure agreement and you have to honor that.

Dennis:  Well I...and you know what the judge said. If the government doesn't
protect that order than you're going to jail if you don't start naming
names. And that's bullshit as you all know.

Paul:  Right. So who...

Dennis:  And the letter I signed...you know...when...when I think it was who ███
brought out the letter I had to sign.

Paul:  Right.

Dennis:  The word treaty is every third word. You know the word...what I'm
talking about.

Paul:  I know. Where do I go from here. Where does the government go? We
have this capability we were...

Dennis:  The capability is this...I'm going to tell you how this is going to get
resolved – in a very easy manner. Okay. Is that the government would
invoke it's privilege and say, you know, he doesn't have to divulge these
names and what the work is. Which is clearly what I signed saying I
wouldn't.

Paul:  I'm not following...

Dennis:  You know what I mean?

00009

| | |
|---|---|
| Paul: | No, I'm not following that. |
| Dennis: | Okay, I did work for two real groups. ▮▮▮ original group, correct? |
| Paul: | Yeah. |
| Dennis: | And Socom (?-123), right? |
| Paul: | Right. |
| Dennis: | Well I signed the same thing with Socom, right? I can't divulge who they are, you know, what divisions they work for. You know, they make me sign the same letter, you know, you won't disclose the identity of the people, right? |
| Paul: | Okay, I... |
| Dennis: | Obviously the government must be concerned that they're not saying who these people actually are, you know what I mean? |
| Paul: | Okay...I..I..I...let's get past that. What are we supposed to do now? |
| Dennis: | Okay, I want the work to be done and completed. |
| Paul: | Same here and that's.... |
| Dennis: | And that's going to be without Warren Trepp - that's his problem and not mine. You understand? |
| Paul: | Okay. |
| Dennis: | I can't control a person that was going to do something very bad. |
| Paul: | What do you... |
| Dennis: | He...he never left his roots. You know who his ex-partner was, don't you? |
| Paul: | Yes. |

00010

Dennis:    Okay. Well, virtually he's not telling the whole truth in the last month.

Paul:      Alright...

Dennis:    Unfortunately I heard something that was not good.

Paul:      Well, obviously when I come out hopefully you can explain that to me.

Dennis:    I would be more than glad to.

Paul:      But where do I go from here? You know, what do I tell the people back in
           DC – do I tell them to forget about the money and put it away and...

Dennis:    Absolutely not. Tell them you're going to do the...the work is going to be
           done – if it has to be done from me that's the way it is.

Paul:      Okay.

Dennis:    I'll work out whatever I have to work out so the government gets what
           they want so the work can get done. That's what I want you to tell them.

Paul:      Okay, do...so...I should tell them we should come see you?

Dennis:    Yes.

Paul:      Okay.

Dennis:    But Paul, I want you to know something whether....whatever happens. I
           did something so important to protect the assets of the United States
           government, you know, that I still cry at night that I had to do it. And I'm
           the one taking the beating for it...

Paul:      You're a true patriot.

Dennis:    ...and I'm tired of it.

Paul:      You're a true patriot and I've always told that to everybody. You know
           that.

Dennis:     Okay but you know what – then somebody needs to stand up and help me

            explain that when I tell them what went on and why everything is

            protected as it was before. Do you know what I mean? I mean, Warrens

            out there alleging people were erasing drives and all this other nonsense,

            you know what I mean? Don't be stupid.

Paul:       Alright.

Dennis:     You know what I mean? I mean, I mean…Warren had the actual (?-151)

            to say I don't even know if he was working down there four hours a day. I

            mean, I almost fucking got up and…you know….just…

Paul:       So, you're telling me…

Dennis:     I'm asking you one thing…

Paul:       What is it…

Dennis:     Just remember his roots. That's what I'm telling you.

Paul:       Alrighty, so you're telling me…

Dennis:     And that it was….

Paul:       You're telling me he still has the capability to do this?

Dennis:     No, he does not.

Paul:       Oh, he doesn't?

Dennis:     No.

Paul:       Okay.

Dennis:     And I made sure that the assets of the United States government were

            protected.

Paul:      Alrighty. So I need to get a hold of my bosses uh tomorrow and let them know that if we want to continue with this...

Dennis:    Absolutely 100%. In fact, I've even think I've actually cracked the new way, right...

Paul:      Uh-huh.

Dennis:    ...on top of I think I now more than ever am certain on how it was being done.

Paul:      Okay.

Dennis:    And I would think they would have an interest in that.

Paul:      Yeah, they would. I was under the impression that the capability didn't exist – that's all.

