Ronald J. Logar, Esq., Nevada Bar No.: 0303
Eric A. Pulver, Esq., Nevada Bar No.: 7874
**Law Office of Logar & Pulver, PC**
225 S. Arlington Ave., Ste A
Reno, NV 89501
Phone: 775-786-5040
Fax: 775-786-7544

Michael J,. Flynn, Esq., Mass. State Bar No.: 172780
Philip H. Stillman, Esq., California State Bar No.: 152861
**Flynn & Stillman**
224 Birmingham Drive, Suite 1A4
Cardiff, CA 92007
Phone: 888-235-4279
Fax: 888-235-4279
*Admitted Pro Hac Vice in related Federal Case No. 3:06-cv-0056-BES-VPC*

**FILED**

SEP 14 2006

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEP.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of: <br> 12720 Buckhorn Lane, Reno, NV <br><br> and <br><br> 888 Mastro Drive, Reno, NV, Storage Unit Numbers 136, 140, 141, 142, and 143 | CASE NO.: 3:06-MJ-0023-VPC <br><br> *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE POST-HEARING BRIEF |

Movant Dennis Montgomery and the Montgomery Family Trust hereby request, pursuant to Fed. R. Civ. P. 6(b), a six day extension of time within which to file their Post-Hearing Brief, from September 15, 2006 to September 21, 2006. Counsel for the Government is out of his office and is not expected to return until Monday, September 18. However, AUSA Pugliese has been informed of this *ex parte* application by email at 10:15 a.m. on September 15. As grounds for this application, the Montgomerys state as follows:

1. As the Court is aware, a comprehensive filing summarizing the evidence in this case is due on September 15. The preparation of this brief is obviously time-consuming and requires a detailed analysis of the three days of testimony. The last of the transcripts was only received last week by counsel.

2. Counsel for the Montgomerys is currently out of state on a personal matter and requires the additional time to adequately prepare and edit the Post-Hearing Brief.

3. Counsel for the Montgomerys attempted to reach AUSA Pugliese, but is is out of the office, although he is apparently checking his email. Counsel accordingly notified him of this ex parte application at 10:15 a.m.

4. Accordingly, the Montgomerys' counsel requests an extension of time within which to file the Post Hearing Brief until September 21, 2006.

## ARGUMENT

### I.

### GOOD CAUSE HAS BEEN ESTABLISHED

Fed. R. Civ. P. 6(b) states that "the court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order." As discussed

-1-

above, good cause exists for the short extension of time due to counsel's absence and the receipt of the trial transcript for the last day of testimony only last week. The extension would permit an orderly and thorough Post Hearing Brief and aid consideration by the Court. Counsel for the Government is not prejudiced in any way by the continuance.

## CONCLUSION

Accordingly, the Montgomerys respectfully requests that this Court the extension of time.

FLYNN & STILLMAN

Dated: September 15, 2006

By:_____
Philip H. Stillman, Esq.
Attorneys for DENNIS MONTGOMERY, BRENDA MONTGOMERY and THE MONTGOMERY FAMILY TRUST

_____
U.S. MAGISTRATE JUDGE
September 15, 2006

-2-

## CERTIFICATE OF SERVICE

I, Philip H. Stillman, declare: I am an employee in the Town of Cardiff, County of San Diego, State of California, employed by the Law Office of Flynn & Stillman, located at 224 Birmingham Drive, Suite 1A4, Cardiff, CA 92007. I am over the age of 18 years and not a party to this action.

I am readily familiar with the Law Office of Flynn & Stillman's's practice for the collection of mail, delivery of its hand-deliveries, their process of facsimile's and the practice of mailing.

On the 15th day of September, 2006, I caused the foregoing document to be delivered to the following persons and/or entities:

Paul Pugliese, AUSA
United States Attorney's Office for the District of Nevada
100 W. Liberty Street
Reno, NV 89501

**BY FACSIMILE**

                /S/PHS
                Philip H. Stillman
                Flynn & Stillman

-3-