J. STEPHEN PEEK (NV Bar No. 1758)
JERRY M. SNYDER (NV Bar No. 6830)
HALE LANE PEEK DENNISON AND HOWARD
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

DAVID A. JAKOPIN (CA Bar No. 209950)
JONATHAN D. BUTLER (CA Bar No. 229638)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Admitted *Pro Hac Vice* in related action *Montgomery v. eTreppid Technologies, LLC et al.*, Case No. 3:06-cv-0056-VPC)

Attorneys for eTreppid Technologies, L.L.C.

**FILED**

SEP 4 2006

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY _____ DEPU

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br>12720 Buckthorn Lane, Reno, Nevada,<br><br>and<br><br>Storage Units 136, 140, 141, 142, and 143, Double R Storage, 888 Maestro Drive, Reno, Nevada. | Case No. 3:06-CV-0263 (formerly MJ-0023-VPC)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF ETREPPID TECHNOLOGIES, LLC FOR RETURN OF SEIZED PROPERTY, F.R.Cr.P. 41(g), AND REQUEST FOR EVIDENTIARY HEARING** |

**LODGED UNDER SEAL**

Pursuant to Federal Rule of Evidence 201, eTreppid Technologies, LLC ("eTreppid") requests that in ruling on its motion for return of seized property, filed concurrently herewith, this Court take judicial notice of the following facts:

(A)    The issuance by the Second Judicial District Court of the State of Nevada, County of Washoe, of the Order, dated February 8, 2006, granting plaintiff eTreppid's Motion for Preliminary

- 1 -

::ODMA\PCDOCS\HLRNODOCS\567385\1

73

1  Injunction against Dennis Montgomery and the Montgomery Family Trust, a true and correct certified
2  copy of which is attached hereto as **Exhibit A**. This document is on file in a related action before this
3  Court, *eTreppid v. Montgomery et al.*, Case No. 3:06-cv-00145-BES-VPC (D. Nev.), which was
4  formerly captioned as *eTreppid v. Montgomery et al.*, Case No. CV06-00114, before the Second
5  Judicial District Court of the State of Nevada, County of Washoe, and was removed to this Court in
6  March 2006.
7        (B)    The civil docket in *eTreppid v. Montgomery et al.*, Case No. 3:06-cv-00145-BES-VPC
8  (D. Nev.), a true and correct certified copy of which is attached hereto as **Exhibit B**.
9        Dated: September 14, 2006.

J. Stephen Peek, Esq. (NV Bar No. 4758)
Jerry M. Snyder, Esq. (NV Bar No. 6830)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
*Attorneys for eTreppid Technologies, LLC*

Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

- 2 -

::ODMA\PCDOCS\HLRNODOCS\567385\1

# PROOF OF SERVICE

I, Gaylene Silva, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Hale Lane Peek Dennison and Howard. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511.** I am over the age of 18 years and not a party to this action

I am readily familiar with Hale Lane Peek Dennison and Howard's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On September 15, 2006, I caused the **Request for Judicial Notice in Support of Motion of ETREPPID TECHNOLOGIES, LLC for Return of Seized Property, F.R.C.P. 41(G), and Request for Evidentiary Hearing** to be:

    __X__    mailed a true copy thereof to the following person(s) at the address(es) listed below by placing the document in Hale Lane Peek Dennison and Howard's practice for collection and processing of its outgoing mail with the United States Postal Service to the following:

*Fax No. 202/616-8470*
Carlotta P. Wells
Senior Trial Counsel
Federal Programs Branch
Civil Division – Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, DC 20044

*Fax No. 888-235-4279*
Michael J. Flynn, Esq.
Philip H. Stillman, Esq.
Flynn & Stillman
224 Bermingham Dr., Ste. 1A4
Cardiff, CA 92007

    __X__    hand-delivered by providing a true and correct copy to Hale Lane Peek Dennison and Howard's runners with instructions to hand-deliver the same to:

*Fax No. 786-5044*
Ronald J. Logar, Esq.
Eric A. Pulver, Esq.
The Law Offices of Logar & Pulver
225 S. Arlington Avenue, Suite A
Reno, NV 89501

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 15, 2006.

