**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FEB 21 2007

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY_____DEPUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | 3:06-cv-00263-LRH-VPC |
| ) | 3:06-MJ-00023-VPC |
| The Residence Located at 12720 ) | |
| Buckthorn Lane, Reno, Nevada, and ) | MINUTES OF THE COURT |
| Storage Units 136, 140, 141, 142, and 143, ) | (SEALED) |
| Double R Storage, 888 Maestro Drive, ) | |
| Reno, Nevada ) | February 21, 2007 |
| ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: __ROSEMARIE MILLER__   REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF(S): _____NONE APPEARING_____

COUNSEL FOR DEFENDANT(S): _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS:

Due to a number of considerations applicable to this and related cases, the Honorable Larry R. Hicks recuses himself in this action. It is recommended that this action and the related cases upon which this judge recuses be reassigned to a single judge in the interests of judicial economy and consistency. IT IS ORDERED that this action is referred to Chief Judge Hunt for reassignment.

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk