


**FILED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
### RENO, NEVADA

FEB 2  2007

.....ISTRATE JUDGE
DISTRICT OF NEVADA
BY_____DEPUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> The Residence Located at 12720 Buckthorn ) <br> Lane, Reno, NV, and Storage Unites 136, ) <br> 140, 141, 142, and 143, Double R Storage, ) <br> 888 Maestro Drive, Reno, NV, ) <br> ) <br> _____ ) | **3:06-cv-0263-PMP-VPC** <br> (FORMERLY: CV-N-3:06-cv-0263-LRH-VPC) <br><br> **MINUTES OF THE COURT** <br><br> February 21, 2007 |

PRESENT:  THE HONORABLE   ROGER L. HUNT  , CHIEF U.S. DISTRICT JUDGE

DEPUTY CLERK:  Lia Griffin           REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     The Honorable Larry R. Hicks, United States District Judge, having referred the above-entitled case to the Chief Judge for further reassignment; and good cause appearing therefor,

     IT IS ORDERED that the above-entitled action is hereby reassigned to the Honorable **PHILIP M. PRO**, United States District Judge for all further proceedings. Counsel are advised that all further documents shall bear the correct case number **3:06-cv-0263-PMP-VPC**.

                                       LANCE S. WILSON, CLERK

                                        By: _____
                                                Deputy Clerk