1
2
3
4
5       UNITED STATES DISTRICT COURT

6        DISTRICT OF NEVADA

7          * * *

8 DENNIS MONTGOMERY and the
  MONTGOMERY FAMILY TRUST    3:06-CV-00056-PMP-VPC
9               BASE FILE
    Plaintiffs,
10              3:06-CV-00263-PMP-VPC
  vs.
11
  ETREPPID TECHNOLOGIES, LLC;    **ORDER**
12 WARREN TREPP; and the UNITED
  STATES DEPARTMENT OF DEFENSE,
13
    Defendants.
14

15 AND ALL RELATED MATTERS.

16

17    Presently before the Court is Dennis Montgomery and the Montgomery Family

18 Trust's Request/Motion for Disclosures Regarding Conduct of Former Nevada U.S.

19 Attorney, Trepp's Attorneys, and Others That May be the Subject of a Complaint Filed

20 Within the Department of Justice (3:06-CV-00263-PMP-VPC, Doc. #117) filed March 9,

21 2007.

22    This Court has already considered an identical motion filed in the related and

23 consolidated civil cases (3:06-CV-00056-PMP-VPC, Doc. #118; and 3:06-CV-00145-PMP-

24 VPC, Doc. #81). A copy of this Court's Order (Doc. #176) entered May 22, 2007, is attached

25 hereto and incorporated herein.

26 / / /

1

2          For the reasons set forth in this Court's Order (Doc. #176) entered May 22, 2007, in

3     case number 3:06-CV-00056-PMP-VPC,

4          IT IS ORDERED that Dennis Montgomery and the Montgomery Family Trust's

5     Request/Motion for Disclosures Regarding Conduct of Former Nevada U.S. Attorney,

6     Trepp's Attorneys, and Others That May be the Subject of a Complaint Filed Within the

7     Department of Justice (3:06-CV-00263-PMP-VPC, Doc. #117) is hereby DENIED.

8

9     DATED:  July 31, 2007.

10

11                                         _____
                                            PHILIP M. PRO
12                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4                     UNITED STATES DISTRICT COURT

5                          DISTRICT OF NEVADA

6                                  * * *

7   DENNIS MONTGOMERY and the                )
    MONTGOMERY FAMILY TRUST,                 )
8                                            )        3:06-CV-00056-PMP-VPC
                Plaintiffs,                  )        BASE FILE
9                                            )
    v.                                       )        3:06-CV-00145-PMP-VPC
10                                           )
    ETREPPID TECHNOLOGIES, LLC;              )
11  WARREN TREPP; and the UNITED             )        O R D E R
    STATES DEPARTMENT OF DEFENSE,            )
12                                           )
                Defendants.                  )
13  _____ )
                                             )
14  AND ALL RELATED MATTERS.                 )
                                             )
15  _____ )

16          Presently before the Court is Dennis Montgomery and the Montgomery Family

17  Trust's Request/Motion for Disclosures Regarding Conduct of Former Nevada U.S.

18  Attorney, Trepp's Attorneys, and Others That May be the Subject of a Complaint Filed

19  With the Department of Justice (3:06-CV-00056-PMP-VPC, Doc. #118; 3:06-CV-00145-

20  PMP-VPC, Doc. #81), filed on March 5, 2007.  eTreppid Technologies, LLC and Warren

21  Trepp filed an Opposition (Doc. #144) on March 26, 2007.  The Department of Defense

22  filed an Opposition (Doc. #145) on March 27, 2007.  Montgomery filed a Reply (Doc.

23  #157) on April 9, 2007.

24          In his motion, Montgomery requests production of any complaints alleging

25  improper conduct by the former Nevada United States Attorney, Daniel Bogden, and

26  Assistant United States Attorney Paul Pugliese, with respect to the case In the Matter of the

1   Search of 12720 Buckthorn Lane, 3:06-CV-00263-PMP-VPC.  However, Magistrate Judge

2   Valerie P. Cooke stayed discovery in these consolidated proceedings on September 26,

3   2006.  (Mins. of Proceedings [Doc. #84].)  On March 15, 2007, this Court discussed with

4   the parties whether to continue the stay on discovery and the Court left the stay in place

5   until the Court issues a decision on the pending motions for protective orders.  (Mins. of

6   Proceedings [Doc. #123].)  No reason exists to lift the stay at this time as to the particular

7   matters raised in Montgomery's motion and the Court therefore will deny the motion.

8        IT IS THEREFORE ORDERED that Dennis Montgomery and the Montgomery

9   Family Trust's Request/Motion for Disclosures Regarding Conduct of Former Nevada U.S.

10  Attorney, Trepp's Attorneys, and Others That May be the Subject of a Complaint Filed

11  With the Department of Justice (3:06-CV-00056-PMP-VPC, Doc. #118; 3:06-CV-00145-

12  PMP-VPC, Doc. #81) is hereby DENIED.

13

14  DATED: May 22, 2007.

15
                                    _____
16
                                    PHILIP M. PRO
17                                  United States District Judge

18

19

20

21

22

23

24

25

26

                                    2