PETER D. KEISLER
Assistant Attorney General
STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
GREG ADDINGTON
Assistant United States Attorney
Nevada Bar 6875
100 West Liberty, Suite 600
Reno, Nevada 89501
VINCENT M. GARVEY
Deputy Branch Director
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW/P.O. Box 883
Washington, D.C. 20044
Telephone: (202)514-4522
Facsimile: (202) 616-8470

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MONTGOMERY, et al., | )<br>) |
| Plaintiffs, | ) |
| v. | ) 3:06-CV-00056-PMP-VPC<br>) **BASE FILE** |
| ETREPPID TECHNOLOGIES, INC., et al., | )<br>) 3:06-CV-00145-PMP-VPC<br>) |
| Defendants. | )<br>) |

**STIPULATION OF DISMISSAL**

By Order dated May 24, 2007, the Court dismissed certain claims against the United States Department of Defense in these consolidated actions, as set forth in the Complaint in 3:06-CV-00056-PMP-VPC (docket # 1) and the Counter-Claim filed in 3:06-CV-00145-PMP-VPC (Exhibit 1 to docket # 1). The parties hereby stipulate that no other claims run against the United States in these consolidated actions. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate to the dismissal of this action, without prejudice, as to the United States.

**IT IS SO STIPULATED.**

Date: October 11, 2007

                                                   /s/ Carlotta Wells
CARLOTTA P. WELLS
RAPHAEL O. GOMEZ
Federal Programs Branch
Civil Division - Room 7150
U.S. Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044

Counsel for United States
Department of Defense

Date: October 11, 2007

DEBORAH A. KLAR
TERI T. PHAM
Liner Yankelevitz Sunshine &
  Regenstreif LLP
1100 Glenolden Ave, 14th Floor
Los Angeles, CA 90024-3500

RONALD J. LOGAR, ESQ.
Law Office of Logar & Pulver, PC
255 S. Arlington Ave., Ste A
Reno, NV 89501

Attorneys for Dennis Montgomery, et al.

Date: October 11, 2007

STEPHEN J. PEEK, ESQ.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, NV 89511

Attorneys for eTreppid Technologies, LLC, et al.

IT IS SO ORDERED

Date: October 11, 2007.

UNITED STATES DISTRICT JUDGE

-2-