```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

    JUN - 2 2010

  CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF __NEVADA__

IN RE: SEARCH WARRANT OF
THE RESIDENCE LOCATED
AT 12720 BUCKTHORNE LANE
AND 888 MAESTRO DRIVE,

CASE NUMBER: **3:06-CV-00263-PMP-VPC**

## RECEIPT FOR EXHIBITS RETURNED

I, _A. Pounds (RCMS)_ do hereby acknowledge receipt of all exhibits admitted on behalf of Movant(s) in the above case.

Dated: _6/2/10_

RECEIVED BY: (PLEASE PRINT): _A. Pounds (RCMS)_
                               Name / Title / Agency

SIGNATURE: _A. Pounds_