Dennis:    Okay, Paul – and you're wrong.

Paul:      Okay.

Dennis:    And I want to explain one reason why. The reason is is because I was told something to do to always ensure that it doesn't end up in the wrong hands. Okay?

Paul:      Uh-huh.

Dennis:    And it was done.

Paul:      Okay.

Dennis:    And I know that ▮ and all their group can say whatever they want, but I know what I did...you know I mean...so the answer is the capability exists and that there's more than one side to a story and they're only listening to one side...

00013

Paul:       Alrighty...

Dennis:     ...and they're not hearing the truth, and I'm sorry.

Paul:       This is very important...we...we were, you know, we were getting close
            to throwing...you know like I told you I got the money...I was going to
            return it...

Dennis:     Okay, Paul – the reason is because you're listening to somebody that
            is...Warren actually tried to go to court and had the court force me to go
            back to work for him.

Paul:       Okay.

Dennis:     The problem that Warren is not sure of is that I overheard something and
            Warren is not certain whether I overheard or not but he has an idea now I
            probably did.

Paul:       Okay.

Dennis:     Now he's out doing his little thing um to try to discredit me, you know
            what I mean?

Paul:       Right.

Dennis:     And he's doing it and he's hurting me. But I did the right thing and I
            would do it again in a heartbeat.

Paul:       Okay, you did the right thing – I'm a little lost with that....

Dennis:     Okay, so I'll be more than glad to talk to you – I want the work to
            continue, I want the work to get done.

Paul:       Okay, alright let me talk to my boss....

Dennis:     But what I don't want to hear...

Paul:       Yeah?

Dennis:     ..... is somebody running to the US Attorney and letting Warren ramble off

            aimlessly on something he doesn't know what the fuck he's talking about.

Paul:       Okay, fair enough.

Dennis:     Okay, Paul – call anytime.

Paul:       I will and I'll call you back when I figure out when I'm going out.

Dennis:     Okay, but I'd be more than glad to talk to you and you know that, Paul.

Paul:       I know that. Take care, my friend.

Paul:       Alright. Bye.

Dennis:     Bye.

**P. Haraldson to D. Montgomery    2/24/2006**

| | |
|---|---|
| Dennis: | Dennis |
| Paul: | Hey Dennis, Paul how are you? |
| Dennis: | Hello? |
| Paul: | Hello, Dennis? Dennis? Hello? |

Line cut out....

| | |
|---|---|
| Dennis: | Hello? |
| Paul: | Hey Dennis, Paul. |
| Dennis: | Yeah, I'm sorry you're wife's not feeling well. |
| Paul: | Thank you, I appreciate that. |
| Dennis: | I've had my share. |
| Paul: | Yeah, I know you have....Dennis? |
| Dennis: | Yeah? |
| Paul: | Let me speak for a few minutes here, okay? |
| Dennis: | Yeah. |
| Paul: | I went back, and I told everyone back at the uh home office here regarding our conversation and they were very excited. |
| Dennis: | Yeah. |
| Paul: | Because their assumption was that we didn't no longer have the capability the source code whatever to continue on with the project so they were very excited about that. |
| Dennis: | Yeah. |

Paul:    They are very anxious to move forward. The only concern they have, obviously, and I think you'll be able to appreciate this is that the obviously the source code was once at one location and now apparently talking to you it is at you're in possession of it so what they'd like to do because it went from one location to another location obviously there needs to be someone to come out and just validate that the capability still exists. Does that make sense to you?

Dennis:    No, no, no that doesn't to be very honest with you.

Paul:    Okay.

Dennis:    The problem I have in all of this whole thing is that when you say the source code existed at one place you were assuming Etrepid, right?

Paul:    Yes.

Dennis:    Yeah, okay that's a bad assumption.

Paul:    Okay.

Dennis:    Because I told everyone I built it, you know, 15-20 years ago.

Paul:    Okay.

Dennis:    You know, that's what my copyrights reflected on all of that, okay?

Paul:    Alright.

Dennis:    The problem that I have in that is everyone's listening to Warren – that's the problem. That is the sixty four dollar problem and Hennesey and all those people are running around listening to what he's saying. That's the problem. Okay, that is the problem. The problem is that Warren went and got a TRO (?-037) against me in court because I refused to name who my

clients were and each of the individuals who represented those clients, which you know I'm prohibited from doing. I mean, I can't name ▆ and his group.

Paul:       No.

Dennis:     Right, right? I mean, I signed a letter with him that every third word was treason, right? The same thing with Socom, correct?