_____
Gaylene Silva

- 3 -

::ODMA\PCDOCS\HLRNODOCS\567385\1

**ORIGINAL**

**FILED**
FEB - 8 2006
RONALD A. LONGTIN, JR., CLERK
By: _____
DEPUTY

CODE: 3060

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company,

    Plaintiff,

vs.

DENNIS MONTGOMERY, an individual; THE MONTGOMERY FAMILY TRUST; DENNIS MONTGOMERY and BRENDA MONTGOMERY, as trustee for THE MONTGOMERY FAMILY TRUST; and DOES 1 through 20,

    Defendants.

Case No.    CV06-00114

Dept. No.   9

## ORDER

This matter proceeded to a preliminary injunction hearing before this Court on February 7, 2006 on the issue of Defendant Montgomery's alleged destruction and/or possession of computer software source code (hereinafter "Source Code"), allegedly belonging to Plaintiff ETreppid Technologies. The Court has reviewed the entire file, the pleadings, points and authorities, and exhibits filed therein. In addition, the Court has considered the oral arguments of counsel, and although the preliminary injunction hearing ultimately concluded before counsel had the opportunity to finish the examination of one witness, the Court believes it has more than adequate information upon which to decide the issues before it. The hearing was scheduled for one day. It began at 9:00 a.m. and concluded at 9:30 p.m. Further examination of the final witness called to testify is

-1-

unnecessary. See, e.g., *Zupanic v. Sierra Vista Rec., Inc.*, 625 P.2d 1177, 1180 (Nev. 1981). Accordingly, the Court makes its Decision as set out below.[1]

A preliminary injunction is available if an applicant can show a likelihood of success on the merits and a reasonable probability that the non-moving party's conduct, if allowed to continue, will cause irreparable harm for which compensatory damages is an inadequate remedy. *Dangberg-Holdings Nevada, L.L.C. v. Douglas County*, 115 Nev. 129 (1999).

First, the Court finds, pursuant to the employment agreement between the parties, the subsequent undisputed conduct of the parties throughout the course of Montgomery's employment with ETreppid, and Montgomery's acquiescence to and active participation in contractual agreements entered into by ETreppid with third-parties involving the Source Code and technology at issue, Plaintiff is likely to prevail on the merits of his claims. See, *Brooks v. Bates*, 781 F.Supp. 202, 205-206 (S. DNY 1991) (rights may be acquired "by operation of law," such as in an employer-employee relationship).

Second, the Court finds Plaintiff has demonstrated a reasonable probability that he will suffer irreparable harm if a preliminary injunction does not issue. The record reflects the Source Code is essential to the day-to-day business operations of ETreppid, as evidenced by the testimony of Dr. Sun. Furthermore, the technology at issue, including data compression software, image detection software, and pattern recognition software, which necessarily relies upon the Source Code for it's operation, is alleged to be valued in excess of $100,000,000. Without access to the Source Code, ETreppid may be forced to forego entering into valuable contracts for the use or sale of said technology. Lastly, the testimony indicates that Plaintiff may suffer damages in excess of $10,000 per day (ten-thousand) if he remains without possession of the Source Code. This is not to say that Defendant may or may not have a substantial counterclaim.

For the foregoing reasons, the Court concludes that a preliminary injunction is warranted in the present context. Accordingly, pursuant to the requirements of NRCP 65, Plaintiff is ordered to

---

[1] The Court notes that Defendant gave notice approximately ten (10) hours into the hearing that it would be seeking federal preemption of the issues at bar under the Copyright Act of 1976. While Defendant's position may indeed have merit, the Court declines to address the issue of preemption, deferring such a determination for decision based upon application to the proper Court. As such, this Court's Order solely addresses the merits of the preliminary injunction issue at hand.