Paul:       Correct.

Dennis:     I mean I signed the same words. So they were asking me questions that you know I can't answer and Warren knows I can't answer this. This is not a mystery to somebody. This is the truth.

Paul:       Okay, if we...

Dennis:     So, the judge makes a very simple position – if nobody from the government comes in and stops this you either answer the question or you're held in contempt, that's it. Okay so, I'm confronted with the problem that if I answer the question then I'm going to be sued by the US government or go put in jail because I just disclosed the names of organizations which don't even exist or I can't say and people that were there.

Paul:       How do we get around this dilemma?

Dennis:     Well I'll tell you how to get around the dilemma. The dilemmas there....okay....but that is the truth. I don't care what Warren or his PR machine or whatever they're saying – that is the truth. The truth is...that he...on the stand forced me to answer questions he knows I cannot

answer. That is the truth. There's nothing magical about it or whatever. That is the truth. Okay? So it's a very...the state judge...it's real simple...well the government is not in here trying to protect their interests, okay, then I'm just going keep a TRO on you until such time somebody does.

Paul:        Okay.

Dennis:      So, I talked to...I didn't, but my attorney talked to ███ – you know who the ███ I'm talking about?

Paul:        Yep

Dennis:      Okay? And his attorney...his attorney simply said that if you name the government as a cross defendant, right, just put them down because they're illegally using a license or whatever, okay, that if you put them down then we'll come in and stop the TRO because we obviously don't want you naming names. Okay, the problem is that Hennesey, and you know who I'm talking about, is running around like a lunatic representing Warren and his PR machine. Okay? And has anyone reminded the people that I own 40% of Etrepid? I mean, do they think I own nothing of it?

Paul:        Okay, so where do...

Dennis:      Do you know what I mean?

Paul:        Yeah, I do understand. So, where do we go from here?

Dennis:      Okay, I mean...what I would like the government to do is to come in and block the unblock the TRO and then I'll sit down with anybody they want

and make a deal. Okay? No one is going to make a deal if I don't have the work. I built the god damn thing and everyone knows that.

Paul:       Okay

Dennis:    I mean there's no mystery on who built it, is there?

Paul:      No, I..I..

Dennis:    Paul?

Paul:      No, I am just concerned about continuing the work -- that's what I'm concerned about right now.

Dennis:    Okay, me too. I want the work done. That's what I want.

Paul:      Okay.

Dennis:    What do I have to do from the government's position to continue the work? You tell me.

Paul:      Well obviously we need to go ahead and we just need to make sure that the capability sill exists.

Dennis:    Okay. Let's assume I can give you evidence that that's the case. Okay? Whatever that's going to be. What do I have to do then?

Paul:      If that's the case, then obviously we have to go into some type of negotiation about licensing or rights to it or whatever.

Dennis:    Okay, so why can't I...why is Hennesey doing what he's doing?

Paul:      I can't answer that.

Dennis:    Well, what is his role there – let's start with that?

Paul:      His role is he works as the director of security for the Airforce.

Dennis:     Okay, so Warren can rant and rave and say I stole... why has he never
            called me? Why is he listening to one side of the story because of Warren
            Trepp? Hasn't he ever thought that there's a guy that owns the other 40%
            of the company?

Paul:       When I come out there you and I can sit down and we can discuss that.
            I'm trying...I am trying to refocus this effort because everyday we no
            longer process...we no longer...we lose valuable information.

Dennis:     Are you kidding me? Realize what? The guys never going to (?-087) Go
            look at last year's work. So, my point is I agree with you. So alls I want
            to do is very simply – I want to be able to complete and finish the work.
            We can go all argue it someday, okay, who owns it whatever they want.
            But I know what he was going to do with it and Hennesey doesn't. And
            he's making a very stupid fucking assumption because he doesn't know
            the truth. That's the problem. That is the exact problem because they are
            listening to what he said. If he wanted his ex-friend from Drexel to own it
            does Hennesey care? He doesn't know what he's talking about, you know
            what I mean?

Paul:       Right

Dennis:     I'm just telling you Paul, that's the truth. So, what I'm trying to do is say
            what do I have to do from the government's position to get the work done.
            The easiest thing for me is for the government to come in and unblock the
            TRO. They can do that in fifteen minutes. They know it's on me because
            I refuse to answer who the clients were. I mean, I can't do that.

Paul:      Alright, so what you're telling me is you want the government to block the
           TRO...remove the TRO...

Dennis:    Unblock the TRO. I'll sit down and do anything they want then.