1  post a bond in the amount of $50,000 (fifty-thousand) to secure payment of such costs and damages
2  as may be incurred by Defendant if found to have been wrongfully enjoined or restrained. See,
3  *Amer. Bonding Co. v. Roggen Enterprises*, 584 P.2d 868, 870 (Nev. 1993). Good cause appearing,
4  Plaintiff's *Motion for Preliminary Injunction* against Dennis Montgomery and the Montgomery
5  Family Trust is GRANTED.
6      Until the conclusion of a trial on the merits or other Order, Montgomery and all persons or
7  entities in active concert or participation therewith, are enjoined and restrained from destroying,
8  hypothecating, transferring, modifying, and/or assigning the ETreppid Source Code, from discussing
9  any ETreppid technology, including anomaly detection and pattern recognition software, with any
10 third-party, except experts and other persons and witnesses necessary to Defendant's case and
11 counsel, provided, however that such witnesses and counsel shall not disclose any information to
12 others about ETreppid Source Code.
13     The Court issues this injunction to maintain the status quo and to avert any irreparable harm
14 that ETreppid may suffer and based on the risk that Mr. Montgomery could delete and/or transfer the
15 last version of the ETreppid Source Code that remains intact.
16     DATED this __8th__ day of February, 2006.

                                                    _____
                                                              DISTRICT JUDGE

## CERTIFICATE OF MAILING

Pursuant to NRCP 5(b), I certify that I am an employee of the Second Judicial District Court of the State of Nevada, County of Washoe; that on this __8th__ day of February, 2006, I deposited in the County mailing system for postage and mailing with the United States Postal Service in Reno, Nevada, and faxed, a true copy of the attached document addressed to:

J. Stephen Peek, Esq.
5441 Kietzke Lane, Second Floor
Reno, NV 89511
**Fax No.: (775) 786-6179**

David A. Jakopin, Esq.
Jonathan D. Butler, Esq.
2475 Hanover St.
Palo Alto, CA 94303
**Fax No.: (650) 233-4545**

Ronald J. Logar, Esq
Eric A. Pulver, Esq.
225 S. Arlington Ave., Ste. A
Reno, NV 89501
**Fax No.: (775) 786-7544**

_____
Sheila Mansfield

### CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.

DATE: __SEP 1 4 2006__
RONALD A. LONGTIN JR., Clerk of the Second Judicial District Court in and for the County of Washoe, State of Nevada.

By _____ Deputy

-4-

# United States District Court
## District of Nevada (Reno)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00145-BES-VPC

| | |
|---|---|
| Etreppid Technologies, LLC v. Montgomery, et al. | Date Filed: 03/20/2006 |
| Assigned to: Judge Brian E. Sandoval | Jury Demand: None |
| Referred to: Magistrate Judge Valerie P. Cooke | Nature of Suit: 190 Contract: Other |
| Related Case: 3:06-cv-00056-BES-VPC | Jurisdiction: U.S. Government Defendant |
| Cause: 28:1442 Petition for Removal | |

**Plaintiff**

**Etreppid Technologies, LLC**     represented by     **David A. Jakopin**
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304
650-233-4790
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. S Peek**
Hale Lane Peek, et al
3930 Howard Hughes Parkway
Suite 400
Las Vegas, NV 89169
Email: speek@halelane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry M Snyder**
Hale Lane Peek, Dennison & Howard
5441 Kietzke Lane
Suite 200
Reno, NV 89511
Email: jsnyder@halelane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Butler**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105
415-983-1000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dennis Montgomery**     represented by     **Eric A. Pulver**
Logar & Pulver
225 S. Arlington Ave

I hereby attest and certify on 9-14-06 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By _____ Deputy Clerk