Paul:      So, that's a condition of us going...negotiating with you, is that what
           you're saying?

Dennis:    No, no, no. The answer to that is no. I don't know if that's (?-103)
           enough but I just thought that was easiest to be very honest with you.

Paul:      Well, I'm setting all that aside. What I'm trying to do is I'm trying to re-
           establish the capability.

Dennis:    Okay, so so my...I guess my question really is what is it that you want me
           to do what does the government want to do? Do they want to end their
           licensing agreement now?

Paul:      What we'd like to do is come out and discuss all these things with you.
           We...

Dennis:    Okay, I'd be more than glad to.

Paul:      I know that.

Dennis:    Who's going to come out?

Paul:      Well I probably would have someone like Mike Carter or somebody...

Dennis:    Fine, be my guest. I have not called Mike Carter if you've noticed.

Paul:      I don't know that but, okay, I believe you.

Dennis:    No, but I'm just telling you that I've talked to nobody but you. And I've
           taken the position of why would I go out and do all this when he's going
           to do what he's going to do. I made a lot of money for Etrepid and

Warren is using my own money against me, and I'm so insulted that people over the last 20 years who know any history of that man wouldn't stop for ten seconds and think god is there a different side to this story.

Paul:       I think that's why I would like to come out and speak with....

Dennis:     I would be more than glad to...Paul...anytime you would like with anybody Mike Carter or anybody else.

Paul:       Okay, well this is the issue. Everyone here is excited that the capability still exists because like I mentioned to you previously we were uncertain that it did. It appears that...

Dennis:     Okay, but why wouldn't they go ask the guy that built it? If you go look at anything in the lawsuit I made it very clear my copyrights all existed ten years before I knew Warren Trepp. Warren Trepp refused to buy the copyright when I entered in an agreement with him. The buy sell agreement that I had between myself and Mr. Trepp was very clear. You put a million and half in and you get data compression. You don't get anything else and you're not buying anything else and it's in bold letters two inches high.

Paul:       Okay.

Dennis:     And during the hearing he acknowledged that everything that was in that buy sell agreement he got. Okay, that's the truth. And he admitted it. And he...that's the problem. The problem is no one's hearing any of that...what they want to hear...

Paul:  Well, we're going to....we're going to be able to hear that when we come out there and discuss it with you.

Dennis:  Okay, be more than glad to...

Paul:  I know that. The only concern that they have is they want to know the capability still exists. You tell me it does, they don't...

Dennis:  The answer it does.

Paul:  Okay, I understand. And the other problem is that they don't have any proof that it does exist, so what we're looking for is if I can bring someone out with me that you know we can go ahead and we can look at the capability and can say hey it still exists. Is that something you'd be willing to do?

Dennis:  As long as the intent of that person coming out is not to try to take that away from me.

Paul:  I don't understand what you mean by that.

Dennis:  No, but.....I mean...the answer to that is in whatever way I got to prove it exists I'll prove it. How's that?

Paul:  Okay

Dennis:  So, when is it that you want to come out?

Paul:  Probably Wednesday of next week.

Dennis:  Okay. You know...it's just very sad is why...I don't see...the problem is I can't control, you know, Ken Johns and all those people because those people are all people that listen to Warren. They've never even called me. But I cannot control what he's out saying. But if anybody has any

knowledge of history they would think there has to be some other side to this. You know what I mean? Come on.

| | |
|---|---|
| Paul: | Yep. Gotcha. |
| Dennis: | Okay. |
| Paul: | Alright. I will call you. |
| Dennis: | I'll assume that you'll be out on Wednesday then. |
| Paul: | Alright. And if...what do you think is the best way to convince the people back here that we...the capability exists and we still have the ability to move forward on this effort. |
| Dennis: | I'll think about that...you know...and give them any assurances that they ultimately want. I guess my question to them was if I enter a license agreement and it doesn't work then I don't get paid anything. You know what I mean? I mean, I don't get any money. |
| Paul: | Okay. |
| Dennis: | I mean, I'm not looking for you to give me money for something that doesn't exist. You can just tell them that. Okay, I'm looking to get paid on something that ultimately exists and they can validate or whatever they're going to do to ultimately do all of that. Okay, so no one is trying to hold the government hostage. |
| Paul: | Okay. |
| Dennis: | I don't get a dime unless it works. |
| Paul: | Okay, well you think of way that we can...we can... |
| Dennis: | Okay, I will. I got it. |

Paul:          ...we can do that, okay?

Dennis:        Okay, alright Paul.

Paul:          Thank you.

Dennis:        Bye.