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

Ste A  
Las Vegas, NV 89501  
US  
775-786-5040  
Fax: 775-786-7544  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael James Flynn**  
Flynn & Stillman  
PO Box 690  
Rancho Santa Fe, CA 92067  
(858) 775-7624  
Fax: (858) 759-0711  
Email: mjfbb@msn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philip H. Stillman**  
FLYNN & STILLMAN  
224 Birmingham Dr. Ste 1A4  
Cardiff, CA 92007  
US  
888 235-4279  
Fax: 888 235-4279  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald J Logar**  
Law Office of Logar & Pulver, PC  
225 S. Arlington Avenue  
Suite A  
Reno, NV 89501  
775-786-5040  
Fax: 775-786-7544  
Email: Lezlie@Renofamilylaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Montgomery Family Trust**   represented by   **Eric A. Pulver**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael James Flynn**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Philip H. Stillman**  
(See above for address)  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ronald J Logar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brenda Montgomery**                    represented by   **Ronald J Logar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Dennis Montgomery**                    represented by   **Eric A. Pulver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip H. Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald J Logar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Montgomery Family Trust**              represented by   **Eric A. Pulver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip H. Stillman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald J Logar**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**UNITED STATES OF AMERICA**   represented by **Carlotta P Wells**
US Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
202-514-4522
Fax: 202-616-8470
Email: carlotta.wells@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory W. Addington**
U.S. Attorney's Office
100 West Liberty Street
Suite 600
Reno, NV 89501
Email: greg.addington@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen K Richardson**
United States Department of Justice
20 Massachusetts Ave, P.O. Box 883
Washington, DC 20044
202-514-3374
Fax: 202-616-8460
Email: Karen.Richardson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Etreppid Technologies, Inc.**   represented by **David A. Jakopin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. S Peek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry M Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Butler**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Warren Trepp**    represented by **David A. Jakopin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. S Peek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry M Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan D. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2006 | 1 | PETITION FOR REMOVAL by UNITED STATES OF AMERICA *U.S. Department of Defense* from Second Judicial District Court, Washoe County, Case Number CV-06-00114,, filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit counterclaim filed against U.S. Department of Defense# 2 Civil Cover Sheet)(Addington, Gregory) (Entered: 03/20/2006) |
| 03/22/2006 | | Case assigned to Judge Brian E. Sandoval and Valerie P. Cooke. (BLG) (Entered: 03/22/2006) |
| 03/22/2006 | 2 | MINUTE ORDER IN CHAMBERS of the Honorable Brian E. Sandoval, U.S. District Judge on 3/22/2006. By Deputy Clerk: *wayne julian*. IT IS ORDERED that all parties removing actions to this court must file and serve a signed Statement no later than 15 days from the date of this order. It if further ORDERED that counsel shall have 30 days to file a Joint Status Report. Statement due by 4/6/2006. Status Report due by 4/21/2006.**(no image attached)** (WJ, ) Additional attachment(s) added on 4/20/2006 (WJ, ). (Entered: 03/22/2006) |
| 03/22/2006 | 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10-2. Counsel David A. Jakopin and Jonathan D. Butler to comply with completion and electronic filing of Designation of Local Counsel and Verified Petition in this action. (AF, ) (Entered: 03/23/2006) |
| 03/22/2006 | 4 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10-2. Counsel Michael J. Flynn and Philip H. Stillman to comply with completion and electronic filing of Designation of Local Counsel and Verified Petition in this action. (AF, ) (Entered: 03/23/2006) |

| | | |
|---|---|---|
| 03/24/2006 | 5 | NOTICE of Appearance by attorney Karen K Richardson on behalf of Counter Defendant UNITED STATES OF AMERICA. (Richardson, Karen) (Entered: 03/24/2006) |
| 03/24/2006 | 6 | Consent MOTION for Extension of Time *to file a responsive pleading to third-party complaint* by Counter Defendant UNITED STATES OF AMERICA. (Richardson, Karen) (Entered: 03/24/2006) |
| 03/29/2006 | 7 | ORDER granting 6 Motion for Extension of Time to file a responsive pleading. UNITED STATES OF AMERICA response due 5/8/2006. Signed by Judge Valerie P. Cooke on 3/29/06. (DN) (Entered: 03/29/2006) |
| 03/29/2006 | 8 | UNOPPOSED MOTION admit attorneys Jakopin & Butler Pro Hac Vice per Paralllel Proceeding by Plaintiff Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. (Attachments: # 1 Declaration Jerry M. Snyder ISO App. for Pro Hac Vice in Parallel Proceeding# 2 Exhibit A - E to Dec. of Jerry M. Snyder ISO App. Pro Hac Vice in Parallel Proceeding)(Snyder, Jerry) (Entered: 03/29/2006) |
| 04/04/2006 | 9 | First VERIFIED PETITION for Permission to Practice Pro Hac Vice *for Micheal J Flynn and Phillip H Stilman* submitted by attorney Ronald J. Logar, Esq., (Filing fee $ 175 receipt number 168740) by Defendant Dennis Montgomery. (Attachments: # 1)(Logar, Ronald) (Entered: 04/04/2006) |
| 04/04/2006 | 10 | RESPONSE to 6 Consent MOTION for Extension of Time *to file a responsive pleading to third-party complaint*; filed by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery. *In Opposition to Plaintiffs Motion to Seal* (Attachments: # 1 Declaration In Support of Opposition)(Logar, Ronald) (Entered: 04/04/2006) |
| 04/05/2006 | 11 | ERRATA to 10 Response to Motion to Seal, ; *filed in wrong case* filed by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. (Logar, Ronald) (Entered: 04/05/2006) |
| 04/06/2006 | 12 | NOTICE of Appearance by attorney Carlotta P Wells on behalf of Counter Defendant UNITED STATES OF AMERICA. (Wells, Carlotta) (Entered: 04/06/2006) |
| 04/06/2006 | 13 | STATUS REPORT/STATEMENT *of Counsel in Removed Case* by Counter Defendant UNITED STATES OF AMERICA. (Wells, Carlotta) (Entered: 04/06/2006) |
| 04/12/2006 | 14 | ORDER granting 9 Verified Petition for Permission to Practice Pro Hac Vice for out of state atty's Michael J. Flynn and Philip H. Stillman atty's for Ds, Signed by Judge Brian E. Sandoval on 4/12/06. (DRM, ) Modified on 4/14/2006 (DRM, ) to reflect correct parties. (Entered: 04/14/2006) |
| 04/14/2006 | | NOTICE of Docket Correction to 14 Order on Verified Petition for Permission to Practice Pro Hac Vice, : to reflect correct parties represented by out-of-state counsel **(no image attached)**(DRM, ) (Entered: 04/14/2006) |
| 05/02/2006 | 17 | (Copy From 3:06-cv-56-BES(VPC): DESIGNATION of Local Counsel APPROVED COPY. Ronald Logar for Dennis Montgomery and Montgomery Family Trust appointed as Designated Resident Nevada Counsel in this case obo Michael J. Flynn. Signed by CLERK Lance S Wilson. (BLG) Modified docket |

| | | |
|---|---|---|
| | | text on 5/3/2006 (AF) (Entered: 05/02/2006) |
| 05/02/2006 | 18 | (Copy From 3:06-cv-56-BES(VPC) DESIGNATION of Local Counsel is APPROVED COPY. Ronald Logar for Dennis Montgomery and Montgomery Family Trust appointed as Designated Resident Nevada Counsel in this case obo Philip H. Stillman. Signed by CLERK Judge Lance S Wilson. (BLG) Modified docket text on 5/3/2006 (AF) (Entered: 05/02/2006) |
| 05/02/2006 | 19 | ORDER approving P and Cross D eTreppid Technologies, LLC and Cross D Warren Trepp, motion to apply pro hac vice application papers from parallel proceedings for out of state attorneys David A. Jakopin and Jonathan D. Butler, is approved. Signed by Judge Brian E. Sandoval on 5/2/06. (WJ, ) (Entered: 05/02/2006) |
| 05/03/2006 | | NOTICE OF DOCKET CORRECTION to Doc. #s 17 & 18 Designations of Local Counsel Approved -- Ronald Logar for Dennis Montgomery and Montgomery Family Trust appointed as Designated Resident Nevada Counsel in this case obo Michael J. Flynn and Philip H. Stillman. **(no image attached)**(AF) (Entered: 05/03/2006) |
| 05/05/2006 | 20 | Unopposed MOTION for Extension of Time *to File Responsive Pleading and to Align Responsive Pleading Deadlines (Second Request)* by Counter Defendant UNITED STATES OF AMERICA. (Wells, Carlotta) (Entered: 05/05/2006) |
| 05/08/2006 | 21 | RESPONSE to filed by Counter Defendant UNITED STATES OF AMERICA. *Response of United States Department of Defense to Plaintiff's Motion to Sever and Remand* Replies due by 5/22/2006. (Wells, Carlotta) (Entered: 05/08/2006) |
| 05/08/2006 | 22 | RESPONSE to filed by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. *to Plaintiff's Motion to Remand or in the alternative to sever* Replies due by 5/22/2006. (Logar, Ronald) (Entered: 05/08/2006) |
| 05/15/2006 | 23 | First MOTION to Consolidate Cases *00056 and 00145* by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. Responses due by 6/2/2006. (Attachments: # 1 Affidavit of Counsel in Support of Motion to Consolidate)(Logar, Ronald) (Entered: 05/15/2006) |
| 05/15/2006 | 24 | First MOTION for Judgment *on the Pleadings* by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. Responses due by 6/2/2006. (Logar, Ronald) (Entered: 05/15/2006) |
| 05/15/2006 | 25 | ORDER granting 20 Motion for Extension of Time. UNITED STATES OF AMERICA answer due 6/23/2006. Signed by Judge Valerie P. Cooke on 5/12/06. (DN) (Entered: 05/15/2006) |
| 05/15/2006 | 26 | First MOTION to Vacate *Preliminary Injunction* by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. (Attachments: # 1 Declaration of Dennis Montgomery in Support of Motion to Vacate Preliminary Injunction# 2 Declaration of Philip Stilman in Support of Motion to Vacate Preliminary Injunction)(Logar, Ronald) (Entered: 05/15/2006) |
| 05/22/2006 | 27 | REPLY *BRIEF IN SUPPORT OF MOTION TO REMAND OR, IN THE* |

| | | |
|---|---|---|
| | | *ALTERNATIVE, TO SEVER THIRD-PARTY CLAIM [15] BY DEFENDANTS AGAINST UNITED STATES AND REMAND CLAIMS BETWEEN PLAINTIFFS AND DEFENDANTS* filed by Plaintiff Etreppid Technologies, LLC, Counter Defendant Warren Trepp. (Snyder, Jerry) Modified on to link motion 6/14/2006 (BLG). (Entered: 05/22/2006) |
| 06/01/2006 | 28 | RESPONSE to 24 First MOTION for Judgment *on the Pleadings*; filed by Plaintiff Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. Replies due by 6/15/2006. (Snyder, Jerry) (Entered: 06/01/2006) |
| 06/01/2006 | 29 | RESPONSE to 23 First MOTION to Consolidate Cases *00056 and 00145*; filed by Plaintiff Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. Replies due by 6/15/2006. (Snyder, Jerry) (Entered: 06/01/2006) |
| 06/02/2006 | 30 | RESPONSE to 23 First MOTION to Consolidate Cases *00056 and 00145*; filed by Counter Defendant UNITED STATES OF AMERICA. Replies due by 6/16/2006. (Wells, Carlotta) (Entered: 06/02/2006) |
| 06/02/2006 | 31 | RESPONSE to Plaintiff's MOTION to Dismiss *Amended Counterclaim*, by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. (Logar, Ronald) Modified on 6/6/2006 per call from counsel; doc should be response rather than a motion. (AF) Modified on 6/6/2006 (AF). (Entered: 06/02/2006) |
| 06/07/2006 | 34 | MOTION to Strike *Untimely Response to Plaintiffs' Mo. to Dismiss Amended Counterclaim of Montgomery* by Plaintiff Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. Responses due by 6/25/2006. (Snyder, Jerry) (Entered: 06/07/2006) |
| 06/14/2006 | 35 | REPLY to Response to 23 First MOTION to Consolidate Cases *00056 and 00145*; filed by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. (Logar, Ronald) (Entered: 06/14/2006) |
| 06/16/2006 | 36 | REPLY to Response to 31 First MOTION to Dismiss *Amended Counterclaim*; filed by Plaintiff Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. (Attachments: # 1 Exhibit A, Motion by Etreppid & Trepp to Dismiss Complaint of Montgomery, or Alternatively for Summary Judgment or To Strike in 3:06CV56)(Snyder, Jerry) (Entered: 06/16/2006) |
| 06/19/2006 | 38 | RESPONSE to 34 MOTION to Strike *Untimely Response to Plaintiffs' Mo. to Dismiss Amended Counterclaim of Montgomery*; filed by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. Replies due by 7/3/2006. (Logar, Ronald) (Entered: 06/19/2006) |
| 06/21/2006 | 39 | MOTION to Dismiss by Counter Defendant UNITED STATES OF AMERICA. Responses due by 7/9/2006. (Attachments: # 1 Exhibit 1)(Wells, Carlotta) (Entered: 06/21/2006) |
| 06/26/2006 | 40 | REPLY to Response to 34 MOTION to Strike *Untimely Response to Plaintiffs' Mo. to Dismiss Amended Counterclaim of Montgomery*; filed by Plaintiff |

| | | |
|---|---|---|
| | | Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. (Snyder, Jerry) (Entered: 06/26/2006) |
| 06/27/2006 | 41 | REPLY to Response to 24 First MOTION for Judgment *on the Pleadings*; filed by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. *and 28* (Logar, Ronald) (Entered: 06/27/2006) |
| 06/27/2006 | 42 | CERTIFICATE OF SERVICE by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery re 41 Reply to Response to Motion,. *for Judgment on the Pleadings* (Logar, Ronald) (Entered: 06/27/2006) |
| 06/27/2006 | 43 | First MOTION to Continue *REQUEST FOR CONTINUANCE OF STATUS CONFERENCE TO A DATE AFTER JULY 9, 2006* by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. Responses due by 7/15/2006. (Logar, Ronald) (Entered: 06/27/2006) |
| 07/10/2006 | 44 | RESPONSE to 39 MOTION to Dismiss; filed by Plaintiff Etreppid Technologies, LLC, Counter Defendants Etreppid Technologies, Inc., Warren Trepp. *Notice of Non-Opposition* Replies due by 7/24/2006. (Snyder, Jerry) (Entered: 07/10/2006) |
| 07/12/2006 | 45 | First UNOPPOSED MOTION Extension of Time in which to file Opposition to and including August 14, 2006 re 39 MOTION to Dismiss by Defendants Dennis Montgomery, Montgomery Family Trust, Brenda Montgomery, Counter Claimants Montgomery Family Trust, Dennis Montgomery. (Logar, Ronald) (Entered: 07/12/2006) |
| 07/19/2006 | 46 | ORDER re 45 First UNOPPOSED MOTION Extension of Time in which to file Opposition to and including August 14, 2006: Ordered that Dennis Montgomery unopposed motion to file oppositions to the Department of Defense's motion to dismiss in the above captioned cases on or before 8/14/06, be granted. Signed by Judge Brian E. Sandoval on 7/19/06. (WJ, ) (Entered: 07/20/2006) |
| 08/04/2006 | 47 | SUBPOENA Returned Executed as to ETreppid. (Snyder, Jerry) (Entered: 08/04/2006) |
| 08/04/2006 | 48 | SUBPOENA Returned Executed as to ETreppid; To: Custodian of AziMyth. (Snyder, Jerry) (Entered: 08/04/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/14/2006 13:17:21 | | | |
| PACER Login: | hl0106 | Client Code: | 20801-0002 |
| Description: | Docket Report | Search Criteria: | 3:06-cv-00145-BES-VPC |
| Billable Pages: | 6 | Cost: | 0.48 |